UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE as co-administrator
of the Estates of Susanne Amore and Salvatore
Michael Amore, deceased,

                Plaintiffs          D.C. Super. Ct.
                                    Civil No.: 2005 CA 08773 B

v.

                                    U.S. District Ct. Civil
                                    No.:_____

ACCOR SA, ACCOR NORTH AMERICA, INC.,
SOFITEL GROUP, LLC, and DOES 1-5,

                Defendants.

---

### STATEMENT PURSUANT TO LCvR 7.1

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, defendants Accor North America, Inc. and Accor SA by their undersigned counsel, certify as follows:

I, the undersigned, counsel of record for Accor North America, Inc. and Accor SA certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Accor North America, Inc. and Accor SA which have outstanding securities in the hands of the public:

> Accor North America, Inc. is not publicly traded. It is 100% owned by IBL Limited, LLC which in turn is 100% owned by Accor Business and Leisure North America, Inc, which in turn is 100% owned by Accor Lodging North America, Inc which in turn is owned 37.86% by IBL, SA and 62.14% by Accor, SA. Only

222053.1

      Accor SA is a publicly traded entity and it is listed on the French Stock Excahnge. The other entities are not publicly traded.

    These representations are made in order that judges of this court may determine the need for recusal.

                          Respectfully submitted,

                          WILSON, ELSER, MOSKOWITZ,
                          EDELMAN & DICKER, LLP

By: _____
     Robert B. Wallace, Esquire (Bar No 108571)
     Jason R. Waters, Esquire (of counsel)
     The Colorado Building, Suite 500
     1341 G. Street, N.W.
     Washington, D.C. 20005
     Tel.: (202) 626-7660
     Fax: (202) 628-3606

     Thomas A. Leghorn, Esquire (of counsel)
     Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
     3 Gannett Drive
     White Plains, New York 10604
     Tel.: (914) 323-7000
     Fax: (914) 323-7001

     *Attorneys for Accor North America, Inc. and Accor SA*

## CERTIFICATE OF SERVICE

I hereby certify on this 6th day of February, 2006, I served by first class mail, postage prepaid the foregoing upon the following attorney:

>Christopher W. Helmich, Esq.
>Patton Boggs, LLP
>2550 M. St., N.W.
>Washington, D.C. 20037

Robert B. Wallace, Esq.

222053.1