**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CAROLYN BEERS, in her capacity as Personal
Representative of the Estate of SUSANNE AMORE,
deceased, and SALVATORE MICHAEL AMORE,
deceased, KATHRYN MEYERS-TONUCCI,
Individually and in her capacity as Personal
Representative of the Estate of JEANNE MEYERS
AMORE, deceased, and GEORGE GUERTIN,
in his capacity as Personal Representative of
the Estates of EMILY JEANNE AMORE, deceased,
and MICHAEL B. AMORE, deceased

                              Plaintiffs,

                              v.

DEUTSCHE BAHN AG, a Republic of Germany
Corporation, DEUTSCHE BAHN REISE &
TOURISTIK, AG, a Republic of Germany
Corporation, DEUTSCHE BAHN AUTOZUG AG,
a Republic of Germany Corporation, DEUTSCHE
BAHN NACHZUG AG, a Republic of Germany
Corporation, STINNES CORPORATION, a New
York Corporation, Mr. VOLKER, an Individual,
ACCOR SA, a Republic of France Corporation,
ACCOR NORTH AMERICA, INC., a New York
Corporation, COMPAGNIE INTERNATIONALE
DES WAGONS-LITS, a Republic of France
Corporation, and ISG-DSG GmbH, a Republic
of Germany Corporation,

---

03-CV-5360 (MCoC)

**NOTICE OF MOTION
TO DISMISS PURSUANT
TO F.R.C.P. 12 (b)(6)**

Hon. **MIRIAM GOLDMAN
CEDARBAUM**

*MEMO ENDORSED*

U.S. DISTRICT COURT
FILED
DEC 15 2003
S.D. OF N.Y.

**SIRS:**

    **PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Thomas A. Leghorn, sworn to on October 23, 2003, the Affidavit of Alan J Rabinowitz, dated October 23, 2003, and the accompanying memorandum of law, the undersigned will move this Court on the 22nd day of November, 2003, at 9:30 a.m., before the Hon. Miriam Goldman Cedarbaum at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for

*Unopposed motion granted. Defendant Accor North American, Inc. dismissed from complaint.*
*So ordered.*
*December 11, 2003*

*Miriam Goldman Cedarbaum,
United States District Judge*

612439.1

MICROFILM Reply Mailed to counsel 12/9/06 3:10
DEC 15 2003 3:10 PM