UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ROLLIN AMORE as co-administrator
of the Estates of Susanne Amore and Salvatore
Michael Amore, deceased,

                 Plaintiffs

          v.

ACCOR SA, ACCOR NORTH AMERICA, INC.,
SOFITEL GROUP, LLC, and DOES 1-5,

              Defendants.

Civil No.: 1:06CV00198

## DECLARATION OF PIERRE TODOROV

I, Pierre Todorov, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.    I am Executive Vice-President and General Counsel of Accor SA. As such, I am authorized to make this declaration on behalf of Accor SA.

2.    Accor SA is incorporated and headquartered in France. Its principal place of business is at 2 rue de La Mare Neuve, Evry, France. Accor SA possesses various ownership interests in various corporations specializing in hotels and tourism-related services within continental Europe and around the world.

3.    Accor SA is not "doing business" in the District of Columbia.

    a. Accor SA never sought to avail itself of the privileges and benefits of doing business in this forum.

    b. Accor SA has never been licensed to do business in the District of Columbia.

c. Accor SA has never been authorized to do business in the District of Columbia.

d. Accor SA never sought qualification to do business in the District of Columbia, nor consented to be sued in this jurisdiction.

e. Accor SA is not a resident of the District of Columbia.

f. Accor SA is not incorporated in the District of Columbia.

g. Accor SA does not maintain any offices, warehouses, or places of business of any kind in the District of Columbia.

h. Accor SA does not have any directors, officers, agents, or employees in the District of Columbia for the purpose of conducting the company's business.

i. Accor SA does not have any directors, officers, agents, or employees who reside in the District of Columbia.

j. Accor SA never held a board of directors meeting in the District of Columbia.

k. Accor SA never had a designated agent for service of process in the District of Columbia.

l. Accor SA has never been required to maintain a designated agent for service of process in the District of Columbia.

m. Accor SA does not own any assets in the District of Columbia.

n. Accor SA never owned, leased, or controlled any real property in the District of Columbia.

o. Accor SA never paid and has never been required to pay any taxes in the District of Columbia.

4. Accor NA is not a wholly-owned subsidiary of Accor SA. Accor NA is owned (100%) by IBL Limited, Inc. IBL Limited, Inc. is owned (100%) by Accor Business and Leisure North America, Inc. Accor Business and Leisure North America, Inc. is owned (100%) by Accor Lodging North America, Inc. Accor Lodging North America, Inc. is owned by Accor SA (62.14%) and IBS SA (37.86%).

1097743.1

5.    Accor NA is not an "alter ego" of Accor SA:

    a.  Accor NA is not a wholly-owned subsidiary of Accor SA.

    b.  Accor SA exercises no control over the day-to-day operations of Accor NA

    c.  Accor NA and Accor SA maintain separate offices, addresses, and telephone numbers.

    d.  Accor NA is not dependent on Accor SA for approval to make day-to-day business decisions.

    e.  Accor NA is not financially dependent on Accor SA.

    f.  Accor NA maintains its own financial records and pays its own expenses, taxes, and salaries.

    g.  Accor NA handles the hiring, training, and termination of employees without input from Accor SA.

    h.  Accor NA is not a designated agent for service of process on Accor SA.

6.    There is no connection between Accor NA and "Accor Academy" or any training allegedly provided to the attendants of the Paris-Munich train on November 6, 2002.

7.    Finally, there has never been an affiliate or subsidiary of Accor SA known as "Sofitel Group, LLC."

8.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on 10 th of February, 2006, at __EVRY_____, France


Pierre Todorov