


# Organization Information

**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
  Status
Permits

**INFORMATION**

**ONLINE SERVICE REQUESTS**

## Online Organization Registration
### Search Registered Organizations



**Organization Details - Step** 1  2  3

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | Registered Agent |
|---|---|
| **Organization Name:** SOFITEL GROUP LLC | Washington, DC |
| **State:** DC | |
| **Status:** REVOKED | |
| **Initial Date of Registration:** 1/3/2002 | |
| **File No.:** L10230 | |
| **Organization Type:** DOMESTIC LIMITED LIABILITY COMPANY | |

[<< Back to Main Page]  [< Return To Search Results]  [Print Results]
[New Search]

For more information, contact the Corporation Division (202) 442-4400 or email us.

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials

Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004