UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE as co-administrator
of the Estates of Susanne Amore and Salvatore
Michael Amore, deceased,

    Plaintiffs

v.

ACCOR SA, ACCOR NORTH AMERICA, INC.,
SOFITEL GROUP, LLC, and DOES 1-5,

    Defendants.

Civil No.: 1:06CV00198 (RMU)

---

## ORDER

Upon consideration of the motion to dismiss by defendants Accor SA and Accor North America, Inc., it is this ____ day of February 2006, hereby

**ORDERED** that defendants' motion is **GRANTED**; and it is further

**ORDERED** that plaintiff's first amended complaint be and hereby is **DISMISSED** in its entirety and **WITH PREJUDICE**.

 

Hon. Ricardo M. Urbina
United States District Judge

223514.1