UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ROLLIN AMORE, *et al.*

                Plaintiffs,

    v.

ACCOR SA, *et al.*

                Defendants.

U.S. District Ct.
Civil No.: 1:06-cv-00198 (RMU)

D.C. Super Ct.
Civil No.: 2005 CA 08773

## ORDER

Upon consideration of Plaintiff's Motion to Remand and Stay Response to the Motion to Dismiss, memorandum in support thereof, and any opposition thereto, and being fully advised, it is, this 27th day of February 2005, hereby ORDERED as follows:

Plaintiff's Motion to Stay Response to the Motion to Dismiss is GRANTED and all proceedings in federal court are stayed.

IT IS FURTHER ORDERED, that that the above-captioned case be remanded to the Superior Court for the District of Columbia.

                                                    United States District Court Judge