UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE, *et al.*

                Plaintiffs,

v.

ACCOR SA, *et al.*

                Defendants.

U.S. District Ct.
Civil No.: 1:06-cv-00198 (RMU)

D.C. Super Ct.
Civil No.: 2005 CA 08773

---

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION
TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff ROLLIN AMORE, as co-administrator of the Estates of Susanne Amore and Salvatore Michael Amore, by his undersigned counsel, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rules 7 and 7(m), hereby moves this Honorable Court to extend the deadline in which Plaintiff may file its reply memorandum in opposition to Defendant's Motion to Dismiss.

    I.    <u>The Plaintiff respectfully submits that good cause for the requested extension exists:</u>

    1.    On February 6, 2006, Defendants filed a Notice of Removal with this Court, removing the above-captioned case from the Superior Court of the District of Columbia.

    2.    On February 13, 2006, Defendants submitted their Motion to Dismiss Plaintiff's First Amended Complaint. Plaintiff understands that the motion in opposition would be due today, March 2, 2006.

1

3. On February 24, 2006, the Plaintiff submitted a Motion to Remand and to Stay a Response to the Motion to Dismiss pursuant to 28 U.S.C. § 1447. The Plaintiff requested that the case be returned to the Superior Court for the District of Columbia and /or in the interim the Court stay the clock on Plaintiff's Motion in Opposition until such time as a decision is rendered.

4. If Plaintiff's Motion to Remand is granted the Defendant's Motion to Dismiss in federal court will be moot.

II. Opposing Counsel Does Not Oppose the Extension

1. By telephone today, Thursday, March 2, 2006, Defendants' counsel graciously indicated that he would not oppose this motion. *See* accompanying Statement of Counsel. Accordingly, it is clear that the proposed extension would entail no prejudice to the Defendants.

WHEREFORE, Plaintiff Rollin Amore, hereby moves for an extension of time in which to file the motion in opposition to Defendant's motion to dismiss.

Respectfully submitted,

PATTON BOGGS, LLP


By: _____/S/_____
Christopher W. Hellmich, Esquire (Bar No 468840)
Read McCaffrey, Esquire (Bar No 413837)
2550 M Street, NW
Washington, DC 20037
Tel.: (202) 457-6504
Fax: (202) 457-6315

Dated: March 2, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE, *et al.*

                  Plaintiffs,         U.S. District Ct.
                                           Civil No.: 1:06-cv-00198 (RMU)
     v.
                                           D.C. Super Ct.
                                           Civil No.: 2005 CA 08773

ACCOR SA, *et al.*

                  Defendants.

---

## RULE 7(m) STATEMENT OF COUNSEL

I, Read K. McCaffrey, am one of the counsel of record for Plaintiff Rollin Amore. Pursuant to Local Rule 7 (m), I hereby state that this evening, March 2, 2006, I conferred by telephone with Mr. Robert B Wallace, Esq., counsel for the Defendants. Mr. Wallace graciously indicated that Defendants would not oppose Plaintiff's motion for an extension of time in which to file the motion in opposition to Defendant's motion to dismiss.

    Respectfully submitted,

                        PATTON BOGGS, LLP

    By: _____
                    Read McCaffrey, Esquire (Bar No 413837)
                    Christopher W. Hellmich, Esquire (Bar No 468840)
                    2550 M Street, NW
                  Washington, DC  20037
                  Tel.: (202) 457-6504
                  Fax: (202) 457-6315

Dated: March 2, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ROLLIN AMORE, *et al.*

                    Plaintiffs,          U.S. District Ct.
                                         Civil No.: 1:06-cv-00198 (RMU)
     v.

                                              D.C. Super Ct.
                                              Civil No.: 2005 CA 08773

ACCOR SA, *et al.*

                    Defendants.

## **ORDER**

Upon consideration of Plaintiff's Motion for an extension, it is, this 2nd day of March 2006, hereby ORDERED as follows:

Plaintiff's Motion in Opposition to Defendants' Motion to Dismiss will be due eleven (11) days after this Court issues a decision on Plaintiff's Motion to Remand, provided it is not rendered moot by that decision.

                                                              United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify on this 2nd day of March, 2006, Plaintiff's MOTION FOR AN EXTENSION TO FILE THE RESPONSE TO DEFENDANT'S MOTION TO DISMISS was filed and served electronically on:

>Robert B. Wallace, Esq.
>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
>The Colorado Building
>Suite 500
>1341 G. Street, N.W.
>Washington, DC  20005

_____/S/_____
Christopher W. Hellmich, Esq.