# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

---

ROLLIN AMORE, *et al.*

                        Plaintiffs,                    U.S. District Ct.
                                                     Civil No.: 1:06-cv-00198 (RMU)

        v.

                                              D.C. Super Ct.
                                                     Civil No.: 2005 CA 08773

ACCOR SA, *et al.*

                        Defendants.

---

### RULE 7(m) STATEMENT OF COUNSEL

I, Read K. McCaffrey, am one of the counsel of record for Plaintiff Rollin Amore.

Pursuant to Local Rule 7 (m), I hereby state that on Wednesday, March 15, 2006, I conferred by

telephone with Mr. Robert B Wallace, Esq., counsel for the Defendants.  Mr. Wallace indicated

that Defendants would not oppose Plaintiff's Motion to Withdraw his earlier Motion to Remand.

      Respectfully submitted,

                  PATTON BOGGS, LLP

By:                 /S/

                  Read McCaffrey, Esquire (Bar No 413837)
                  Christopher W. Hellmich, Esquire (Bar No 468840)
                  2550 M Street, NW
                  Washington, DC  20037
                  Tel.: (202) 457-6504
                  Fax: (202) 457-6315

Dated: March 17, 2006