UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ROLLIN AMORE, *et al.*

                   Plaintiffs,        U.S. District Ct.
                                               Civil No.: 1:06-cv-00198 (RMU)
    v.

                                                 D.C. Super Ct.
                                                 Civil No.: 2005 CA 08773

ACCOR SA, *et al.*

                   Defendants.

## **ORDER**

Upon consideration of Plaintiff's Motion to Withdraw, it is, this ___ day of March 2006, hereby ORDERED as follows:

Plaintiff's Motion to Withdraw the earlier Motion to Remand is GRANTED.

It is further ordered that Plaintiff's response to the Defendants' Motion to Dismiss will be due within eleven (11) days of the date this order is granted.

                                                                                                                 United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify on this 17th day of March, 2006, Plaintiff's MOTION TO WITHDRAW THE MOTION TO REMAND was filed and served electronically on:

>   Robert B. Wallace, Esq.
>   Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
>   The Colorado Building
>   Suite 500
>   1341 G. Street, N.W.
>   Washington, DC  20005

                         /S/
            _____
            Christopher W. Hellmich, Esq.