UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE, *et al.*

                          Plaintiffs,              U.S. District Ct.
                                                    Civil No.: 1:06-cv-00198 (RMU)
    v.

ACCOR SA, *et al.*

                          Defendants.

---

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

Plaintiff ROLLIN AMORE, as co-administrator of the Estates of Susanne Amore and Salvatore Michael Amore, by his undersigned counsel, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and Local Rules 7(i) and 7(m), hereby moves this Honorable Court to grant the Plaintiff leave to amend the First Amended Complaint.

I.    The Plaintiff respectfully submits that good cause for leave to amend exists

1.    Pursuant to Federal Rule of Civil Procedure 15(a), leave to amend "shall be freely given when justice so requires."

2.    In this case, the Plaintiff's proposed Second Amended Complaint (SAC) does not make any substantive changes to the First Amended Complaint (FAC). Rather, the SAC simply seeks to reflect the corporate name of the actual owner of the Sofitel Lafayette Square hotel.

3.    Although the Plaintiff's FAC cites the Sofitel Group LLC as the owner of the Sofitel Lafayette Square, it was the Plaintiff's clear intention to name as a defendant the *owner* of that hotel, irrespective of the corporate name. (*See* FAC Comp. ¶ 7.) As further support of this

1

intent, and as acknowledged by the Defendants (*see* Def. Mot. to Dismiss ¶ C), the Plaintiff served the summons and complaint in this case to the manager of the Sofitel Lafayette Square hotel.

4. The Defendants in this case will not be prejudiced if leave is granted since Defendant has been aware of the Plaintiff's intention to amend the complaint as well as the Plaintiff's original intent to name as a defendant the owner of the Sofitel Lafayette Square hotel. (*See* Def. Opp. to Motion to Remand ¶ E.).

5. As required by Local Rule 7(i), the proposed pleading as amended is attached hereto (Attachment "A").

WHEREFORE, Plaintiff Rollin Amore, hereby moves for leave to amend his complaint.

Respectfully submitted,

PATTON BOGGS, LLP


By: _____/S/_____
Christopher W. Hellmich, Esquire (Bar No 468840)
Read McCaffrey, Esquire (Bar No 413837)
2550 M Street, NW
Washington, DC 20037
Tel.: (202) 457-6504
Fax: (202) 457-6315

Dated: March 23, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE, *et al.*

                Plaintiffs,              U.S. District Ct.
                                                     Civil No.: 1:06-cv-00198 (RMU)
   v.

ACCOR SA, *et al.*

                Defendants.

---

## RULE 7(m) STATEMENT OF COUNSEL

Pursuant to Local Rule 7(m), on March 22, 2006, Plaintiff's counsel conferred by telephone with Mr. Robert B Wallace, Esq., counsel for the Defendants. Mr. Wallace indicated that Defendants oppose Plaintiff's Motion for Leave to Amend the Complaint.

    Respectfully submitted,

                PATTON BOGGS, LLP

    By:      /S/
             Christopher W. Hellmich, Esquire (Bar No 468840)
             Read McCaffrey, Esquire (Bar No 413837)
             2550 M Street, NW
             Washington, DC  20037
             Tel.: (202) 457-6504
             Fax: (202) 457-6315

Dated: March 23, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE, *et al.*

                      Plaintiffs,        U.S. District Ct.
                                                        Civil No.: 1:06-cv-00198 (RMU)

v.

                                                                 D.C. Super Ct.
                                                                 Civil No.: 2005 CA 08773

ACCOR SA, *et al.*

                      Defendants.

---

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to Amend, it is, this ___ day of March 2006, hereby ORDERED as follows:

Plaintiff's Motion for Leave to Amend the Complaint is GRANTED.

It is further ordered that Plaintiff's proposed Second Amended Complaint is accepted and will be considered filed and served on the date on which this order is entered.

                                                                                        _____
                                                                                 United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify on this 23rd day of March, 2006, Plaintiff's MOTION FOR LEAVE TO AMEND THE COMPLAINT was filed and served electronically on:

>Robert B. Wallace, Esq.
>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
>The Colorado Building
>Suite 500
>1341 G. Street, N.W.
>Washington, DC  20005

>_____/S/_____
>Christopher W. Hellmich, Esq.