UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE, *et al.*

                Plaintiffs,                U.S. District Ct.
                                                             Civil No.: 1:06-cv-00198 (RMU)
    v.

ACCOR SA, *et al.*

                Defendants.

---

**PLAINTIFF'S CONSENT MOTION FOR TEMPORARY STAY OF PROCEEDINGS**

Plaintiff ROLLIN AMORE, as co-administrator of the Estates of Susanne Amore and Salvatore Michael Amore, by his undersigned counsel, pursuant to Local Rules 7 and 7(m), with the consent of Defense counsel, hereby moves this Honorable Court to extend the deadline in which Plaintiff may file its reply memorandum in opposition to Defendant's Motion to Dismiss.

    1.    By telephone today, Thursday, March 2, 2006, Defendants' counsel consented to Stay the filing of Plaintiff's opposition to Defendants' Motion to Dismiss the First Amended Complaint pending the Court's consideration of Plaintiff's Motion for Leave to Amend the First Amended Complaint. Defendants have indicated that they intend to file an opposition to Plaintiff's Motion for Leave to Amend.

    2.    Plaintiff's opposition to Defendants' Motion to Dismiss will be due four (4) days after this Court rules on Plaintiff's Motion for Leave to Amend, provided that after the Court rules the Defendant does not file a new argument. *See* accompanying Statement of Counsel.

1

3.   Good cause exists to stay these proceedings because Plaintiff otherwise would have to prepare different memorandum in opposition based on two different complaints.

WHEREFORE, Plaintiff Rollin Amore, hereby moves for a temporary Stay in these proceedings.

Respectfully submitted,

PATTON BOGGS, LLP


By:   _____/S/_____
Christopher W. Hellmich, Esquire (Bar No 468840)
Read McCaffrey, Esquire (Bar No 413837)
2550 M Street, NW
Washington, DC 20037
Tel.: (202) 457-6504
Fax: (202) 457-6315

Dated: March 31, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE, *et al.*

                    Plaintiffs,                U.S. District Ct.
                                                        Civil No.: 1:06-cv-00198 (RMU)
    v.

ACCOR SA, *et al.*

                    Defendants.

---

## RULE 7(m) STATEMENT OF COUNSEL

I, Christopher W. Hellmich, am one of the counsel of record for Plaintiff Rollin Amore. Pursuant to Local Rule 7 (m), I hereby state that this morning, March 31, 2006, I conferred by telephone with Mr. Robert B Wallace, Esq., counsel for the Defendants. Mr. Wallace indicated that Defendants would not oppose Plaintiff's motion for a temporary stay of these proceedings.

    Respectfully submitted,

                    PATTON BOGGS, LLP

By:        /S/       
       Christopher W. Hellmich, Esquire (Bar No 468840)
       Read McCaffrey, Esquire (Bar No 413837)
       2550 M Street, NW
       Washington, DC 20037
       Tel.: (202) 457-6504
       Fax: (202) 457-6315

Dated: March 31, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ROLLIN AMORE, *et al.*

                  Plaintiffs,                U.S. District Ct.
                                                      Civil No.: 1:06-cv-00198 (RMU)
     v.

                                                       D.C. Super Ct.
                                                       Civil No.: 2005 CA 08773

ACCOR SA, *et al.*

                  Defendants.

## **ORDER**

Upon consideration of Plaintiff's Motion for an extension, it is, this ___ day of ___ 2006, hereby ORDERED as follows:

Plaintiff's Opposition to Defendants' Motion to Dismiss will be due four (4) days after this Court issues an order on Plaintiff's Motion for Leave to Amend the Second Amended Complaint, provided Defendants do not thereafter file a new argument which would trigger the normal response standard as stated in Local Rule 7(b).

                                                                                   United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify on this 31st day of March, 2006, Plaintiff's MOTION FOR AN EXTENSION TO FILE THE RESPONSE TO DEFENDANT'S MOTION TO DISMISS was filed and served electronically on:

> Robert B. Wallace, Esq.
> Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
> The Colorado Building
> Suite 500
> 1341 G. Street, N.W.
> Washington, DC 20005

_____/S/_____
Christopher W. Hellmich, Esq.