UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE as co-administrator
of the Estates of Susanne Amore and Salvatore
Michael Amore, deceased,

        Plaintiffs

   v.

ACCOR SA, ACCOR NORTH AMERICA, INC.,
SOFITEL GROUP, LLC, and DOES 1-5,

        Defendants.

Civil No.: 1:06CV00198 (RMU)

---

## ERRATA

Defendants Accor SA and Accor North America, Inc., by counsel, respectfully submit this Errata to include the text of defendants' proposed order, a copy of which is attached as Exhibit A, which was mistakenly omitted from defendant's memorandum in opposition to plaintiff's motion for leave to file a second omitted complaint.

        Respectfully submitted,

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER, LLP

        /S/
By: _____.
        Robert B. Wallace, Esquire (Bar No 108571)
        The Colorado Building, Suite 500
        1341 G. Street, N.W.
        Washington, D.C. 20005
        Tel.: (202) 626-7660

228674.1

Fax: (202) 628-3606

Thomas A. Leghorn, Esquire (of counsel)
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, New York 10604
Tel.: (914) 323-7000
Fax: (914) 323-7001

*Attorneys for Accor SA and Accor North America, Inc.*

### CERTIFICATE OF SERVICE & ELECTRONIC FILING

I hereby certify on this 10th day of April, 2006, I served the foregoing electronically upon Christopher W. Hellmich, Esq. and Read K. McCaffrey, Esq., Patton Boggs, LLP, 2550 M. St., N.W., Washington, D.C. 20037, counsel for plaintiff, and that the original signed documents are in the possession of the attorneys responsible for this filing and are available for review upon request.

/S/
_____
Robert B. Wallace, Esq.

228674.1