**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

――――――――――――――――――――――――――――

ROLLIN AMORE as co-administrator
of the Estates of Susanne Amore and Salvatore
Michael Amore, deceased,

                    Plaintiffs

                                        Civil No.: 1:06CV00198 (RMU)

          v.

ACCOR SA, ACCOR NORTH AMERICA, INC.,
SOFITEL GROUP, LLC, and DOES 1-5,

                    Defendants.

――――――――――――――――――――――――――――


**<u>ORDER</u>**

        Upon consideration of the motion for leave to file a second amended complaint by

plaintiff, it is this _____ day of April 2006, hereby

        **ORDERED** that plaintiff's motion is **DENIED**.


                                        _____
                                        Hon. Ricardo M. Urbina
                                        United States District Judge