UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE, *et al.*

                     Plaintiffs,           U.S. District Ct.
                                                  Civil No.: 1:06-cv-00198 (RMU)
      v.

ACCOR SA, *et al.*

                     Defendants.

---

**PLAINTIFF'S AGREED MOTION FOR AN EXTENSION
TO FILE ITS ORDER TO SHOW CAUSE**

Plaintiff ROLLIN AMORE, as co-administrator of the Estates of Susanne Amore and Salvatore Michael Amore, by his undersigned counsel, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rules 7 and 7(m), hereby moves this Honorable Court to extend the deadline in which Plaintiff may file its Order to Show Cause for why this action should not be dismissed on the basis of res judicata or collateral estoppel.

I.      The Plaintiff respectfully submits that good cause for the requested extension exists:

1.      On Thursday, November 9, 2006, this Court issued a Minute Order setting a Hearing/Deadline for Plaintiffs to submit an Order to Show Cause why this case should not be dismissed. The Court's Order set Friday, November 17, 2006, as the due date for Plaintiff's memorandum.

2.      On Friday, November 10, 2006, Plaintiff's counsel attempted to confer with His Honor's Chambers to clarify the scope of the Minute Order so as not to waste the Court's time

4841792

1

with unnecessary briefing material. However, due to the Veteran's Day Holiday, Plaintiff's counsel was unable to reach the Court's Chambers.

3. On Monday, November 13, Plaintiff's counsel successfully reached His Honor's Chambers. In response to Plaintiff's counsel's question, this Court issued a second Minute Order clarifying the scope of the Order to Show Cause on Monday, November 13, 2006.

4. Whereas Plaintiff's counsel appreciates this Court's clarifying the scope of the Order to Show Cause, nearly half of the time allotted Plaintiff to prepare the memorandum has since passed.

5. In order to best represent the Plaintiff, Plaintiff's counsel therefore respectfully requests a brief extension of time until no sooner than Tuesday, November 21, 2006, to file its Order to Show Cause.

II. Opposing Counsel Does Not Oppose the Extension

1. By telephone today, Tuesday, November 14, 2006, Defendants' counsel indicated that he would not oppose this motion based upon the proposed briefing schedule as indicated in the attached Proposed Order. *See* accompanying Statement of Counsel. Accordingly, it is clear that the proposed extension would entail no prejudice to the Defendants.

WHEREFORE, Plaintiff Rollin Amore hereby moves for an extension of time until no sooner than November 21, 2006, in which to file its Order to Show Cause.

Respectfully submitted,

PATTON BOGGS, LLP

By: _____/S/_____
Christopher W. Hellmich, Esquire (Bar No 468840)
2550 M Street, NW
Washington, DC 20037
Tel.: (202) 457-6504
Fax: (202) 457-6315

Dated: March 2, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ROLLIN AMORE, *et al.*

                Plaintiffs,                U.S. District Ct.
                                                                  Civil No.: 1:06-cv-00198 (RMU)
    v.

ACCOR SA, *et al.*

                Defendants.

## RULE 7(m) STATEMENT OF COUNSEL

I, Christopher Hellmich, am one of the counsel of record for Plaintiff Rollin Amore. Pursuant to Local Rule 7 (m), I caused to occur a communication with Mr. Robert B Wallace, Esq., counsel for the Defendants Defense, today, November 14, 2006. I attest that Mr. Wallace indicated that Defendants would not oppose Plaintiff's motion for an extension of time in which to file its Order to Show Cause, given the briefing schedule as outlined in the Proposed Order.

      Respectfully submitted,

                            PATTON BOGGS, LLP

      By:           /s/
              Christopher W. Hellmich, Esquire (Bar No 468840)
              2550 M Street, NW
              Washington, DC 20037
              Tel.: (202) 457-6504
              Fax: (202) 457-6315

Dated: November 14, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE, *et al.*

                        Plaintiffs,         U.S. District Ct.
                                                    Civil No.: 1:06-cv-00198 (RMU)
   v.
                                                    D.C. Super Ct.
                                                    Civil No.: 2005 CA 08773

ACCOR SA, *et al.*

                        Defendants.

---

## **ORDER**

Upon consideration of Plaintiff's Motion for an extension, it is, this ___ day of November 2006, hereby ORDERED as follows:

Plaintiff is granted an extension of time to file its Order to Show Cause. Plaintiff's Order to Show Cause will be due Tuesday, November 21st, 2006. The Defendants' response will be due Monday, December 4th, 2006.

                                                                  _____
                                                                 United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify on this 14th day of November, 2006, Plaintiff's MOTION FOR AN EXTENSION TO FILE AN ORDER TO SHOW CAUSE was filed and served electronically on:

>Robert B. Wallace, Esq.
>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
>The Colorado Building
>Suite 500
>1341 G. Street, N.W.
>Washington, DC  20005

>_____/S/_____
>Christopher W. Hellmich, Esq.

4841792                                6