UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROLLIN AMORE, as co-administrator of the Estates of Susanne Amore and Salvatore Michael Amore, deceased : : : : | | |
| Plaintiff, : | Civil Action No.: | 06-0198 (RMU) |
| v. : | Document Nos.: | 18, 19 |
| ACCOR, S.A. *et al.*, : : | | |
| Defendants. : | | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 30th day of April 2007, hereby

**ORDERED** that the claims against Accor, S.A. are dismissed; and it is

**FURTHER ORDERED** that the show cause order against Accor, N.A. is discharged; and it is

**ORDERED** that all pending motions are stricken; and it is

**FURTHER ORDERED** that the parties shall submit a joint status report on or before Thursday, May 31, 2007, outlining all pending issues in this case and, if the parties believe it is necessary, setting forth a proposed schedule for further motions.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge