IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ROLLIN AMORE, as co-administrator of the Estates of Susanne Amore and Salvatore Michael Amore, deceased )<br><br>Plaintiff, )<br><br>v. )<br><br>ACCOR, S.A., ET AL. )<br><br>Defendants. ) | Civil Action No.: 1:06-cv-198 (RMU)<br><br>Document No.: |

**(Plaintiff's Proposed) ORDER**

**ORDERED** that the Court's April 30, 2007 Order was a final judgment as to Defendant Accor, S.A.

**IT IS FURTHER ORDERED** that these proceedings are Stayed pending the outcome of Plaintiff's appeal to the United States Court of Appeals for the District of Columbia Circuit;

*Alternatively*

**ORDERED** that within 5 business days of this Order Plaintiff may file a Motion for Permission to File an Interlocutory Appeal, Defendants' opposition will be filed within 10 days, and a reply is due 5 days thereafter.

**IT IS FURTHER ORDERED** that all other proceedings will be Stayed pending resolution of Plaintiff's motion. Within 10 days of the resolution of Plaintiff's motion the parties shall submit a Joint Status report as to further issues for the Court's consideration.

_____

Judge Ricardo M. Urbina