IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ROLLIN AMORE, as co-administrator of the Estates of Susanne Amore and Salvatore Michael Amore, deceased )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACCOR, S.A., ET AL. )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:06-cv-198 (RMU)<br><br>Document No.: |

## (Defendants' Proposed) ORDER

**ORDERED** that the following shall be the briefing schedule for Plaintiff's Motions for a Stay and Interlocutory Appeal: Plaintiff's Motions for a Stay and Interlocutory Appeal shall be filed by June 10, 2007, oppositions shall be filed by June 20, 2007, and a reply due 5 days thereafter; and it is

**ORDERED** that the following shall be the briefing schedule for Defendant's Motion to Dismiss or Summary Judgment: Defendant's Motion to Dismiss or for Summary Judgment as to the remaining Defendants shall be filed by July 10, 2007, oppositions shall be filed by July 24, 2007, and replies due within 7 days.

_____

Judge Ricardo M. Urbina