**Full docket text:**
MINUTE ORDER requiring the plaintiff to SHOW CAUSE why this case should not be dismissed on the basis of res judicata. The plaintiff's memorandum is due on or before Friday, November 17, 2006. The defendants' response is due on or before Friday, November 24, 2006. Each memoranda must cite (including pincite) to supporting legal authority and must not exceed 10 double-spaced pages. Signed by Judge Ricardo M. Urbina on 11/9/06. (md)

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 06/30/2007 10:23:04 ||||
| PACER Login: | we0014 | Client Code: | 3637 |
| Description: | History/Documents | Search Criteria: | 1:06-cv-00198-RMU |
| Billable Pages: | 1 | Cost: | 0.08 |

**Full docket text:**
MINUTE ORDER clarifying the court's show cause order. The memoranda shall discuss: (1) whether Accor N.A.'s claims are barred on the basis of the litigation in the Southern District of NY, and (2) whether collateral estoppel on the issue of forum non conveniens bars Accor S.A.'s claims. Signed by Judge Ricardo M. Urbina on 11/13/2006. (md)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/30/2007 10:21:42 | | | |
| PACER Login: | we0014 | Client Code: | 3637 |
| Description: | History/Documents | Search Criteria: | 1:06-cv-00198-RMU |
| Billable Pages: | 1 | Cost: | 0.08 |