**Full docket text:**
MINUTE ORDER: the parties may file any further motions they deem necessary on or before July 10, 2007. Oppositions shall be due on or before July 24, 2007, and replies shall be due on or before July 31, 2007. Signed by Judge Ricardo M. Urbina on 6/1/07. (md)

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 06/30/2007 10:25:51 ||||
| PACER Login: | we0014 | Client Code: | 3637 |
| Description: | History/Documents | Search Criteria: | 1:06-cv-00198-RMU |
| Billable Pages: | 1 | Cost: | 0.08 |