IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ROLLIN AMORE, as co-administrator of the Estates of Susanne Amore and Salvatore Michael Amore, deceased<br><br>Plaintiff,<br><br>v.<br><br>ACCOR, S.A., ET AL.<br><br>Defendants. | Civil Action No.: 1:06-cv-198 (RMU) |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3 and 4, Plaintiff Rollin Amore, as co-administrator of the Estates of Susanne Amore and Salvatore Michael Amore, by his undersigned counsel, hereby gives notice of appeal to the United States Court of Appeals for the District of Columbia Circuit from the order of final judgment issued by Judge Urbina and entered on April 30, 2007, dismissing Plaintiff's claims against Defendant Accor, S.A.

Respectfully submitted,

PATTON BOGGS, LLP

By: _____

Christopher W. Hellmich, Esquire (Bar No 468840)
Read McCaffrey, Esquire (Bar No 413837)
2550 M Street, NW
Washington, DC 20037
Tel.: (202) 457-6504
Fax: (202) 457-6315

Dated: May 30, 2007

RECEIVED
MAY 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
4889612

## CERTIFICATE OF SERVICE

I hereby certify on this 30th day of May, 2007, Plaintiff's NOTICE OF APPEAL was filed and served via first class mail on:

> Robert B. Wallace, Esq.
> Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
> The Colorado Building
> Suite 500
> 1341 G. Street, N.W.
> Washington, DC 20005

_____
Christopher W. Hellmich, Esq. (Bar No 468840)

4889612