CLOSED

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:03-cv-05360-MGC

Reers, et al v. Deutsche Bahn AG, et al
Assigned to: Judge Miriam Goldman Cedarbaum
Demand: $0
Cause: 28:1391 Personal Injury

Date Filed: 07/21/2003
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Carolyn Reers**
*in her capacity as Personal*
*Representative of the Estates of*
*Susanne Amore, deceased, and*
*Salvatore Michael Amore, deceased*

represented by **Christopher Hellmich**
Patton, Boggs, L.L.P.
2550 M Street, NW
Washington, DC 20237
*LEAD ATTORNEY*

**Read K. McCaffrey**
Patton, Boggs, L.L.P.
2550 M Street, NW
Washington, DC 20237
*LEAD ATTORNEY*

**Andrew J. Maloney, III**
Briccetti, Calhoun & Lawrence LLP
81 Main Street
450
White Plains, NY 10601
(914) 946-5900
*ATTORNEY TO BE NOTICED*

**James P. Kreindler**
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
212-973-3440
Fax: 212-972-9432
Email: jkreindler@kreindler.com
*ATTORNEY TO BE NOTICED*

**Vincent I. Parrett**
Kreindler & Kreindler, L.L.P.
100 Park Avenue
New York, NY 10017
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathryn Meyers-Tonucci**
*individually*

represented by **Andrew J. Maloney, III**
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
(212) 687-8181
*LEAD ATTORNEY*

**James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*

**Vincent I. Parrett**
(See above for address)
*LEAD ATTORNEY*

## Plaintiff

**Kathryn Meyers-Tonucci**
*in her capacity as Personal*
*Representative of the Estate of Jeanne*
*Meyers Amore, deceased*

represented by **Andrew J. Maloney, III**
(See above for address)
*LEAD ATTORNEY*

**James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*

**Vincent I. Parrett**
(See above for address)
*LEAD ATTORNEY*

**Read K. McCaffrey**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Plaintiff

**George Guertin**
*in his capacity as Personal*
*Representative of the Estates of Emily*
*Jeanne Amore deceased, and Michael*
*B. Amore, deceased*

represented by **Andrew J. Maloney, III**
(See above for address)
*LEAD ATTORNEY*

**James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*

**Read K. McCaffrey**
(See above for address)
*LEAD ATTORNEY*

**Vincent I. Parrett**
(See above for address)
*LEAD ATTORNEY*

V.

### Defendant

**Deutsche Bahn AG**
*a Republic of Germany Corporation*

represented by **Thomas Richard Cherry**
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
3 Gannett Drive
White Plains, NY 10604
914-323-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Deutsche Bahn Reise & Touristik AG**

*a Republic of Germany Corporation*

represented by **Thomas Richard Cherry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Deutsche Bahn Autozug AG**
*a Republic of Germany Corporation*

represented by **Thomas Richard Cherry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Deutsche Bahn Nachzug AG**
*a Republic of Germany Corporation*

represented by **Thomas Richard Cherry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Stinnes Corporation**
*a New York Corporation*
*TERMINATED: 12/15/2003*

### Defendant

**Volker**
*an individual*

represented by **Thomas Richard Cherry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Accor SA**
*a Republic of France Corporation*

### Defendant

**Accor North America, Inc.**
*a New York Corporation*
*TERMINATED: 12/15/2003*

represented by **Thomas A. Leghorn**
Wilson, Elser, Moskowitz, Edelman &
Dicker, L.L.P.
3 Gannet Drive

White Plains, NY 10604
(914) 323-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Compagnie Internationale Des
Wagons-Lits**
*a Republic of France Corporation*

