UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE as co-administrator
of the Estates of Susanne Amore and Salvatore
Michael Amore, deceased,

        Plaintiffs

v.

ACCOR SA, ACCOR NORTH AMERICA, INC.,
SOFITEL GROUP, LLC, and DOES 1-5,

        Defendants.

Civil No.: 1:06CV00198 (RMU)

---

## ORDER

Upon consideration of plaintiff's motion for a stay pending appeal, it is this ____ day of July 2007, hereby

**ORDERED** that plaintiff's motion is **DENIED**.

                                                              Hon. Ricardo M. Urbina
                                                             United States District Judge

Copies to:

Christopher W. Hellmich, Esq.
Read K. McCaffrey, Esq.
Robert B. Wallace, Esq.

68335.1