UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE, *et al.*

                Plaintiffs,

              v.

ACCOR SA, *et al.*

                Defendants.

Civil No.: 1:06-cv-00198 (RMU)

---

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW MOTION TO STAY**

Plaintiff ROLLIN AMORE, as co-administrator of the Estates of Susanne Amore and Salvatore Michael Amore, by his undersigned counsel, hereby moves to withdraw his Motion to Stay the case pending his appeal to the United States Court of Appeals for the District of Columbia.

1. Plaintiff filed a Notice of Appeal on May 30, 2007. The Clerk of the Court of Appeals docketed this appeal on June 11, 2007.

2. At the time Plaintiff filed its Notice of Appeal he did not have the benefit of United States Court of Appeals for the District of Columbia's ruling in *Cambridge Holdings Group, Inc. v. Fed. Ins. Co.,* ___F.3d ___, 2007 U.S. App. LEXIS 14360 (D.C. Cir. June 19, 2007). Plaintiff's review of this opinion resolved certain questions regarding the Court's jurisdiction to hear his appeal at this time.

3. Therefore, on July 6, 2007, Plaintiff's counsel contacted Defendant's counsel and sought the Defendants' consent for the Plaintiff to voluntarily dismiss his appeal pursuant to Fed.

R. App. P. 42(b).  Plaintiff counsel also advised Defense counsel that he would be moving to withdraw Plaintiffs' Motion to Stay this Action.  Later that same day, Defendant's counsel consented to Plaintiff's voluntary dismissal on the condition that Plaintiff pay all costs and pending fees as Plaintiff promised, to the extent any exist.  Defense counsel did not object to Plaintiff withdrawing his Motion to Stay these proceedings.

WHEREFORE, Plaintiff Rollin Amore, hereby moves to withdraw his earlier Motion to Stay.

Respectfully submitted,

PATTON BOGGS, LLP

By: _____/S/_____
Christopher W. Hellmich, Esquire (Bar No 468840)
Read McCaffrey, Esquire (Bar No 413837)
2550 M Street, NW
Washington, DC 20037
Tel.: (202) 457-6504
Fax: (202) 457-6315

Dated: July 9, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

―――――――――――――――――――――――――

ROLLIN AMORE, *et al.*

                Plaintiffs,        U.S. District Ct.
                                      Civil No.: 1:06-cv-00198 (RMU)
   v.
                                          D.C. Super Ct.
                                          Civil No.: 2005 CA 08773

ACCOR SA, *et al.*

                Defendants.

―――――――――――――――――――――――――

### **RULE 7(m) STATEMENT OF COUNSEL**

I, Christopher W. Hellmich, am one of the counsel of record for Plaintiff Rollin Amore. Pursuant to Local Rule 7 (m), I hereby state that on Friday, July 6, 2006, I conferred by telephone with Mr. Robert B Wallace, Esq., counsel for the Defendants. Mr. Wallace indicated that Defendants would not oppose Plaintiff's Motion to Withdraw his earlier Motion to Stay.

    Respectfully submitted,

                PATTON BOGGS, LLP

    By:        /S/

                Read McCaffrey, Esquire (Bar No 413837)
                Christopher W. Hellmich, Esquire (Bar No 468840)
                2550 M Street, NW
                Washington, DC  20037
                Tel.: (202) 457-6504
                Fax: (202) 457-6315

Dated: July 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify on this 9th day of July, 2007, Plaintiff's MOTION TO WITHDRAW THE MOTION TO Stay was filed and served electronically on:

> Robert B. Wallace, Esq.
> Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
> The Colorado Building
> Suite 500
> 1341 G. Street, N.W.
> Washington, DC  20005

            _____/S/_____
             Christopher W. Hellmich, Esq.