UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

_____

ROLLIN AMORE, *et al.*

                Plaintiffs,         U.S. District Ct.
                                              Civil No.: 1:06-cv-00198 (RMU)

    v.

                                              D.C. Super Ct.
                                              Civil No.: 2005 CA 08773

ACCOR SA, *et al.*

                Defendants.
_____

## **ORDER**

    Upon consideration of Plaintiff's Motion to Withdraw, it is, this __ day of July 2007, hereby ORDERED as follows:

Plaintiff's Motion to Withdraw the earlier Motion to Stay is GRANTED.

                                                               _____

                                                               United States District Court Judge