UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ROLLIN AMORE as co-administrator
of the Estates of Susanne Amore and Salvatore
Michael Amore, deceased,

    Plaintiffs

v.

ACCOR SA, ACCOR NORTH AMERICA, INC.,
SOFITEL GROUP, LLC, and DOES 1-5,

    Defendants.

Civil No.: 1:06CV00198

## DECLARATION OF ALAN RABINOWITZ

I, Alan J. Rabinowitz, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Executive Vice President, General Counsel, and Secretary for Accor North America, Inc. ("Accor NA") As such, I am familiar with the corporate structure, and operations of Accor NA. I am authorized to make this declaration on behalf of Accor NA.

2. Accor NA is a corporation existing under the laws of the State of Delaware. Accor NA maintains its principal place of business at 4001 International Parkway, Carrollton, Texas 75007.

3. Accor NA is the managing general partner of Motel 6 Operating LP. Motel 6 Operating LP owns or operates under the name of Motel 6 or Studio 6 and provides assorted services to its affiliated company, Red Roof Inns.

1097767.1

4.  Accor SA is incorporated and headquartered in France. Its principal place of business is at 2 rue de La Mare Neuve, Evry, France. Accor SA possesses various ownership interests in various corporations specializing in hotels and tourism-related services within continental Europe and around the world.

5.  Accor NA is not a wholly-owned subsidiary of Accor SA. Accor NA is owned (100%) by IBL Limited, Inc. IBL Limited, Inc. is owned (100%) by Accor Business and Leisure North America, Inc. Accor Business and Leisure North America, Inc. is owned (100%) by Accor Lodging North America, Inc. Accor Lodging North America, Inc. is owned by Accor SA (62.14%) and IBS SA (37.86%).

6.  Accor NA is not an "alter ego" of Accor SA:

    - Accor NA is not a wholly-owned subsidiary of Accor SA.

    - Accor SA exercises no control over the day-to-day operations of Accor NA

    - Accor NA and Accor SA maintain separate offices, addresses, and telephone numbers.

    - Accor NA is not dependent on Accor SA for approval to make day-to-day business decisions.

    - Accor NA is not financially dependent on Accor SA.

    - Accor NA maintains its own financial records and pays its own expenses, taxes, and salaries.

    - Accor NA handles the hiring, training, and termination of employees without input from Accor SA.

    - Accor NA is not a designated agent for service of process on Accor SA.

7.  Accor SA is not "doing business" in the District of Columbia.

    - Accor SA never sought to avail itself of the privileges and benefits of doing business in this forum.

    - Accor SA has never been licensed to do business in the District of Columbia.

1097767.1

- Accor SA has never been authorized to do business in the District of Columbia.

- Accor SA never sought qualification to do business in the District of Columbia, nor consented to be sued in this jurisdiction.

- Accor SA is not a resident of the District of Columbia.

- Accor SA is not incorporated in the District of Columbia.

- Accor SA does not maintain any offices, warehouses, or places of business of any kind in the District of Columbia.

- Accor SA does not have any directors, officers, agents, or employees in the District of Columbia for the purpose of conducting the company's business.

- Accor SA does not have any directors, officers, agents, or employees who reside in the District of Columbia.

- Accor SA never held a board of directors meeting in the District of Columbia.

- Accor SA never had a designated agent for service of process in the District of Columbia.

- Accor SA has never been required to maintain a designated agent for service of process in the District of Columbia.

- Accor SA does not own any assets in the District of Columbia.

- Accor SA never owned, leased, or controlled any real property in the District of Columbia.

- Accor SA never paid and has never been required to pay any taxes in the District of Columbia.

8. There is absolutely no connection between Accor NA and the events of November 6, 2002 in Nancy, France:

- Accor NA did not employ any of the attendants on the Paris-Munich train on November 6, 2002.

- Accor NA did not perform any maintenance, repairs or inspections of the Paris-Munich train on November 6, 2002.

1097767.1

- Accor NA was under no obligation to perform any maintenance, repairs, or inspections of the Paris-Munich train on November 6, 2002.

- No agents or employees of Accor NA were involved in any way with the Paris-Munich train on November 6, 2002.

- Accor NA did not own or operate "Accor Academy."

- Accor NA did not provide any training allegedly provided at "Accor Academy."

- Accor NA did not train any of the attendants on the Paris-Munich train on November 6, 2002.

9.  Finally, there has never been an affiliate or subsidiary of either Accor NA known as "Sofitel Group, LLC." This is not the entity that owns or operates Sofitel Lafayette Square on 15th Street, N.W., Washington, D.C. It is our understanding from the District of Columbia Department of Consumer and Regulatory Affairs that the certificate of authority for "Sofitel Group, LLC" was revoked on November 14, 2005.

10. Accor NA respectfully requests this court grant its motions to dismiss.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____ February, 2006, at Carrollton, Texas

_____
Alan J. Rabinowitz

1097767.1