UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE as co-administrator
of the Estates of Susanne Amore and Salvatore
Michael Amore, deceased,

           Plaintiffs

    v.

ACCOR SA, ACCOR NORTH AMERICA, INC.,
SOFITEL GROUP, LLC, and DOES 1-5,

           Defendants.

Civil No.: 1:06CV00198 (RMU)

---

### ORDER

Upon consideration of the motion of Accor North America, Inc., to dismiss and for summary judgment, it is this ____ day of July 2007, it is hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED,** and it is

**ORDERED** that defendants motion for summary judgment is **GRANTED**, and it is

**ORDERED** that this case is dismissed it its entirety and defendant shall have **JUDGMENT** therefor.

 

_____
Hon. Ricardo M. Urbina
United States District Judge

Copies to:

Christopher W. Hellmich, Esq.
Read K. McCaffrey, Esq.
Robert B. Wallace, Esq.

68336.1