UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

_____

ROLLIN AMORE, *et al.*

                Plaintiffs,

                                            Civil No.: 1:06-cv-00198 (RMU)

      v.

ACCOR SA, *et al.*

                Defendants.

_____

### RULE 7(m) STATEMENT OF COUNSEL

Pursuant to Local Rule 7(m), on July 9, 2007, Plaintiff's counsel conferred with Mr. Robert B Wallace, Esq., counsel for the Defendants. Mr. Wallace indicated that Defendants oppose Plaintiff's Motion for Leave to Amend the Complaint.

    Respectfully submitted,

                      PATTON BOGGS, LLP

    By:        /S/_____

                      Christopher W. Hellmich, Esquire (Bar No 468840)
                      Read McCaffrey, Esquire (Bar No 413837)
                      2550 M Street, NW
                      Washington, DC  20037
                      Tel.: (202) 457-6504
                      Fax: (202) 457-6315

Dated: July 10, 2007