UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ROLLIN AMORE, *et al.*

                Plaintiffs,

        v.                              Civil No.: 1:06-cv-00198 (RMU)

ACCOR SA, *et al.*

                Defendants.

## **ORDER**

Upon consideration of Plaintiff's Motion for Leave to Amend the First Amended Complaint, it is, this __ day of ___ 2007, hereby ORDERED as follows:

Plaintiff's Motion for Leave to Amend the First Amended Complaint is GRANTED.

It is further ordered that Plaintiff's proposed Second Amended Complaint is accepted and will be considered filed and served on the date on which this order is entered.

                                                                               United States District Court Judge