# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-7088**                                        **September Term, 2006**

06cv00198

**Filed On:**

Rollin Amore, As co-administrator of the Estates of
Susanne Amore and Salvatore Michael Amore,
deceased,
      Appellant

v.

Accor SA, et al.,
      Appellees

**FILED**

JUL 1 6 2007

NANCY MAYER WHITTINGTON  CLERK
U.S. DISTRICT COURT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   JUL 1 3 2007

CLERK

## ORDER

Upon consideration of the court's order to show cause filed July 3, 2007, appellees' motion to dismiss, and appellant's motion for voluntary dismissal, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion for voluntary dismissal be granted, and that this case be dismissed. It is

**FURTHER ORDERED** that appellees' motion to dismiss be dismissed as moot.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                    BY:
                            Mark Butler
                            Deputy Clerk