UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE, *et al.*

                            Plaintiffs,            U.S. District Ct.
                                                                Civil No.: 1:06-cv-00198 (RMU)
    v.

ACCOR SA, *et al.*

                            Defendants.

---

### PLAINTIFF'S MOTION TO WITHDRAW MOTION TO REMAND

Plaintiff ROLLIN AMORE, as co-administrator of the Estates of Susanne Amore and Salvatore Michael Amore, by his undersigned counsel, hereby moves to withdraw his Motion to Remand the case to the Superior Court for the District of Columbia.

1. On February 6, 2006, Defendants filed a Notice of Removal with this Court, removing the above-captioned case from the Superior Court of the District of Columbia.

2. On February 24, 2006, the Plaintiff submitted a Motion to Remand and to Stay a Response to the Motion to Dismiss pursuant to 28 U.S.C. § 1447.

3. On March 2, 2006, the Plaintiff submitted a Consent Motion for an Extension of Time to Respond to Defendants' Motion to Dismiss. On March 3, 2006, this Court ordered that the Plaintiff's Response to Defendants' Motion to Dismiss would be due eleven (11) days following the court's decision on the Motion to Remand.

4. The Plaintiff hereby withdraws his Motion to Remand. Furthermore, pursuant to the Court's order noted above, the Plaintiff acknowledges that he will submit the Response to

1

Defendants' Motion to Dismiss within eleven (11) days of the Court's ruling on this motion, as such time is computed pursuant to Federal Rule of Civil Procedure 6(a).

5. By telephone on Wednesday, March 15, 2006, Defendants' counsel indicated that he would not oppose this motion. *See* accompanying Statement of Counsel.

WHEREFORE, Plaintiff Rollin Amore, hereby moves to withdraw his earlier Motion to Remand.

                Respectfully submitted,

                PATTON BOGGS, LLP

By: _____/S/_____
                Christopher W. Hellmich, Esquire (Bar No 468840)
                Read McCaffrey, Esquire (Bar No 413837)
                2550 M Street, NW
                Washington, DC 20037
                Tel.: (202) 457-6504
                Fax: (202) 457-6315

Dated: March 17, 2006