UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ROLLIN AMORE as co-administrator
of the Estates of Susanne Amore and Salvatore
Michael Amore, deceased,

Plaintiffs

v.

Civil No.: 1:06CV00198

ACCOR SA, ACCOR NORTH AMERICA, INC.,
SOFITEL GROUP, LLC, and DOES 1-5,

Defendants.

## DECLARATION OF ALAN RABINOWITZ

I, Alan J. Rabinowitz, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Executive Vice President, General Counsel, and Secretary for Accor North America, Inc. ("Accor NA") As such, I am familiar with the corporate structure, and operations of Accor NA. I am authorized to make this declaration on behalf of Accor NA.

2. Accor NA is a corporation existing under the laws of the State of Delaware. Accor NA maintains its principal place of business at 4001 International Parkway, Carrollton, Texas 75007. Accor NA is the managing general partner of Motel 6 Operating LP. Motel 6 Operating LP owns or operates motels under the name of Motel 6 or Studio 6 and provides assorted services to its affiliated company, Red Roof Inns, Inc

3. Accor SA is incorporated and headquartered in France. Its principal place of business is at 2 rue de La Mare Neuve, Evry, France. Accor SA possesses various ownership

1115578.2

interests in various corporations specializing in hotels and tourism-related services within continental Europe and around the world.

4. Accor NA is not a wholly-owned subsidiary of Accor SA. Accor NA is owned (100%) by IBL Limited, Inc. IBL Limited, Inc. is owned (100%) by Accor Business and Leisure North America, Inc. Accor Business and Leisure North America, Inc. is owned (100%) by Accor Lodging North America, Inc. Accor Lodging North America, Inc. is owned by Accor SA (62.14%) and IBS SA (37.86%).

5. Upon a search of our records, I have found nothing that would indicate either Accor NA or Accor SA had a subsidiary or affiliate known as "Sofitel Group, LLC." This company does not own or operate the Sofitel Lafayette Square on 15th Street, N.W., Washington, D.C. It is our understanding from the District of Columbia Department of Consumer and Regulatory Affairs that the certificate of authority for "Sofitel Group, LLC" was revoked on November 14, 2005.

6. Accor NA does not own or operate the Sofitel Lafayette Square hotel in Washington D.C. The company that owns and operates the Sofitel Lafayette Square is known as DC Sofitel LLC. DC Sofitel LLC is incorporated in Delaware and maintains its principal place of business in Carrollton, Texas.

7. DC Sofitel LLC is not an alter-ego of Accor SA or Accor NA. It is a wholly-owned subsidiary of Accor Business and Leisure North America, Inc. As stated above, Accor Business and Leisure North America, Inc. is owned (100%) by Accor Lodging North America, Inc. Accor Lodging North America, Inc. is owned by Accor SA (62.14%) and IBS SA (37.86%).

8. DC Sofitel LLC is not now, nor has it ever been, engaged in any operations in Europe. It has never participated in the training of any individuals working on the Paris-Munich

1115578.2

train that is the subject of this case. DC Sofitel LLC, neither itself nor through its ownership or operation of the Sofitel Lafayette Square hotel, was not connected in any way to the events of November 6, 2002 in Nancy, France.

9. Accor NA respectfully requests this court to deny plaintiff's motion to remand.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6__ March, 2006, at Carrollton, Texas

*[signature]*
Alan J. Rabinowitz

1115578.2