UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE as co-administrator
of the Estates of Susanne Amore and Salvatore
Michael Amore, deceased,

        Plaintiffs

   v.                                             Civil No.: 1:06CV00198 (RMU)

ACCOR SA, ACCOR NORTH AMERICA, INC.,
SOFITEL GROUP, LLC, and DOES 1-5,

        Defendants.

---

## ERRATA

Defendant Accor NA, by counsel, respectfully submits this Errata to include an electronically signed memorandum of points and authorities, a copy of which is attached as Exhibit A, which corrects Accor NA's memorandum in opposition to plaintiff's motion for leave to file a second amended complaint that was mistakenly filed without an electronic signature

    Respectfully submitted,

    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER, LLP

    By:   /S/ Robert B. Wallace

    Robert B. Wallace, Esquire (Bar No 108571)
    Jason R. Waters, Esquire (of counsel)
    The Colorado Building, Suite 500
    1341 G. Street, N.W.
    Washington, D.C. 20005
    Tel.: (202) 626-7660

267430.1

Fax: (202) 628-3606

Thomas A. Leghorn, Esquire (of counsel)
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, New York 10604
Tel.: (914) 323-7000
Fax: (914) 323-7001

*Attorneys for Accor SA and Accor North America, Inc.*

**CERTIFICATE OF SERVICE & ELECTRONIC FILING**

I hereby certify on this 24th day of July, 2007, I served the foregoing electronically upon Christopher W. Hellmich, Esq. and Read K. McCaffrey, Esq., Patton Boggs, LLP, 2550 M. St., N.W., Washington, D.C. 20037, counsel for plaintiff, and that the original signed documents are in the possession of the attorneys responsible for this filing and are available for review upon request.

/S/ Robert B. Wallace
Robert B. Wallace, Esq.

267430.1