UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

ROLLIN AMORE, *et al.*

           Plaintiffs,

    v.                                      Civil No.: 1:06-cv-00198 (RMU)

ACCOR SA, *et al.*

           Defendants.

---

**Declaration of Christopher W. Hellmich**

I, Christopher W. Hellmich, hereby declare under the penalties of perjury pursuant to 28 U.S.C. § 1746, that the following information is based on my personal knowledge and investigation, that I am competent to testify, and that my testimony is both true and correct:

1.    I am over the age of 18, I am a partner at the law firm of Patton Boggs LLP, and I am counsel to the Plaintiff in this matter. Because discovery has not yet commenced, Plaintiff is left with proffering evidence it has been able to discover through its own investigation, some of which is included in this declaration. Counsel reasonably believes, however, that far more extensive interrelated activities will be found during discovery that will demonstrate that Accor NA and/or DC Sofitel LLC is/are an alter ego or mere department of Accor SA.

A. <u>**Accor SA Wholly Owns Accor NA and DC Sofitel LLC**</u>.

2. Contrary to the Defendants' sworn affidavits both Accor NA and the DC Sofitel LLC are wholly owned by Accor SA. In the New York litigation the Accor Defendants produced an organizational wire diagram confirming that Accor SA wholly owns these entities. Exhibit 1. Significantly, Accor SA's wire diagram is dated January 31, 2003, a little over two months after the train fire that killed the Amore family making it very probative of the real ownership of Accor NA and DC Sofitel LLC at the time of the fire.

3. In it's 2002 Annual Report Accor SA described itself as having "157,000 employees in 140 countries". Exhibit 2, p. 2[1]. Clearly, Accor SA is counting as "its employees" those who work in the United States - including those in the Washington, D.C Accor hotels such as the Sofitel Lafayette Square, Red Roof Inn and Motel 6's. FAC page 4.

4. Accor SA's 2002 Annual Report confirmed its role as to its wholly owned subsidiaries. "Accor SA owns the Sofitel, Novotel, Mercure, Ibis, Etap Hotel, Formulae 1 and Ticket restaurant brands. The Company owns the business rights corresponding to the hotel properties, and holds hotel management and franchise agreements." <u>Id</u>. p. 98. "IBL owns 59.4% of Accor Lodging North America, **the holding company for Accor's hotel operations in the United States.**" Id (emphasis added). "Accor SA also owns a 40.6% stake in Accor Lodging North America, the holding company of Accor's hotel operations in the United States." Id. Of course, Exhibit 1 demonstrates that Accor SA owns 100% of IBL and is therefore the ultimate owner of the U.S. holding company conducting Accor's business in the US.

---

[1] For brevity only selected pages from Accor SA's 2002 Annual Report are included in Exhibit 2. Page numbers correspond with how they appear in the report.

5.      Accor SA and DC Sofitel LLC opened the Sofitel Lafayette Square in July 2002 and stated in their press release that "Sofitel is the prestige brand of Accor hotels…. FAC ¶ 7, Exhibit 2, p. 7.

6.      As early as 1999 and as recent as the date of this declaration, Accor NA has consistently held itself out as "**a division of Accor**" SA. Exhibits 3 and 4 (emphasis added). Accor NA's website today continues to identify itself as a division of Accor SA. Exhibit 5. Indeed, Accor NA's website has a link to its "history," but the corporate history provided is that of Accor SA and not Accor NA. Exhibit 6.

### B.    Accor SA Appoints the Senior Management of Accor NA and Dictates the Scope of Accor NA's Business Activities.

7.      Mr. Georges Le Mener was the president and CEO of Motel 6, when Accor SA acquired Red Roof Inns in July 1999. Within weeks of the acquisition being announced, Jean-Marc Espailoux, the Chairman of the Management Board and CEO of Accor SA, "appointed Georges Le Mener…to the additional position as President and CEO of Accor Economy Lodging, which will be based in Dallas." Exhibit 3. Significantly, Accor SA did not permit Accor Economy Lodging to select its own President and CEO.

