# SENSITIVITY ASSUMPTIONS AND ANALYSIS FOR 2003

The 2003 budget is based on assumptions concerning future interest rates and exchange rates. These assumptions have been tested by performing sensitivity analyses to measure the impact of a change in assumptions on profit before tax.

Interest rate assumptions, for 3-month floating rates, are 3.25% for borrowings in euros and 1.90% for borrowings in dollars. The impact on profit before tax of a 50 basis-point increase or decrease in these rates would be €3 million for both euro- and dollar-denominated borrowings.

The budget has also been prepared on the basis of a euro/dollar exchange rate of $0.98. The impact on profit before tax of a five-cent increase or decrease in the exchange rate would be €4 million.

| 2003 BUDGET ASSUMPTIONS | | IMPACT ON PBT |
|---|---|---|
| **Interest rates** (3-month floating rate) | | **of a 50 basis-point change in interest rates** |
| Europe | 3.25% | €3.0 million |
| US | 1.90% | €3.0 million |
| **Exchange rate** | | **of a 5 cents change in currency** |
| EUR / USD | $0.98 | €4.0 million |

In the hotel business, sensitivity analysis shows that the impact on profit before tax of a one point increase or decrease in RevPAR would be €14 million in the Business and Leisure Europe division, €9 million in the Economy Europe division and €11 million in the Economy US division.

| HOTELS BY SEGMENT | IMPACT ON PBT |
|---|---|
| | **of a 1 point change in RevPAR** |
| • Business and Leisure Europe | €14.0 million |
| • Economy Europe | €9.0 million |
| • Economy US | €11.0 million |

# ■ RISK FACTORS

## ◻ Interest rate and currency risks

A variety of financial instruments, including swaps, caps and forward purchases and sales of foreign currencies, are used to manage interest rate and currency risks arising in the normal course of business. Risk management policies are based on three core principles: protection, liquidity and cost-effectiveness. Interest rate and currency risks are managed by the Group Treasury and Financing unit of the Group Finance and Investments department, reporting directly to the Management Board. Financial instruments are used to support Group investment, financing and hedging policies, to help manage debt and to minimize risks on commercial transactions.

## Investment policy

When the Accor SA parent company invests directly or indirectly in a foreign subsidiary, the investment is generally made in the subsidiary's local currency. These are very long-term positions and consequently the currency risk is not hedged.

## Short-term financing

An internationally-recognized signature allows Accor to raise various forms of short-term financing on the markets, through billets de trésorerie (commercial paper) programs in France, euro commercial paper programs on the London market and commercial paper programs in the United States.
From time to time, we also take advantage of market opportunities by raising short-term financing in a given currency and at a given rate of interest and then using a swap to convert the facility into the currency and interest rate required to finance our business needs (see note 27.C to the consolidated financial statements page 62). This use of swaps represents an effective method of reducing our borrowing costs.

## Hedging of interest rate risks

Group borrowings include both fixed rate debt and floating rate debt indexed to the Libor, the Euribor or other benchmarks (see note 27.D to the consolidated financial statements page 62). Target breakdowns between fixed and floating rate debt are determined currency by currency, giving due regard to anticipated trends in interest rates and to changes in the composition of debt, due to new borrowings and the repayment of existing borrowings. The targets are reviewed at regular intervals and new targets are set for future periods by senior management. The related financing strategy is implemented by Group Treasury and Financing.
The most commonly-used instruments are interest rate swaps and caps, contracted with banks that have high-quality credit ratings. The contracts are based on the model recommended by the French Banking Association (AFB), which is consistent with the models used internationally.

## Hedging of currency risks

Currency risk hedging primarily concerns the Travel Agencies business and is based on identified underlyings (outstanding invoices). Hedges generally consist of forward purchases and sales of foreign currencies. In the Services business, which has a major presence in Latin America, Accor was able to limit earnings erosion from the sharp devaluation in local currencies by hedging cumulative earnings in hard currencies. There is little need to hedge currency risks in our other businesses because the volume of intercompany transactions in foreign currencies is limited and revenues are denominated in the same currency as the related costs.

**In summary**, Accor does not conduct any trading transactions and has no plans to develop this type of activity. Neither the Company nor the Group has any open currency or interest rate positions that would be likely to expose the Group to significant risks.

## Legal risks

Accor and its subsidiaries have operations in a large number of countries and are subject to local regulations governing their hotel, restaurant, service voucher, travel agency, tour operator and casino businesses. They are therefore required to comply with local standards and to obtain the necessary licenses and permits for their businesses. For example, in each country:

- The hotels are required to comply with the regulations applicable to establishments open to the public.
- The service offer has to be tailored to local tax and labor laws and other legal requirements governing the issue of service vouchers.
- Licenses and permits have to be obtained from the local authorities to operate travel agencies or casinos.

