# Exhibit 10

# Exhibit 10

# Red Roof Inn - Careers



Reserve Red Roof Inn hotel rooms online or call **1-800-REDROOF**

RediCard Member Login

Home   Reservations   Red Hot Deals   RediCard®   Special Offers   About Red Roof Inn

**About Red Roof Inn**
- Company
- Careers
- Career Path
- Benefits & Compensation
- Internship Program
- Diversity
- Press Room
- Contact Us



Find Red Roof Inn locations offering discount travel and Red Hot hotel deals

Earn Free Nights or other Great Rewards!

Sign Up and Save with Email Specials

## Red Roof Inn Careers

**Our success is fueled by bold leadership, inspired education, keen awareness and talented people delivering extraordinary results.**

By choosing to review this summary of Red Roof Inn's career opportunities, you have taken a step toward achieving the goals we all share in our lives – aligning ourselves with a quality organization that puts an emphasis on personal career development. As an organization, we recognize the strategic advantage of training and development to redefine our position in the marketplace. Training and development afforded through our Academie Accor centers and Academie Accor Online offers you the opportunity to progress in your career with Red Roof Inn and Accor Worldwide.

As part of Accor, the European hospitality leader and one of the world's largest groups in Hotels and Services, we're backed by the strength of 168,000 associates in 140 countries. With the support of a $200 million investment by Accor, Red Roof Inn is redesigning each location throughout the United States.

This investment, coupled with the leadership of our Managers guaranteeing the service provided for each stay, will reposition Red Roof Inn as the premier mid-scale hotel chain across the United States. If you

### Career Opportunities with Red Roof Inn

- Inn Management Opportunities
- Inn Level Opportunities
- Other Opportunities

### Other Opportunities with Accor

- Corporate Opportunities
- Sofitel
- Novotel
- Motel 6
- Studio 6






believe you have the conviction to excel within an organization which shares you convictions passion for service, consider Red Roof Inn for your future.

## Our Commitments

1. We value and believe in our people.
2. We take team member admission and placement seriously.
3. We appreciate our differences.
4. We are obsessed with customers.
5. We provide continuous and transparent feedback.
6. We take bold action and expect results.
7. We hold everyone to the same high standards.
8. We are passionate and committed to training and development.
9. We are driven to bottom line results.
10. We celebrate our victories.

Contact Us | Reservations | Red Hot Deals | RediCard | Careers | Privacy Policy | Accessible Rooms | Red Roof Inn Home Collection

© 2007 Accor North America, Inc. All rights reserved.



# AccorJobs North America



**AccorJobs North America**

Home

- Review vacancies
- Submit your resume
- My Accorjobs

☐ Contact
☐ Legal information

CHOOSE YOUR LANGUAGE

## Your smile, your future

▸ HR Home  ▸ Jobs for everybody  ▸ Why join Accor  ▸ L'esprit Accor  ▸ International search

Employee  Manager  Internships



**NEWS**

Welcome to Accor's recruitment site: 92 jobs are available today in the United States, Canada and Mexico!

Contact

Help

# Exhibit 11

# Exhibit 11

# Distribution, Reservation, Market Place Policy, Revenue Management:
## Some consistent systems....



April 2002, the 19th

Financial analysis April 2002, 19th

1

# To be in line with the new distribution methods



- Electronic reservations are booming and multimarkets
- Intermediaries and partners are more and more varied
- New customer loyalty schemes are being developed
- Contracts are now global
- Permanent knowledge of rooms available within the network is mandatory

➞ *ACCOR acquires modern and consistent sales systems*



# Before ACCOR 2000

*TARS = Travel Accor Reservation System*

Financial analysts April 2002, 19th

3





# ACCOR 2000 - stage 2

## TARS on line

**Single-image inventory available via all reservation channels**

Financial analysts April 2002, 19th

*ASA=Accor Sales Application (contrats management)

# First advantage

- The hotel is free to select his distribution channels



- Varied and world-wide sales points
- The last room can be sold anywhere at any time
- Control, Consistency and Reliability:
  - of commercial description
  - of prices

# Second advantage

- To sell the other Accor hotels



- Fully booked hotels can:
  - propose another solution to the client
  - confirm a reservation in the area
- Each hotel is part of the group's sales force

# Third advantage

- Optimisation of the area which is beneficial to each hotel



- How to sell rooms:
  - At a good price
  - At the right time
  - To the right client
  - In the right hotel

- This is the Area Revenue Management, Accor's competitive advantage.

Area strategy led by the Revenue Manager



## Objective: Most of the hotels Sofitel Novotel Mercure IBIS rolled-out by the end 2002