



# Integration and consistency of the reservations and sales systems

Property Management System

ASA

TARS

Availibilities

Detailed booking data (historic and future)

Bookings

Other city hotels

@ Intranet

Recommandations

ACCOR City-RMS

City Vision

# Exhibit 12

# Exhibit 12





## Accor Hotels Integrated Network: Efficient tools dedicated to Sales and Marketing

▶ **Optimization of sales thanks to appropriate decision support tools**

– The new central reservation system will be fully implemented by year-end 2002

– Area Yield-Management: implementation before end 2003 in order to maximize RevPAR

▶ **The Internet : Worldwide distribution of Accor's offer**

– Spectacular growth of bookings as of July 31:  +130% in Europe
  +40% in the U.S.

– Bookings in % of business volume in July :  2.5% for Business and Leisure
  5% for Economy hotel in Europe
  7% for Economy hotels in the U.S.



28

# Exhibit 13

# Exhibit 13



# A.S.A

## Accor Sales Application

# ASA – Accor Sales Application

A unique "Intranet" tool for Sales Teams & Hotels interfaced with the ACCOR hotel information systems (TARS, accorhotels.com, …)

- Sales Module : Sales Force tool for managing B to B customer relations and sales activity

- Tariffs Module : On-line tool to facilitate annual tariff collection from ACCOR hotels (Sofitel, Novotel et Mercure)

2



# Why ASA ?

## Creation of an Intranet based tool in coherence with the long-term vision of the ACCOR hotel division

■ **Create value :**

✓ Constitution of a unique B to B client DataBase

✓ "Sell the right hotel, to the right client, at the right time & the right price"

■ **Sales optimisation :**

✓ Implementation of a professional sales network

✓ Facilitate relationships between Sales Teams & Hotels

■ **"The technological Leap Forward" :**

✓ Installation of "on-line" tools

✓ Tars on Line deployed in hotels



# Functionality for Sales Teams

■ Shared World-wide client DataBase
  ✓ B to B client info., contacts & links between key International companies (subsidiaries in different countries)
  ✓ History of commercial activity
  ✓ Detail of signed contracts and any ongoing offers
  ✓ Detail of production (consumption) of accounts under contract

■ Hotel & Tariff DataBase
  ✓ Access to detailed hotel descriptions (interface with TARS)
  ✓ Access to hotels rates (via the ASA Tariffs module)

■ Management tool
  ✓ Follow-up of all ongoing commercial activity
  ✓ Analysis of contract / offer performance (Room nights, T.O etc.)

■ Document printing tool
  ✓ Printing and history of client documents (offers, contracts, ...)
  ✓ Automatic e-mails to hotels (requests, confirmations, ...)

4