**Defendant**

**ISG-DSG GmbH**
*a Republic of Germany corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2003 | 1 | COMPLAINT filed. Summons issued and Notice pursuant to 28 U.S.C. 636(c). FILING FEE $ 150.00 RECEIPT # 480096. (jjm) (Entered: 07/22/2003) |
| 07/21/2003 | | Magistrate Judge Frank Maas is so designated. (jjm) (Entered: 07/22/2003) |
| 09/10/2003 | 2 | AFFIDAVIT OF SERVICE of Summons and COmplaint as to Accor NA, Inc. by Carol Vogt on 8/18/03 . Answer due on 9/8/03 for Accor NA, Inc. (moc) (Entered: 09/15/2003) |
| 09/10/2003 | 3 | AFFIDAVIT OF SERVICE of Summons and Complaint as to Stinnes Corporation by Carol Vogt on 8/18/03 . Answer due on 9/8/03 for Stinnes Corporation . (moc) (Entered: 09/15/2003) |
| 09/12/2003 | 4 | NOTICE OF MOTION by Carolyn Reers, Kathryn Meyers-Tonucci, Kathryn Meyers-Tonucci, George Guertin for default judgment against Accor NA, Inc., Stinnes Corporation ; Return Date not indicated; (djc) (Entered: 09/17/2003) |
| 10/22/2003 | 5 | STIPULATION and ORDER, reset answer to complaint due for 10/24/03 for Stinnes Corporation ( signed by Judge Miriam Goldman Cedarbaum ) (cd) (Entered: 10/23/2003) |
| 10/24/2003 | 6 | MEMORANDUM OF LAW by Stinnes Corporation in support of Motion to Dismiss; (djc) (Entered: 10/28/2003) |
| 10/24/2003 | 7 | NOTICE OF MOTION (Filed on service date) by Stinnes Corporation for an order dismissing Counts I, IV, and VII of Complaint ; Return Date 11/20/03; Attached are affidavits in support. (djc) (Entered: 10/28/2003) |
| 10/28/2003 | 8 | NOTICE OF MOTION by Accor NA, Inc. for an order dismissing complaint purs to FRCP 12(b)(6) ; Return Date 11/22/03 at 9:30 a.m.; Attached is Affirmation of Thomas A. Leghorn. (djc) (Entered: 10/30/2003) |

| 10/28/2003 | 9 | MEMORANDUM OF LAW by Accor NA, Inc. in support of [8-1] motion for an order dismissing complaint purs to FRCP 12(b)(6). (djc) (Entered: 10/30/2003) |
| 10/31/2003 | | Memo endorsed on motion; denying [4-1] motion for default judgment against Accor NA, Inc., Stinnes Corporation. ( signed by Judge Miriam Goldman Cedarbaum ); Copies mailed by Chambers. (sb) (Entered: 11/04/2003) |
| 12/04/2003 | 11 | RESPONSE to Motion re: [8] Motion to Dismiss. Document filed by Accor North America, Inc., Stinnes Corporation. (moc, ) (Entered: 12/18/2003) |
| 12/05/2003 | 10 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Stinnes Corporation.(df, ) (Entered: 12/12/2003) |
| 12/11/2003 | | Minute Entry for proceedings held before Judge Miriam Goldman Cedarbaum : Interim Pretrial Conference held on 12/11/2003. (jeh, ) (Entered: 01/21/2004) |
| 12/15/2003 | | ORDER granting [8] Motion to Dismiss. Unopposed motion GRANTED. Defendant Accor North American, Inc. dismissed from complaint. (Signed by Judge Miriam Goldman Cedarbaum on 12/11/03) Copies Mailed by Chambers. (db, ) (Entered: 12/24/2003) |
| 12/15/2003 | | ORDER granting [7] Motion to Dismiss. Unopposed motion GRANTED. Defendant Stinnes Corporation dismissed from the complaint. (Signed by Judge Miriam Goldman Cedarbaum on 12/11/03) Copies Mailed by Chambers. (db, ) (Entered: 12/24/2003) |
| 01/16/2004 | 13 | MOTION for an order dismissing the plaintiff's complaint pursuant to FRCP 12(b)(1), 12 (b)(6) and for forum non convienens. Leghorn affirmation attached. Document filed by Accor North S.A.. Return Date set for 2/12/2004 09:30 AM before Judge Miriam Goldman Cedarbaum. (dle, ) Modified on 1/26/2004 (dle, ). (Entered: 01/26/2004) |
| 01/16/2004 | 14 | MEMORANDUM OF LAW in Support re: [13] MOTION to Dismiss.. Document filed by Accor SA, Compagnie Internationale Des Wagons-Lits. (dle, ) (Entered: 01/26/2004) |
| 01/16/2004 | 15 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Accor SA, Compagnie Internationale Des Wagons-Lits.(dle, ) (Entered: 01/26/2004) |
| 01/16/2004 | 16 | NOTICE OF MOTION to Dismiss. Document filed by Deutsche Bahn AG, Deutsche Bahn Autozug AG, Deutsche Bahn Nachzug AG, Deutsche Bahn Reise & Touristik AG, Volker. Return Date set for 2/12/2004 09:30 AM before Judge Miriam Goldman Cedarbaum. (ps, ) (Entered: 01/26/2004) |
| 01/16/2004 | 17 | MEMORANDUM OF LAW in Support re: [16] MOTION to Dismiss. Document filed by Deutsche Bahn AG, Deutsche Bahn Autozug AG, Deutsche Bahn Nachzug AG, Deutsche Bahn Reise & Touristik AG, Volker. (ps, ) (Entered: 01/26/2004) |