8.      Accor SA clearly controls the scope and management of its U.S. holding company's activities and has reorganized the corporate entities to suit its interests. In November 2000, Accor SA announced that it decided to realign its "North American divisions into one operating entity." Exhibit 4. Accor Economy Lodging and Accor North America were merged to create Accor Lodging North America. Id. Once again, Mr. Georges Le Mener, was "appointed" to be the president and CEO of Accor NA. Id. Tellingly, the decision to realign the entire corporate structure of Accor SA's North American operations was made by Accor SA and not done in the sole

4900496

providence of Accor NA. Accor Lodging North America is doing business as Accor North America and is the Defendant in this case. Exhibit 4.

9.      In 2002, at the time of the train fire, Mr. Le Mener also served as a member of the Accor SA Group Management Executive Committee.

**C.      Accor SA Controls All Major Financial Decisions for Accor NA.**

10.     Accor NA is a substantial generator of revenue for Accor SA. In 2002, Accor SA's North American holding company accounted for 22% of Accor SA's global revenue, or € 1.570 billion in commercial transactions. Exhibit 2, p. 15.

11.     However, Accor SA manages all financial risks and makes final determinations as to capital expenditures, withholding this authority from its subsidiaries.

> To manage country and product risks while maximizing profitability, capital expenditure is selectively committed by region and market segment. In stable regions like North America and Europe, we invest directly, owning or leasing properties, while in emerging markets, we prefer to use financing arrangements that require little or no investment, like management contracts and joint ventures.
>
> Exhibit 2, p. 17.

12.     Accor SA established the operating budget for the Accor Group businesses including those in the United States. *See generally*, Exhibit 2, p. 19.

13.     Accor SA manages financial risk and exposure to currency fluctuations on behalf of the entire Group. "Interest rate and currency risks are managed by the Group Treasury and Financing unit of the Group Finance and Investments department, reporting directly to the Management Board. Financial instruments are used to support Group investment, financing and hedging policies, to help manage debt and to minimize risks on commercial transactions." Exhibit 2, p. 24.

4900496

14.     Insurance and risk coverage is provided for all subsidiaries through Accor SA's Group risk policy. "Under the Group's global insurance program, routine risks are largely self-insured, with all Group units sharing in the related costs. Risks that are not self-insured are covered by internationally-recognized insurance companies." Exhibit 2, p. 25. Accor SA formed a Risk Management department to evaluate the Group risk and exposure with a goal of reducing the impact of rate increases. Id.

15.     Mr. Le Mener described Accor SA's strategic goal in acquiring Red Roof Inns and Motel 6 by stating the following in a press release:

> For quite some time, Accor has pursued an aggressive global strategy designed to strengthen its worldwide leadership in the economy lodging sector. Completing the Red Roof acquisition and establishing Accor Economy Lodging were two extremely savvy steps toward capturing even greater market share in the U.S. economy sector. Going forward, we will focus on the aggressive growth of both the Red Roof and Motel 6 brands, <u>which is facilitated by the financial strength that constitutes our parent company, Accor</u>. (emphasis added)

Exhibit 3, p.1.

**D.    <u>Accor SA and Accor NA Share Uniform Market Brands.</u>**

16.     Accor SA controls all major branding and marketing decisions for its subsidiaries to ensure cross selling among all of its brands.

> Five years ago, we decided to capitalize on Accor's growing brand recogonition as a benchmark for our businesses and brands. ... Our brands enjoy an excellent reputation in their home markets where Accor's endorsement enhances their visibility and credibility thereby helping to federate existing customers and attract new ones. **Accor Hotels, which consolidates our hotel brands, offers customers a one-click portal into the Accor universe. It is expressed most effectively through our accorhotels.com website.** (emphasis added)

Exhibit 2, p. 15.

4900496

17. Mr. Le Mener described how the common marketing strategy that Accor will employ is designed to improve the visibility of all Accor brands worldwide.