The breakdown of the Group's hotel base, among directly-owned, leased, managed or franchised properties, is provided on page 2 and 3.

Information concerning recent or current claims and litigation that might have a material impact on the Group's financial position or results is provided in note 34 to the consolidated financial statements (page 65).

## Insurance – risk coverage

Accor's risks are spread over a very large number of locations throughout the world and the loss of one facility would not materially affect the Group's financial condition. Insurance policies amply cover any potential operating losses, rebuilding costs, liability or compensation claims that would be incurred by even the largest of the Group's hotels, with coverage of up to €610 million per claim. Under the Group's global insurance program, routine risks are largely self-insured, with all Group units sharing the related costs. Risks that are not self-insured are covered by internationally-recognized insurance companies.

The Risk Management department performs regular audits and appraisals of insurable risks, to ensure that they are adequately covered on a cost-effective basis, taking into account conditions in the insurance market.

In 2002, a Risk Prevention Committee was created with the goal of:
- Regularly identifying the Group's major safety and security risks.
- Defining standards and procedures for the Group's worldwide security policy.
- Preparing action plans to improve prevention.
- If necessary, take any emergency measures warranted by circumstances.
- Organize the distribution and implementation of security policies across the Group.

The Committee is supported by several working groups comprising line and staff managers, as well as a number of outside experts on an as-needed basis.

The three-year insurance program implemented on January 1, 2001 has helped to limit the impact of rate increases applied in the global insurance market since that date.

## Environmental risks

Potential environmental risks in the hotel business mainly concern the risk of explosion due to the storage of gas in or near the hotels, the malfunction of a PCB transformer, the risk of soil pollution by wastewater or by a ruptured evacuation pipe, contamination of the hot water system, and the risk of fire. However, the regular inspections performed by our management and technical teams mean that the probability of these risks occurring is very limited. In addition, our businesses are more likely to be exposed to external environmental risks, such as oil spills, than to be the source of environmental risks themselves.

# ■ GENERAL INFORMATION

## ▓ Information About the Company

**Company name**
Accor

**Registered office**
2, rue de la Mare-Neuve – 91000 Évry

**Primary business office**
Tour Maine-Montparnasse – 33, avenue du Maine – 75015 Paris

**Legal form**
Joint stock company with a Management Board and a Supervisory Board, as governed by applicable laws and regulations, in particular Articles L.225-57 to L.225-93 of the Commercial Code.

**Governing law**
The laws and regulations of France.

**Term**
The Company was incorporated on April 22, 1960 and will be dissolved on April 22, 2059 unless it is wound up in advance or its term is extended.

**Corporate purpose**
(article 3 of the bylaws)
The Company was established to engage in the following activities for its own account, on behalf of third parties, or jointly with third parties:
– The ownership, financing and management, directly, indirectly, or within specified mandates, of restaurants, bars, hotels of any nature or category and, more generally, any establishment related to food, lodging, tourism, leisure, and services.
– The economic, financial, and technical review of projects and, generally, all services related to the development, organization and management of above-mentioned establishments, including all actions related to their construction or the provision of any related consulting services.
– The review and provision of services intended to facilitate the supply of meals to employees in companies, institutions and other organizations.
– The creation of any new company and the acquisition of interests by any method in any company operating in any business.
– All civil, commercial, industrial and financial transactions, involving both securities and property, related to the purposes of the Company and all similar or related purposes in France and other countries.

**The parent company's role regarding its subsidiaries**
Accor SA owns the Sofitel, Novotel, Mercure, Ibis, Etap Hotel, Formule 1 and Ticket Restaurant brands. The Company also owns the business rights corresponding to hotel properties, and holds hotel management and franchise agreements.
Since January 1, 1999, the Company has leased to several subsidiaries, set up for this purpose in France, all of the hotels that it previously operated directly. Its other business rights remained managed under lease contracts, covering a total of 64