| 01/16/2004 | 18 | AFFIRMATION of Thomas R. Cherry in Support re: [16] MOTION to Dismiss. Document filed by Deutsche Bahn AG, Deutsche Bahn Autozug AG, Deutsche Bahn Nachzug AG, Deutsche Bahn Reise & Touristik AG, Volker. (ps, ) (Entered: 01/26/2004) |
| 01/20/2004 | 12 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Deutsche Bahn AG, Deutsche Bahn Autozug AG, Deutsche Bahn Reise & Touristik AG.(gmo, ) (Entered: 01/23/2004) |
| 02/09/2004 | 19 | DECLARATION of Vincent I. Parrett (NDB). Document filed by George Guertin, Kathryn Meyers-Tonucci, Carolyn Reers. (pa, ) (Entered: 02/11/2004) |
| 02/09/2004 | 20 | DECLARATION of Christopher W. Hellmich in Support of pltffs Opposition to the Deutsche Bahn defts joint motion to dismiss complt. with attached exhibits (NDB). Document filed by George Guertin, Kathryn Meyers-Tonucci, Carolyn Reers. (pa, ) (Entered: 02/11/2004) |
| 02/09/2004 | 21 | MEMORANDUM OF LAW in Opposition re: [16] MOTION to Dismiss. (NDB). Document filed by George Guertin, Kathryn Meyers-Tonucci, Carolyn Reers. (pa, ) (Entered: 02/11/2004) |
| 02/09/2004 | 22 | MEMORANDUM OF LAW in Opposition to [13] JOINT MOTION to Dismiss. Document filed by George Guertin, Kathryn Meyers-Tonucci, Carolyn Reers. received in night deposit box on 2/9/04 at 8:26 p.m. (db, ) (Entered: 02/11/2004) |
| 02/09/2004 | 23 | DECLARATION of Christopher W. Hellmich in Support re: [22] Memorandum of Law in Opposition to Motion. Document filed by George Guertin, Kathryn Meyers-Tonucci, Carolyn Reers. received in night deposit box on 2/9/04 at 8:26 p.m. (db, ) (Entered: 02/11/2004) |
| 02/17/2004 | 24 | MOTION, for Expansion of page limit for the opposition to DB defendants' [16] MOTION to Dismiss.Document filed by George Guertin, Kathryn Meyers-Tonucci, Carolyn Reers. (tp, ) (Entered: 02/19/2004) |
| 02/17/2004 | 25 | ORDER, that having reviewed plaintiffs' Motion for Expansion of the Page Limitation for its Opposition to the DB Defendants' Motion to Dismiss, and there being no opposition thereto, plaintiffs' Motion is hereby Granted as of this day. (Signed by Judge Miriam Goldman Cedarbaum on 2/13/04). Copies Mailed By Chambers.(tp, ) (Entered: 02/19/2004) |
| 02/23/2004 | 28 | REPLY MEMORANDUM OF LAW in Further Support re: [16] MOTION to Dismiss.. Document filed by Deutsche Bahn AG, Volker. (pa, ) (Entered: 02/27/2004) |
| 02/25/2004 | 26 | REPLY AFFIRMATION of Thomas A. Leghorn in Further Support Of Defendants, Accor S.A. And Compagnie Internationale DES Wagon-LITS', Motion To Dissmiss. Document filed by Accor North America, Inc., Accor SA, Compagnie Internationale Des Wagons-Lits, Deutsche Bahn AG, Deutsche Bahn Autozug AG, Deutsche Bahn Nachzug AG, |