> Accor is a worldwide leader in lodging, travel and related services, but because the company historically has placed a greater emphasis on the individual identity of each of its brands, few consumers - especially in the United States - know the scale and breadth of Accor and its international offerings. <u>Positioning our brands as part of the Accor global network will give added value to our brands</u> by conveying the substantial resources and quality orientation behind the products and services we offer. <u>Each of our brand logos will now include the Accor name and identification, which we believe will enable us to coherently present to current and future customers the vast array of products we offer both domestically and internationally. This strategy also allows us to cross market our brands and services to meet the needs of our customers regardless of destination or price preferences</u>. (emphasis added).

Exhibit 3.

18. All Accor SA branded hotels in the U.S. - Red Roof Inn, Motel 6, Studio 6, Novtel, and Sofitel - carry hot-links to the www.accorhotels.com website. Exhibit 7. In fact, the Sofitel website contains a hot-link to Accor SA describing how one can join Accor's "Affiliate Program" and earn money from Accor for putting an Accor hotlink onto your website. Exhibit 8. Further, by clicking on the "Franchise" link on page 1 of Exhibit 8 one is directed to an Accor website where one can purchase a franchise in the US from Accor SA. Exhibit 9. The Red Roof Inn website provides links to Accor SA's worldwide employment recruiting website. Exhibit 10. As Mr. Le Mener noted, Accor has, since 2002 before the train fire, cross-marketed all Accor brands with one another.

19. At the same time that Accor SA's CEO, Jean-Marc Espalioux, "appointed" Mr. Le Mener to become the president of Accor Economy Lodging he also announced that Accor SA had created Accor Economy Lodging Inc. to "<u>function as a multi-brand, strategic growth division of Accor SA</u>". Exhibit 3 (emphasis added).

### E.   Accor SA Has Linked All Accor Brand Hotels With A Universal Central Reservation System and Other Centralized Management Systems.

20.   Accor SA owns a proprietary worldwide hotel reservation system that allows a customer to reserve a hotel room in any of Accor's Washington, D.C. hotels by either calling a 1-800 telephone number or by using Accor SA's internet site: accorhotels.com. Exhibit 7. Accor SA launched a program called Accor 2000 that included "a central booking system, a number of internet and intranet sites, a yield management system, international multibrand sales teams and a centralized purchasing system." Exhibit 2, p. 16. As part of Accor 2000, Accor SA linked all of its reservations systems for every hotel in its portfolio into one system called TARS ("Travel Accor Reservation System"). Exhibit 11. The purpose was to allow one Accor hotel to refer a customer to another hotel or allow for immediate reservations to be made worldwide. Accor SA touted the success of its internet cross selling in its July 2002 Interim Results. Exhibit 12, p.2.

21.   Accor SA reorganized its sales and marketing teams throughout the Accor Group.

- "Our new central booking system, which links all our hotels, provides shared, real-time access to our entire hotel inventory. Supported by the quality of our sales teams, yield managers and operations managers, this technology drove a 23% increase in the number of centralized bookings in 2002, with 11 million rooms sold. Exhibit 2, p. 15.

- "[T]he accorhotels.com website is as promising as ever, with a 155% increase in bookings in Europe in 2002. Internet sales currently account for 3.6% of room nights sold, with close to 3.5 million overnight stays in Europe." Id.

22.   Further, the functionality of the new proprietary worldwide sales data bases was described in a presentation given on April 19, 2002 to the Accor Group. Exhibit 13, p. 4.

23.   Environmental policies for all Accor hotels are also controlled by Accor SA. In 2002, Accor SA formed the Sustainable Development Committee to formulate and implement environmental policies throughout the entire Accor Group. Exhibit 14, p. 1. To facilitate the implementation of Accor's environmental policy an intranet was established that can be accessed by any Accor

4900496

property. <u>Id.</u>, p.2. The intranet makes the policies available to each hotel and provides management tools for good environmental practices. <u>Id</u>.