Novotel hotels, 5 Mercure hotels, 2 Ibis hotels, the complexes in Quiberon and Oléron, and 4 other Thalassa hotels.
Accor SA provides a certain number of services to Group companies. These services are billed at a price corresponding to a percentage of each subsidiary's revenues, or at a flat rate or on a cost-plus basis. All billings are at arm's length terms.
Accor holds interests in a large number of companies. The most significant, in terms of value, are:
• Compagnie Internationale des Wagons-Lits et du Tourisme (CIWLT) (€1,149 million) provides onboard train services in Europe either directly or through its subsidiaries. It also owns 50% of CWT Holdings BV, the holding company for Carlson Wagonlit Travel agencies, as well as a small number of buildings (including its headquarters in Brussels) and a 1.98% stake in Accor. It did not dispose of any significant assets in 2002. However, the capital gain realized in 2001 on the sale of its Compass shares enabled CIWLT to pay a large dividend for the year, amounting to €104.9 million in the case of Accor.
• IBL (€1,052 million) owns 59.4% of Accor Lodging North America, the holding company for Accor's hotel operations in the United States.
• Cobefin (€418 million) is a Belgian holding company that owns 1.28% of Compass, 1.03% of Granada and 74.5% of AAPC, the parent company of Accor's hotel operations in Australia.
• Accor Services France (€412 million), whose core business is the issuing and marketing of Ticket Restaurant vouchers in France.
Each of these companies is a more than 98%-owned subsidiary of Accor SA.
Accor SA also owns a 40.6% stake in Accor Lodging North America (€404 million), the holding company for its hotel operations in the United States.

**Trade Register**
602 036 444 RCS Évry
Business Identification (APE) Code: 551A

**Consultation of corporate documents**
Corporate documents, including the by-laws, balance sheets, income statements, Management Board reports, auditors' reports and the annual accounts ledger, are available for consultation at Tour Maine-Montparnasse - 33 avenue du Maine - 75755 Paris Cedex 15 - France.

**Fiscal year**
The Company's fiscal year begins on January 1 and ends on December 31.

**Appropriation of income**
Income available for distribution consists of net income for the year, less any losses from prior years and any other amounts to be credited to reserves pursuant to the law, plus any unappropriated retained earnings brought forward from prior years.
After approving the accounts for the year, the Annual Meeting may decide to appropriate all or part of the income available for distribution, if any, to the payment of a dividend. In the event of

# Exhibit 3

# Exhibit 3

# LookSmart

FindArticles > Business Wire > August 17, 1999 > Article > Print friendly

**Accor Announces Formation of Accor Economy Lodging; New Lodging Division Will Focus On Ownership and Operation of High-quality Economy Lodging Brands Throughout North America**

PARIS and DALLAS--(BUSINESS WIRE)--Aug. 17, 1999--

Capitalizing on the success of its existing economy brands, Dallas-based Motel 6 and Studio 6, as well as its latest acquisition of Columbus, OH-based Red Roof Inns, Accor S.A. today announced its formation of Accor Economy Lodging to function as a multi-branded, strategic growth division of Accor. As part of this announcement, Jean-Marc Espalioux, chairman of the management board and CEO of Accor S.A., has appointed Georges Le Mener, currently the president and chief executive officer of Motel 6, to the additional position as president and CEO of Accor Economy Lodging, which will be based in Dallas.

With the addition of Red Roof Inns to its brand portfolio, Accor Economy Lodging immediately emerges as the largest owner and operator of lodging properties in the economy sector, and as the ninth-largest U.S. hotel company overall, with 1,112 properties representing more than 122,000 rooms located throughout the 48 contiguous states. In addition, Accor Economy Lodging now comprises in aggregate more than 10% of the entire economy lodging sector. Its parent company, Paris-based Accor S.A., is currently the third-largest hospitality company in the world, with a portfolio comprised of 3,084 lodging properties representing more than 340,000 rooms.

"We have been extraordinarily pleased with the successful turnaround of the Motel 6 brand, as well as the introduction of the Studio 6 extended-stay brand, under Georges's leadership," Espalioux said. "Through our acquisition of Red Roof Inns and the formation of Accor Economy Lodging, we believe we are well-positioned -- with the highest-quality brands in the U.S. economy sector -- to enjoy continued growth while providing the best products possible for our value-minded customers. Georges's keen understanding of the industry, combined with his people-centered management philosophy, will be the springboard for this division's ongoing expansion and success."

According to Le Mener, the formation of Accor Economy Lodging underscores Accor's commitment to the continued growth of its three U.S. economy brands, and its belief in the continued growth opportunities available in the economy sector of the industry.

"For quite some time, Accor has pursued an aggressive global strategy designed to strengthen its worldwide leadership in the economy lodging sector. Completing the Red Roof acquisition and establishing Accor Economy Lodging were two extremely savvy steps toward capturing even greater market share in the U.S. economy sector. Going forward, we will focus on the aggressive growth of both the Red Roof and Motel 6 brands, which is facilitated by the financial strength that constitutes our parent company, Accor," Le Mener said.

In order to maintain brand integrity and to optimize each brand's strategic growth potential, Le Mener emphasized that Red Roof Inns and Motel 6 will continue to do business as distinct and unique operating groups. However, to realize the operational synergies already identified, certain support functions will be consolidated including franchising, development, purchasing, marketing and sales, reservations, financial functions, management information systems, construction and legal.