| | | |
|---|---|---|
| | | Deutsche Bahn Reise & Touristik AG, ISG-DSG GmbH, Stinnes Corporation, Volker. (jmi, ) (Entered: 02/26/2004) |
| 02/25/2004 | 27 | REPLY MEMORANDUM OF LAW in Further Support Of Defendants' Accor S.A. And CIWLT'S Motrion To Dissmiss The Complaint. Document filed by Accor North America, Inc., Accor SA, Compagnie Internationale Des Wagons-Lits, Deutsche Bahn AG, Deutsche Bahn Autozug AG, Deutsche Bahn Nachzug AG, Deutsche Bahn Reise & Touristik AG, ISG-DSG GmbH, Stinnes Corporation, Volker. (jmi, ) (Entered: 02/26/2004) |
| 03/09/2004 | 29 | MOTION for Read K. McCaffrey, Esq., and Christopher W.Hellmich, Esq. to Appear Pro Hac Vice. Document filed by George Guertin, Kathryn Meyers-Tonucci, Carolyn Reers. Attached is Affidavit in support of REad K. McCaffrey and Christopher W. Hellmich.(djc, ) (Entered: 03/12/2004) |
| 03/26/2004 | | MEMO ENDORSEMENT on re: granting [29] MOTION for Read K. McCaffrey, Esq., and Christopher W. Hellmich, Esq. to Appear Pro Hac Vice. filed by Carolyn Reers, Kathryn Meyers-Tonucci, George Guertin (Signed by Judge Miriam Goldman Cedarbaum on 03/24/04); Copies mailed bo Counsel (djc, ) (Entered: 03/29/2004) |
| 03/29/2004 | | Transmission to Attorney Admissions Clerk. Transmitted re: Memo Endorsement,, to the Attorney Admissions Clerk for updating of Attorney Information. (djc, ) (Entered: 03/29/2004) |
| 04/01/2004 | 30 | TRANSCRIPT of proceedings held on 12/11/03 before Judge Miriam Goldman Cedarbaum.(pl, ) (Entered: 04/02/2004) |
| 04/26/2004 | 31 | TRANSCRIPT of proceedings held on 3/15/04 before Judge Miriam Goldman Cedarbaum.(ps, ) (Entered: 04/26/2004) |
| 06/03/2004 | 32 | OPINION #90187 re:granting [16] MOTION to Dismiss. filed by Deutsche Bahn AG, Deutsche Bahn Reise & Touristik AG, Deutsche Bahn Autozug AG, Deutsche Bahn Nachzug AG, Volker; granting [13] MOTION to Dismiss. filed by Accor SA, Accor North America, Inc.. (Signed by Judge Miriam Goldman Cedarbaum on 06/03/04); Copies forwarded by counsel. (djc, ) (Entered: 06/04/2004) |
| 06/04/2004 | | Transmission to Judgments and Orders Clerk. Transmitted re: [32] Memorandum & Opinion,to the Judgments and Orders Clerk for preparation of Judgment. (djc, ) (Entered: 06/04/2004) |
| 06/07/2004 | 33 | CLERK'S JUDGMENT that deft's motion is granted and the complaint is dismissed; accordingly, the case is closed. (Signed by J. Michael McMahon, Clerk on 6/7/04) (jf, ) (Entered: 06/07/2004) |
| 06/10/2004 | | Mailed notice of Right to Appeal to Attorney(s) of Record: Thomas Richard Cherry, Christopher Hellmich, James P. Kreindler, Thomas A. Leghorn, Andrew J. Maloney III, Read K. McCaffrey, Vincent I. Parrett. (snu, ) (Entered: 06/10/2004) |
| 07/02/2004 | 34 | NOTICE OF APPEAL from [32] Memorandum & Opinion. Document |

|  |  | filed by George Guertin, Kathryn Meyers-Tonucci, Carolyn Reers. Filing fee $ 255.00, receipt number E 513341. Copies of Notice of Appeal mailed to Attorney(s) of Record: Wilson, Elser, Moskowitz, Edelman & Dicker LLP. (tp, ) (Entered: 07/12/2004) |
|---|---|---|
| 07/12/2004 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [34] Notice of Appeal. (tp, ) (Entered: 07/12/2004) |
| 07/12/2004 |  | Transmission of Notice of Appeal to the District Judge re: [34] Notice of Appeal. (tp, ) (Entered: 07/12/2004) |
| 08/12/2004 |  | USCA Case Number 04-3822-cv assigned to [34] Notice of Appeal, filed by Carolyn Reers, Kathryn Meyers-Tonucci, George Guertin. (pr, ) (Entered: 08/12/2004) |
| 08/12/2004 | 35 | USCA SCHEDULING ORDER as to [34] Notice of Appeal, filed by Carolyn Reers, Kathryn Meyers-Tonucci, George Guertin USCA Case Number 04-3822-cv. Appeal Record due by 9/8/2004. (pr, ) (Entered: 08/12/2004) |
| 09/22/2004 | 36 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for [34] Notice of Appeal, filed by Carolyn Reers, Kathryn Meyers-Tonucci, George Guertin USCA Case Number 04-3822-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (pr, ) (Entered: 09/23/2004) |
| 10/22/2004 | 37 | MANDATE of USCA WITHDRAWING APPEAL (Certified Copy) as to [34] Notice of Appeal, filed by Carolyn Reers, Kathryn Meyers-Tonucci, George Guertin USCA Case Number 04-3822-cv....that the appeal is hereby WITHDRAWN pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure as indicated. MACKECHNIE, Clerk USCA. Issued As Mandate: 10/19/04. (pr, ) (Entered: 10/22/2004) |
| 10/22/2004 |  | Transmission of USCA Mandate/Order to the District Judge re: [37] USCA Mandate Withdrawing Appeal,. (pr, ) (Entered: 10/22/2004) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/20/2006 19:33:09 | | |
| **PACER Login:** we0155 | **Client Code:** | 03619.00017 |
| **Description:** | Docket Report **Search Criteria:** | 1:03-cv-05360-MGC |
| **Billable Pages:** 5 | **Cost:** | 0.40 |