Executed on: July 24, 2007

_____
Christopher W. Hellmich

4900496

# Exhibit 1

# Exhibit 1



# Exhibit 2

# Exhibit 2



# FINANCIAL STATEMENTS 2002

# BUSINESS REVIEW

With 157,000 employees in 140 countries, Accor is the European leader and a global operator in its two core businesses, **Hotels** and **Services**. It also operates in travel agencies, casinos, restaurants and onboard train services.

## Hotels

Accor is the world's fourth largest hospitality group, with 3,829 hotels and 440,807 rooms in 84 countries at December 31, 2002. Our unique position in the global hospitality industry is based on a presence across all market segments, from economy lodging to luxury hotels. We are a leading operator in the economy segment, with the Ibis, Etap Hotel, Formule 1, Red Roof Inns and Motel 6 chains, as well as in upscale hotels (Sofitel) and in the midscale segment (Novotel and Mercure). Among our other hospitality brands are Coralia (resorts), Atria (conference centers) and Thalassa (spas), along with the Parthenon flat hotels in Brazil.

### RANKING OF ACCOR AMONG HOTEL CHAINS IN 2002

**Worldwide ranking**

| No | Company | Number of hotels | Number of rooms |
|---|---|---|---|
| 1 | Cendant | 6,400 | 540,000 |
| 2 | Six Continents | 3,300 | 515,000 |
| 3 | Marriott international | 2,600 | 463,400 |
| 4 | **Accor** | **3,829** | **440,807** |
| 5 | Choice | 4,622 | 413,666 |

Source: Accor, Company data.

**European ranking**

| No | Company | Number of hotels | Number of rooms |
|---|---|---|---|
| 1 | **Accor** | **2,092** | **225,284** |
| 2 | Best Western | 1,120 | 70,570 |
| 3 | Six Continents | 418 | 64,848 |
| 4 | Louvre / Envergure | 869 | 60,535 |
| 5 | Hilton International | 243 | 51,514 |

Source: Accor, MKG Consulting (February 2003).

### GEOGRAPHICAL BREAKDOWN OF THE HOTEL PORTFOLIO AT DECEMBER 31, 2002

| | France | | Europe (excl. France) | | North America | | Latin America | | Africa Middle-East | | Asia Pacific | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of hotels | Number of rooms | Number of hotels | Number of rooms | Number of hotels | Number of rooms | Number of hotels | Number of rooms | Number of hotels | Number of rooms | Number of hotels | Number of rooms | Number of hotels | Number of rooms | Number of countries |
| Sofitel | 38 | 6,741 | 31 | 5,759 | 11 | 3,542 | 20 | 2,704 | 31 | 6,134 | 28 | 6,780 | 159 | 31,660 | 54 |
| Novotel | 121 | 15,269 | 125 | 21,480 | 6 | 1,835 | 21 | 3,796 | 20 | 3,662 | 61 | 14,042 | 354 | 60,084 | 57 |
| Mercure | 287 | 26,611 | 228 | 29,839 | | | 80 | 9,870 | 39 | 5,819 | 55 | 7,492 | 689 | 79,631 | 45 |
| Ibis | 334 | 29,570 | 228 | 27,437 | | | 24 | 3,522 | 14 | 1,626 | 22 | 3,636 | 622 | 65,791 | 33 |
| Etap Hotel | 196 | 14,901 | 69 | 5,740 | | | | | 1 | 119 | | | 266 | 20,760 | 9 |
| Formule 1 | 285 | 21,182 | 43 | 3,101 | | | 1 | 300 | 24 | 1,667 | 15 | 1,247 | 368 | 27,497 | 12 |
| Red Roof Inns | | | | | 354 | 38,326 | | | | | | | 354 | 38,326 | 2 |
| Motel 6 | | | | | 863 | 90,890 | | | | | | | 863 | 90,890 | 2 |
| Other | 15 | 1,844 | 92 | 15,810 | | | 3 | 662 | 24 | 3,756 | 20 | 4,096 | 154 | 26,168 | 27 |
| Total | 1,276 | 116,118 | 816 | 109,166 | 1,234 | 134,593 | 149 | 20,854 | 153 | 22,783 | 201 | 37,293 | 3,829 | 440,807 | 84 |
| Total in % | 34% | 26% | 21% | 25% | 32% | 31% | 4% | 5% | 4% | 5% | 5% | 8% | 100% | 100% | |

### ◼ 1996

- Accor becomes the market leader in the Asia-Pacific region, with 144 hotels in 16 countries and 56 projects under construction.
- Management of the Ibis, Etap Hotel and Formule 1 chains is consolidated within Sphere International.
- Launch of the **Compliment Card** in partnership with American Express.