Le Mener said he will be joined on the AEL executive committee by: Emmett Gossen, group executive vice president responsible for corporate affairs and development; Carol Ann Kirby, group executive vice president responsible for marketing and sales; David O'Shaughnessey, group executive vice president responsible for franchising, quality and technical resources; Armand Sebban, group executive vice president and chief financial officer; and, Joe Wheeling, executive vice president and

chief operating officer of Red Roof Inns.

"With a superior team of executives, combined with two high-quality, value-oriented property brands and the financial strength of Accor as our foundation, we are well-positioned to take full advantage of future growth opportunities. Today's announcement is just the beginning," he said.

About Red Roof Inns

Acquired by Accor S.A. in August 1999, Red Roof Inns is one of three proprietary brands operated by Accor Economy Lodging and is a recognized leader in the economy lodging sector. With more than 300 properties representing over 36,000 rooms throughout 38 states and the District of Columbia, Red Roof Inns offers business and leisure travelers exception value, quality and convenience. With one of the highest occupancy rates in the industry, Red Roof Inns will continue to grow through franchising, acquisitions, and new development and is poised to become a truly nationally recognized brand.

About Motel 6

Beginning in 1962 with one property in Southern California, Motel 6 now is comprised of more than 800 properties representing nearly 86,000 rooms throughout the 48 contiguous states. While providing its guests the best value for their lodging dollars, Motel 6 properties offer free local phone calls and no long distance access charges, free morning coffee, 24-hour faxing service at the front desk, free HBO and ESPN, and remote-controlled television sets. Most properties also have pools, guest laundries, electronic door locks, and phones with dataports. With both company-owned and franchised properties all across the country, Motel 6 offers the best price of any national lodging chain. Motel 6 also is operated by Accor Economy Lodging.

About Studio 6

Introduced by Motel 6 in early 1999, Studio 6 is the newest brand in the U.S. extended-stay lodging sector. Positioned in the middle range of the economy segment, Studio 6 properties are tailored to travelers staying for five nights or more and feature larger rooms of 280-290 square feet and fully equipped kitchens complete with dishes, utensils and cookware. Other amenities and services offered to guests include voicemail, phones with dataports, free local phone calls, and remote-controlled televisions with cable and free HBO and ESPN.

About Accor S.A.

Accor, a worldwide leader in travel, tourism and business services, is active in 140 countries with 130,000 associates, through its four major complementary activities: hotels (3,084 hotels, 340,782 rooms); travel agencies through Carlson Wagonlit Travel; car rental with Europcar and corporate services with Accor Corporate Services.

COPYRIGHT 1999 Business Wire
COPYRIGHT 2000 Gale Group

# Exhibit 4

# Exhibit 4

Business Wire: Accor Realigns Its North American Operating Divisions                    Page 1 of 2

**LookSmart**

FindArticles > Business Wire > Nov 9, 2000 > Article > Print friendly

### Accor Realigns Its North American Operating Divisions

Business Editors

DALLAS--(BUSINESS WIRE)--Nov. 9, 2000

Georges Le Mener Named President and CEO of

Accor Lodging North America

Jean-Francois Maljean named President of

Accor Business and Leisure North America

Reflecting its increased focus on growth opportunities for its budget, economy, mid-scale and upscale brands in North America, Accor S.A., the world's third-largest hotel company, has combined its multi-branded and previously free-standing North American divisions into one operating entity. Accor Economy Lodging, which operates the Motel 6, Studio 6 and Red Roof Inns brands, and Accor North America, which operates the Sofitel and Novotel brands in North America, have been combined to create Accor Lodging North America (ALNA), based in Dallas, TX. As part of this realignment, Georges Le Mener, previously president and CEO of Accor Economy Lodging, has been appointed president and CEO of Accor Lodging North America which, in aggregate, contributes approximately 30% of Accor's total profit worldwide.

While certain corporate functions will be consolidated to maximize time- and cost-efficiencies, ALNA will maintain three operating units responsible for supporting and developing its five brands. Economy lodging leaders Motel 6, Studio 6 and Red Roof Inns will continue to be operated by the Accor Economy Lodging division, under the leadership of executive vice presidents Jim Amorosia and Scott Griffith for Motel 6/ Studio 6, and Joe Wheeling for Red Roof Inns. The upscale and mid-scale brands, Sofitel and Novotel, operating in North America will be managed by ALNA's Business and Leisure Hotels division under the leadership of Jean-Francois Maljean, a 25-year veteran of Accor S.A. who most recently served as head of development for Accor in Central and South America.