### ◼ 1997

- Accor changes its corporate governance system. Paul Dubrule and Gérard Pélisson become Co-Chairmen of the Supervisory Board, while **Jean-Marc Espalioux** is appointed Chairman of the Management Board.
- The **"Accor 2000"** project is launched in a commitment to revitalizing growth and deploying breakthrough technology.
- Carlson and Wagonlit Travel merge to form **Carlson Wagonlit Travel**, owned equally by Accor and Carlson Companies.
- Public offer made for all outstanding shares of Accor Asia Pacific Corp.
- Acquisition of a majority interest in SPIC, renamed **Accor Casinos**.

### ◼ 1998

- Bid for Accor Asia Pacific Corp. successfully completed, making the company a wholly-owned Accor subsidiary.
- Launch of the **Corporate Card** in partnership with Air France, American Express and Crédit Lyonnais.
- Development of new partnerships, with Air France, French National Railways, American Express, Crédit Lyonnais, Danone, France Telecom and others.

### ◼ 1999

- The hotel network grows by 22% with 639 new properties, led by the acquisition of **Red Roof Inns** in the United States.
- Deployment of the Internet strategy.
- The 50% interest in Europcar International is sold.

### ◼ 2000

- Accor, official partner of France's National Olympics Committee, is present at the **Olympic Games in Sydney**.
- 254 new hotels, including 12 Sofitels, are opened during the year.
- Launch of **accorhotels.com**.
- Brand logos are redesigned to highlight the Accor name, raising international visibility and public awareness.
- The Meal Service Card is introduced in China.
- 38.5% interest in Go Voyages acquired.
- Courtepaille is sold.

### ◼ 2001

- Faster development of global brand awareness and visibility through the launch of an advertising campaign based on a consistent visual identity and advertising architecture.
- Broader presence in the Chinese hospitality market in partnership with Zenith Hotel International and Beijing Tourism Group.
- Sustained development of the Services business in the fast growing market for employee assistance programs, with the acquisition of Employee Advisory Resource Ltd. in the United Kingdom.
- **Suitehotel** launched in Europe.
- Accor improves its rating with **Arese**, a European social and environmental rating agency, while its stock is included in the **ASPI Eurozone** and **FTSE4Good** socially responsible indexes.

### ◼ 2002

- 14 **Sofitel** properties are opened in some of the world's largest cities (including Chicago, Washington, Buenos Aires, London, Marseilles, Marrakech and Sydney).
- Acquisition of a 30% interest in German hotel group **Dorint AG** (87 hotels, 15,257 rooms).
- **Accor Services** continues to expand in the global market for employee assistance services with the acquisition of Davidson Trahaire, **Australia**'s leading provider of human resources consulting and assistance services.
- **Accor Casinos** is now equally owned with the **Colony Capital** investment fund, with Accor continuing to manage the company.
- Stake in **Go Voyages** is raised to 60%.
- As an official partner of the French National Olympics Committee, Accor is present at the **Winter Olympics in Salt Lake City**.
- Issuance in April of €570-million worth of OCEANE bonds convertible or exchangeable into Accor shares between the third and fifth years of issue, and in December of €400-million worth of four-year ordinary bonds.
- The Accor share is included in the **Dow Jones Sustainability Index**.

# ANALYSIS OF 2002 RESULTS

In 2002, Accor's financial results demonstrated firm resilience in a challenging market environment, illustrating the effectiveness of the strategy implemented in recent years.