According to Mr. Le Mener, the realignment of Accor's North American operations also underscores Accor's recently announced strategy to broaden consumer awareness of its international network of brands. "Accor is a worldwide leader in lodging, travel and related services, but because the company historically has placed a greater emphasis on the individual identity of each of its brands, few consumers - especially in the United States - know the scale and breadth of Accor and its international offerings. Positioning our brands as part of the Accor global network will give added value to our brands by conveying the substantial resources and quality orientation behind the products and services we offer," he said. "Each of our brand logos will now include the Accor name and identification, which we believe will enable us to coherently present to current and future customers the vast array of products we offer both domestically and internationally. This strategy also allows us to cross market our brands and services to meet the needs of our customers regardless of destination or price preferences."

Concurrent with creation of Accor Lodging North America and the appointment of Jean-Francois Maljean, the company announced today that it will expand Accor's development efforts in Mexico, where today two Novotels and two Ibis locations are under construction in Mexico City and Monterrey. In addition, Accor today announces signature of a development and

Business Wire: Accor Realigns Its North American Operating Divisions

management agreement for a 402-room Sofitel in Cancun. Slated to open in November 2002, this most recent project for a beach-front hotel will represent an investment of approximately $60 million into this important resort market.

While ALNA properties operate primarily in the U.S., budget leader Motel 6 and mid-scale Novotel also are represented in Canada, with plans calling for additional Canadian expansion of these two brands over the next few years.

COPYRIGHT 2000 Business Wire
COPYRIGHT 2000 Gale Group

# Exhibit 5

# Exhibit 5







Home    Accor Worldwide    ▼    Careers    ▼    Franchise    ▼    Press Room    ▼    Real Estate    ▼    Suppliers

# Welcome to Accor North America

Accor North America is a division of Accor. With 168,000 people in 140 countries, Accor is the European leader and one of the world's largest groups in travel, tourism and corporate services, with two major international activities:

- Hotels: 4,000 hotels (463,000 rooms) in 90 countries, casinos, travel agencies, and restaurants;

- Services to corporate clients and public institutions: each day, 19 million people in 34 countries use a broad range of services (food vouchers, people care and services, incentive, loyalty programs, events) engineered and managed by Accor.

Podcasts
Media Room

## NEWS

July 10, 2007
EXTEND YOUR STAY AT THE NEW
STUDIO 6 IN BAY CITY, TEXAS
FOR IMMEDIATE RELEASE:

CONTACT:
Laura Rojo-Eddy
(972) 360-5970
lrojo@accor-na.com

EXTEND YOUR STAY AT THE NEW
STUDIO 6 IN BAY CITY, TEXAS

Newly-Constructed Franchise Motel
Joins Studio 6 Family of Properties

CARROLLTON, Texas (July 10, 2007) – Accor North America, one of the nation's largest owner/operators of economy lodging, announced the opening of a new Studio 6 property in Bay City, Texas. The property is located at 511 7th Avenue in Bay City, near State Route at 7th Street. The

## Respecting the Earth's Resources













All Accor North America properties have made a commitment to be sensitive to our fragile environment. Here are just a few ways we protect our environment and conserve natural resources:

- Participation in energy and water conservation programs
- Water saving shower heads and faucet aerators
- Using environmentally sensitive Ecolab™ laundry and cleaning products
- Technologically advanced heating and cooling systems to reduce consumption of power
- Corporate office recycling program
- Printing our 5 million directories on recycled paper using Soy ink
- Use of florescent lighting, which consumes 75% less energy than conventional

http://www.accor-na.com/home.asp

Accor North America

franchised property is owned and
operated by TX Baycity Hospitality,
Inc and Pratik Bhakta has been
named the new General Manager
overseeing the property.

Studio 6 Extended Stay features the
f...more

bulbs

## Our Commitment to Diversity

At Accor North America, we realize
that a key element to our success is
respecting the differences that each
individual brings to the organization.
We understand that in order to
achieve excellence in our business,
decisions must be made based on the
widest range of perspectives and
contributions from the widest range of
employees, customers and
shareholders.

History | SiteMap | Contact Us

# Exhibit 6

# Exhibit 6

Accor North America




Home     Accor Worldwide     ▼     Careers     Franchise     Press Room     Real Estate     Suppliers









Accor Worldwide

Accor North America

Accor Business & Leisure
Division

Accor Economy Lodging
Division

Websites

# HISTORY

Accor North America is a division of Accor. With 168,000 people in 140 countries, Accor is the European leader and one of the world's largest groups in travel, tourism and corporate services, with two major international activities:

- Hotels: 4,000 hotels (463,000 rooms) in 90 countries, casinos, travel agencies, and restaurants;
- Services to corporate clients and public institutions: each day, 19 million people in 34 countries use a broad range of services (food vouchers, people care and services, incentive, loyalty programs, events) engineered and managed by Accor.