## Business volume

**Business volume** corresponds to revenues from all businesses managed by Accor. The total includes revenues generated by subsidiaries, revenues of hotels managed under contract, the total face value of service vouchers issued by the Group, the total face value of tickets issued by the travel agencies (50% in the case of Carlson Wagonlit Travel) and managed food services revenues. Business volume amounted to €19,672 million in 2002, down 5.3% from the previous year's €20,775 million.

### BUSINESS VOLUME BY BUSINESS

| in € millions | 2000 | 2001 | 2002 | Change 02/01 |
|---|---|---|---|---|
| **HOTELS** | **6,156** | **6,341** | **6,507** | **+ 2.6%** |
| Business and Leisure | 3,926 | 3,978 | 4,129 | + 3.8% |
| Economy | 938 | 1,045 | 1,164 | + 11.4% |
| Economy US | 1,292 | 1,318 | 1,214 | – 7.9% |
| **SERVICES** | **6,956** | **7,477** | **6,813** | **– 8.9%** |
| **Other businesses** | | | | |
| Travel agencies | 5,950 | 5,346 | 4,813 | – 10.0% |
| Casinos | 243 | 302 | 242 | – 19.9% |
| Restaurants | 542 | 482 | 425 | – 11.8% |
| Onboard train services | 333 | 267 | 277 | + 3.7% |
| Other | 587 | 560 | 595 | + 6.3% |
| **Total business volume** | **20,767** | **20,775** | **19,672** | **– 5.3%** |

## Consolidated revenues

Consolidated revenues totaled €7,139 million in 2002, down 2.1% on a reported basis from €7,290 million the year before.

### 2002 REVENUES BY BUSINESS



- 70% HOTELS
- 7% SERVICES
- 7% Travel agencies
- 3% Casinos
- 6% Restaurants
- 4% Onboard train services
- 3% Other businesses

### 2002 REVENUES BY REGION



| North America | Latin America | France | Europe outside France | Other |
|---|---|---|---|---|
| 22% | 6% | 34% | 31% | 7% |

# STRATEGIC VISION, INVESTMENT STRATEGY AND OUTLOOK

The 2002 results have demonstrated Accor's managerial capabilities, in terms of maintaining margins and improving free cash flow through a constant focus on controlling operations. The current environment is encouraging us to pursue these initiatives, while maintaining our long-term strategic vision. To do so, we are committed to leveraging our competitive strengths to increase market share, streamline our organization, and maintain the pace of expansion while exercising greater control over our investments.

## Capitalizing on Accor and its brands

Five years ago, we decided to capitalize on Accor's growing brand recognition as a benchmark for our businesses and brands. Today, Accor has become a benchmark for our customers as well, in terms of service, innovation and value for money.
Our brands enjoy an excellent reputation in their home markets, where Accor's endorsement enhances their visibility and credibility, thereby helping to federate existing customers and attract new ones. Accor Hotels, which consolidates our hotel brands, offers customers a one-click portal into the Accor universe. It is expressed most effectively through our accorhotels.com website.

In the leisure segment, Accor Vacances, Accor Thalassa and Accor Casinos deliver all our expertise to their customers. In the Services business, Accor Services offers customers a full range of solutions to make their lives easier, while improving employee well-being and performance on the job.
The strength of our brands is relayed by a proactive marketing strategy, whose effectiveness has recently been enhanced with powerful new tools.
Our new central booking system, which links all our hotels, provides shared, real-time access to our entire hotel inventory. Supported by the quality of our sales teams, yield managers and operations managers, this technology drove a 23% increase in the number of centralized bookings in 2002, with 11 million room nights sold.
Our "Compliments from Accor Hotels" multi-brand loyalty program and our partnerships with prestigious companies like Air France, Delta Airlines, French National Railways SNCF and Europcar are also among the critical tools we have developed to drive sales growth and win new market share.
Lastly, the accorhotels.com website is as promising as ever, with a 155% increase in bookings in Europe in 2002. Internet sales currently account for 3.6% of room nights sold, with close to 3.5 million overnight stays in Europe.