Milestones:

| 1967 | • Paul Dubrule and Gérard Pélisson create SIEH.<br>• First Novotel opens in Lille. |
| 1974 | • First Ibis opens in Bordeaux.<br>• Acquisition of Courtepaille restaurants. |
| 1975 | • Acquisition of Mercure. |
| 1980 | • Acquisition of Sofitel (43 hotels and two seawater spas). |
| 1982 | • Acquisition of Jacques Borel International, European leader in managed food services (Générale de Restauration) and concession restaurants (Café Route, L'Arche), and world leader in the issuance of meal vouchers (Tickets Restaurant), with 165 million vouchers a year distributed in eight countries. |
| 1983 | • Creation of Accor, following the merger of Novotel SIEH Group and Jacques Borel International. |
| 1985 | • Creation of Formule 1, a new hotel concept based on particularly innovative construction and management techniques.<br>• Creation of Accor Academy, France's first corporate university for service activities.<br>• Accor acquires a 46 % stake in Lenôtre, which owns and manages deluxe caterer boutiques, gourmet restaurants and a cooking school. |
| 1990 | • Acquisition of the Motel 6 chain in the United States, comprising 550 properties. With its global brands, Accor becomes the world's leading hotel group, in terms of properties directly owned or managed (excluding franchises). |

http://www.accor-na.com/history.asp

http://www.accor-na.com/history.asp

| Year | Events |
|------|--------|
| 1991 | • Successful public offer for Compagnie Internationale des Wagons-Lits et du Tourisme, which is active in hotels (Pullman, Etap Hotel, PLM, Altea, Arcade), car rental (Europcar), onboard train services (Wagons-Lits), travel agencies (Wagonlit Travel), managed food services (Eurest) and highway restaurants (Relais Autoroute). |
| 1997 | • Accor changes its corporate governance system. Jean-Marc Espalioux is appointed Chairman of the Management Board.<br>• The "Accor 2000" project is launched in a commitment to revitalizing growth and deploying breakthrough technology.<br>• Carlson Wagonlit Travel is created.<br>• Acquisition of a majority interest in SPIC, renamed Accor Casinos. |
| 1999 | • The hotel network grows by 22% with 639 new properties, led by the acquisition of Red Roof Inns in the United States.<br>• Accor demonstrates its support for the Olympic movement by becoming an official partner to France's National Olympic Sports Committee (CNOSF).<br>• Acquisition of CGIS, Vivendi's hotel business, including eight Demeure and 41 Libertel establishments. |
| 2000 | • For the Olympic Games in Sydney, Accor provides accommodation in its Australian hotels for members of the Olympic family, supports the French team and rallies its entire network to promote the Games.<br>• Launch of Accorhotels.com.<br>• The Meal Service Card is introduced in China.<br>• Acquisition of a 38.5% interest in Go Voyages.<br>• Courtepaille is sold. |
| 2001 | • Broader presence in the Chinese hotel market in partnership with Zenith Hotel International and Beijing Tourism Group.<br>• Sustained development of the Services business in the fast-growing market for employee assistance programs with the acquisition of Employee Advisory Resource Ltd in the United Kingdom.<br>• Suitehotel launched in Europe.<br>• Accor becomes an official partner to the Australian Olympic Committee. |
| 2002 | • 30% stake acquired inGerman hotel company Dorint AG.<br>• Opening of the Sofitel Chicago Water Tower and 13 other Sofitel establishments in major international cities.<br>• Accor organizes operations to support its Olympic team partners at the Salt Lake City Games.<br>• Accor Services acquires Davidson Trahaire, Australia's leading human resources consulting firm. |
| 2003 | • Sustained development of the Hotel business, with 170 openings.<br>• The first ibis opens in China, in the city of Tianjin.<br>• Accor Services establishes operations in Panama and Peru.<br>• Deployment of the new Novotel room. |
| 2004 | • Accor acquires a 28.9% stake in Club Méditerranée.<br>• The Group reaffirms its involvement in the Olympic Games in Athens, supporting the French and Australian Teams and helping to organize the event with Lenôtre, Carlson Wagonlit Travel and Accentiv'.<br>• Creation of Groupe Lucien Barrière SAS. Owned 51% by the Desseigne-Barrière family, 34% by |