CAPITALIZING ON ACCOR AND ITS BRANDS



**Accor**hotels | **Accor** Services
---|---

"Facilitate life's essentials"

 Ticket Restaurant    Ticket Alimentação.    Clean Way.

"Enhance well-being"

 Childcare Vouchers.    Work|Life Benefits.    E.A.R.

"Increase performance"

 Accentiv'    Tesorus.    Foragora.


    

Associated expertise

  

## Organization

### Optimizing and streamlining

The successful implementation of the Accor 2000 program between 1997 and 2002 means that today we enjoy a competitive advantage in terms of marketing and technology, with, in particular, our central booking system, a number of Internet and intranet sites, a yield management system, international multibrand sales teams and a centralized purchasing platform.

Now we're working on streamlining our organization, both geographically and among our multiple brands. This reorganization will generate additional synergies, in particular by shortening decision-making cycles and thereby helping to reduce costs.

## 2003 investment strategy

### Sustained, controlled expansion in our core businesses

In the Hotels business, 2002 once again saw sustained expansion, with the opening of 291 hotels, or more than 41,000 new rooms marketed under one of our brands. In particular, Sofitel opened 14 new properties during the year, in such prestigious destinations as Chicago and Washington, Buenos Aires, London, Marseilles, Marrakech and Sydney. The year also saw the acquisition of a 30% interest in Germany's Dorint hotel chain, which has enabled the integration of more than 15,000 co-branded rooms in one of Europe's biggest markets.

**EXPANSION IN THE HOTEL BUSINESS: SUSTAINED PACE OF OPENINGS IN 2002**
(as a % of total new rooms)

**2002 openings by segment**



| Brand | % |
|---|---|
| Sofitel | 8% |
| Novotel / Mercure | 29% |
| ibis / Etap / Formule 1 | 20% |
| Red Roof Inns / Motel 6 | 6% |
| Dorint | 37% |
| **Total** | **100%** |

**2002 openings by type of operation**



- 13% Owned
- 14% Leased
- 19% Managed
- 17% Franchised
- 37% Dorint franchised

### Openings 2002
### +291 hotels (41,227 rooms)

To manage country and product risks while maximizing profitability, capital expenditure is selectively committed by region and market segment. In stable regions like North America and Europe, we invest directly, owning or leasing properties, while in emerging markets, we prefer to use financing arrangements that require little or no investment, like management contracts and joint ventures.

### HOTEL PORTFOLIO BY TYPE OF OPERATION AND REGION
(as a % of total rooms at December 31, 2002)



In market segments offering high return in capital employed, such as midscale and economy hotels, Accor invests directly, owning or leasing properties. In the upscale segment, on the other hand, we prefer financing arrangements that are low capital intensive, such as management contracts, which represent more than half of all rooms managed and franchised by Sofitel.

### HOTEL PORTFOLIO BY TYPE OF OPERATION AND MARKET SEGMENT
(as a % of total rooms at December 31, 2002, excluding Dorint)



## Perspectives

In line with our investment strategy based on financing arrangements adapted to each product and country risk profile, this assertive growth strategy will be pursued in 2003, even as we continue to reduce direct investments to around €700-750 million from €802 million in 2002. This decline in direct investment does not preclude sustained expansion, which will continue at a firm pace in 2003, with the scheduled opening of 20,000 rooms. This spending will be focused on economy and midscale hotels in Europe, while the network outside Europe and in other segments will be expanded through management contracts, franchises or joint-ventures. Note that this reduction in investments still leaves room to take advantage of any regional opportunities similar to the acquisition of an equity interest in Dorint.

Expansion in the Services business is being led by a three-pronged strategy:
- Entering new geographic markets, with around fifteen opportunities under study.
- Developing new products, which currently account for 24% of consolidated revenues.
- Acquiring new customers in all our country markets, led by the dedication of Accor Services' sales teams.

In 2003, Accor's objective is to leverage its balanced portfolio of businesses and assertive marketing strategy to increase market share in its two major international businesses, hotels and services.