http://www.accor-na.com/history.asp

Accor North America

| | |
|---|---|
| | • Accor and 15% by Colony Capital, the new company is a European leader in casinos.<br>• Novotel introduces Novotel Café, a new dining concept created by Lenôtre.<br>• Accor acquires all outstanding shares in Go Voyages. |
| 2005 | • Opening of the 4,000th hotel, the Novotel Madrid Sanchinarro in Spain.<br>• Lenôtre acquires nine Fauchon boutiques in Paris and a new production facility.<br>• Colony Capital invests €1 billion in Accor and steps up the Group's development.<br>• An innovative real estate sale and leaseback strategy is introduced with Foncière des Murs.<br>• Accor decides to step up its development in China with Sofitel, Novotel and Ibis, surpassing the 10,000-room threshold in the country.<br>• Sofitel introduces the new MyBed concept, offering the ultimate in sleeping comfort.<br>• WorkLife Benefits, Accor Services' US subsidiary since 1985, merges with Workplace Options, one of the country's largest employee service providers.<br>• Launch of the Ticket Alimentación Electrónico food card in Mexico.<br>• In India, Accor Services introduces Ticket Restaurant® Plus, a multi-purpose smart card that functions as an electronic purse. |
| 2006 | • Accor changes its corporate governance system, from a Supervisory Board and Management Board to a Board of Directors, with Serge Weinberg as Chairman and Gilles Pélisson as Member of the Board – Chief Executive Officer.<br>• Accor divests most of its stake in ClubMed. |

# Exhibit 7

# Exhibit 7

Accorhotels.com - hotel reservations worldwide













accorhotels.com

**Over 4,000 hotels worldwide**

OUR HOTELS >> Sofitel    Novotel    Mercure    Suitehotel    Ibis    All seasons    Etap    Formule 1    Red Roof    Motel 6    Accor Thalassa

Home    Find a hotel    Travel ideas    Promotions    Loyalty programs    Contact

**Find & Book**

City, Country or Hotel code

☑ OPTIONAL

Date of arrival

night(s)

☐ If you have an Accor loyalty card or a preferential code

☐ Company with a contract or a travel agency

☑ View/Cancel a reservation

Search

**Need ideas?**

☑ **Holidays to match your dreams**

**Our destinations**

Hotels and Activities

Listen to your dream

Sea    Mountains    Thalassotherapy    Resorts, Clubs & Spa







**Get a deal!**

☑ **Hot deals**

| | | |
|---|---|---|
| › **Egypt** | Mercure Luxor | € 36 |
| › **New Zealand** | Novotel Ellerslie Auckland | € 67 |
| › **United Kingdom** | Mercure Staines | € 86 |
| › **United Kingdom** | Mercure Village Bolton | € 104 |
| › **Italy** | Novotel Venezia Mestre | € 125 |
| › **France** | Hôtel du Golf Barrière Deauville | € 145 |

**More offers** ⊕

☑ **All our promotions**

**Newsletter**

Be the first to receive our **best special offers** and **great bargains.**

E-mail

Subscribe!

**Now's a good time for ...**

☑ **Dive into summer...**
Treat yourself to an unforgettable vacation!

☑ **Buongiorno Italia**
Succumb to "la Dolce Vita"!




**Find a hotel**

▪ On a map
▪ Near a point of interest
▪ Along a planned route
▪ For a meeting



*Your personal profile*

**Advantages**
**Register here**

*News from our Brands and Partners*

☑ **Europcar**
Great rates on your car rentals all over the world. Discover

☑ **Novotel**
Undiscovered grounds in Europe! Unveil the city of Bucharest from

Accorhotels.com - hotel reservations worldwide

**Already registered ?**
**Identify yourself**

**Our loyalty programs**

☑ **All our partners offers**


**Pro Services**

**Corporate area**
**Meeting area**
**Travel Agent Area**
**Leisure Professionals**
**Mobile services**

freedom & mobility when you
travel!

the core of it staying at Novotel!

International sites - Partners - Affiliates - Franchisees - Help - Site map - Security and confidentiality
Legal information - Bookmark this page - AccorJobs

VeriSign   secure site seal

# Exhibit 8

# Exhibit 8







# SOFITEL
### HOTELS & RESORTS

| Home | Find and Reserve | Special Offers and Packages | The World of Sofitel | E-News |

> **Sofitel history**

> Key figures

> Press room

> Careers

> Franchise

> Accor.com

Home > Sofitel Corporate > Sofitel history

## SOFITEL CORPORATE
## INFORMATION ABOUT SOFITEL HOTELS

**From 1964 to today...**

- **1964**: The very first Sofitel opens in Strasbourg, France.

- **1974**: Sofitel's grand opening in the U.S.; in Minneapolis, Minnesota.

- **1983**: The Accor Group is born.

- **1995**: Sofitel's network includes 100 hotels; 18,472 bedrooms; 12,500 employees; throughout 40 countries worldwide.

- **1997**: Sofitel becomes part of Accor's multi-brand group.

- **2000**: Two big strides for 2000... after 10 years with no new openings in the U.S., Sofitel cuts the ribbons in downtown Philadelphia and New York City's Times Square.

- **2002**: Major international expansion: Sofitel opens its doors in Europe (London, Marseille, Cologne); Africa (Marrakech); North America (Chicago, Washington, Montreal); South America (Quito); and Asia (Shanghai, Bangkok).

- **2004**: Sofitel opened 31 hotels including 20 Dorint in Germany. Germany, The Netherlands, Austria and Spain

- **2005**: Sofitel continued its growth with such openings in Asia, in Australia, in New Zealand, in Fidji Islands, in Tunisia, in United Kingdom and in Spain.

- **Nowadays**, Sofitel is the prestige brand of Accor Hotels. The brand encompasses nearly 200 upper upscale hotels in 53 countries.



Accor Hotels Affiliation Program



accorhotels.com

Home    Find a hotel    Travel ideas    Promotions    Loyalty programs    Contact

# Affiliate Program




## Where is registered your company web site ?





European program >



Us program >

Accor Hotels: hotel and tourism affiliation program

http://www.accorhotels.com/accorhotels/affiliation/gb/usa/home.shtml

# accorhotels.com

Home | Find a hotel | Travel Ideas | Promotions | Loyalty programs | Contact

## < Home

**Benefits**

**n°1** High Earnings

**n°2** Leading European hotel company

**n°3** Free animation tools

General Terms and Conditions
Register
Access affiliates
Help

## Affiliate Program



### Benefit n°1 — High Earnings!

⊕ 6% on stays with Lucien Barrière, Sofitel, Novotel, Mercure and Suitehotel, 3% off stays at Ibis

⊕ Percentage-based rewards: the greater the reservation, the greater your commission

⊕ And a cookie valid for 30 days

**For further information** ⊕



### Benefit n°2 — Leading European hotel company

⊕ Nearly 4000 hotels in 90 countries

⊕ Very well-known brands ranging from economic to luxury: Ibis, Suitehotel, Mercure, Novotel and Sofitel

⊕ Up to 60% off for your visitors

**For further information** ⊕



### Benefit n°3 — Free animation tools

⊕ A selection of easy-to-use links, banners and search engines

⊕ Regularly updated last-minute deals

### Contact   Help

A dedicated team will help you optimise your integrations and advise you on the destinations to promote.

**Any particular requests?**

⊕ A photo library of the most beautiful destinations

Don't hesitate to contact us!

**For further information** ⊕

FAQ ⊕

**Keyword purchasing policy:**

Purchasing of keywords in this program is **restricted**. Under no circumstances may you purchase proper nouns or any spelling derived from Accor or any of its trade marks. You many not include sponsored links to one or more sites owned by Accor.



Great membership with accorhotels.com

http://www.accorhotels.com/accorhotels/affiliation/gb/usa/home.shtml

# Exhibit 9

# Exhibit 9

Accor Hotels: opening an Accor Hotels franchise

## accorhotels.com

Home    Find a hotel    Travel ideas    Promotions    Loyalty programs    Contact

Other languages : Italiano · Nederlands

:: **Your hotel as a franchise**
:: The right solution for you
:: Brands with character
:: Contact us



Home > Become a franchisee

## Franchise with Accor
### A Winning Investment

**Your hotel as a Franchise:**
Who will respect your project and provide its optimum development

### ACCOR: KEY PARTNER FOR YOUR HOTEL FRANCHISE

▪ The strength of a major international group and a European leader
▪ Over 30 years of experience and expertise, Brands from 1 to 5 stars
▪ Nearly 1000 franchised hotels, including 700 in Europe
▪ A comprehensive and unique franchise offer with great potential for development
▪ Franchisor of the year award 2002 (AAFD) for Red Roof Inn, Motel 6 and Studio 6

### ACCOR: STRENGTH AND EXPERTISE FOR BETTER RESULTS

▪ A unique reservation system available 24/7 from anywhere in the world with last room availability
▪ 7,5 million visitors to our Web sites every month
▪ 140,000 travel agencies with 400,000 terminals connected via GDS
▪ A sales network of 920 staff, 18 sales offices, a worldwide client database
▪ A wide range of skills at your service: Marketing, Loyalty Programmes, Partnerships, Information Technology, Technical, Purchasing, Human Resources, etc.
▪ More than 12,6 million room nights booked online in 2006

