# Hotel's functionality



- Via the ASA Tariffs module
  ✓ "On-line" tool for inputting annual rate grids

- Via the ASA Sales module
  ✓ Sales team tracking tool for each G.M.
    - Analysis of ongoing offers and contracts for his hotel
    - Follow-up possible on Sales Teams actions
    - Visibility of own clients production within the entire ACCOR group
  ✓ Upload of client production (consumption)
    - Automatic upload (interface) of client consumption from hotel computer system (PMS) to ASA for all annual contracts

*ASA Project - ACCOR days presentation 19 April 2002*

5



# The added values of A.S.A



- Increased productivity :
  - ✓ Automation of administrative tasks
  - ✓ Optimisation of team selling
  - ✓ Powerful piloting tool for sales people and management
  - ✓ Creation of an on-line link between sales teams & hotels

- Increased profitability :
  - ✓ Optimisation of the hotels tariff policy (rev man)
  - ✓ Capacity to better direct the client towards « the right hotel, at the right moment at the right price »

# The added values of A.S.A

- **Increased quality relationship between clients & Sales Teams :**
  - ✓ Faster response time
  - ✓ Better client recognition
  - ✓ Answer to client's evolving needs (internet B to B, International account management)

- **Valorisation of a detailed international B to B client DataBase, estimated at 100,000 account files with 300,000 contacts**

- **Give ACCOR a competitive edge :**
  - ✓ International customer management
  - ✓ Production tracking
  - ✓ Reactivity



# Budget & Deployment

- **A.S.A Budget :**
  - Development : 1,5 M € over 3 years
  - Recurring costs : 1M € per annum

- **Deployment of A.S.A :**
  - Tariffs Module :
    - ✓ launched in 750 hotels since February 2002
  - Sales Module :
    - ✓ launch autumn 2002
    - ✓ complete roll out : 2003

*ASA Project - ACCOR days presentation 19 April 2002*

9

# Exhibit 14

# Exhibit 14

Accor.com Group



Home

Group home

- Accor profile ▸ Activities and Brands ▸ Accor in the world ▸ **Sustainable development**
- Corporate sponsorship ▸ Sponsorship ▸ Partnerships ▸ History ▸ Organisation - Administration

# Sustainable Development Management within Accor

In 2002 Accor formalized its commitment to sustainable development by appointing John Du Monceau, a member of the Management Board, to take charge of overseeing the policy and the Groups commitments to it.

A Grup-wide Sustainable Development Committee has been set up. It comprises the various Group functions concerned: General Secretariat, Human Resources, Environment, Procurement, Development, Corporate Communications, Financial Communication and Operating Departments. The Committee meets once every two months to validate Accor decisions in terms of its Suxtainable Development principles (the development of equitable trade, setting up a Group-wide reporting application, communication, etc.)

The position of Sustainable Development Manager was created in 2002.

Since then, the Environment Department has become part of the Sustainable Development Department, out of a concern for efficiency and policy consistency. The Sustainable Development Department is directly helped with a worlwide liaison agents network of 70 people.

- Ethics gradings
- Interview with Stakeholders
- CSR partners for ACCOR
- Sustainable Development Management within Accor
- Responsibilities towards...
- Customers
- Employees
- Suppliers
- Environment
- Local Communities
- Shareholders

  - ▸ Accor and the Global Compact
  - ▸ Scorecard
  - ▸ The Global Reporting Initiative (GRI)
  - ▸ Indicators
  - ▸ Organisation and internal communication



News  Group  Finance  Press  Human Resources

📄 Download Acrobat Reader (PDF)

Book on-line

FRENCH VERSION    ACCOR WEBSITES    CONTACT    SITE MAP    LEGAL INFORMATION

# Accor.com Group



Accueil

Actualités | Groupe | Finance | Presse | Ressources Humaines

- Accor profile
- Activities and Brands
- Accor in the world
- **Sustainable development**
- Corporate sponsorship
- Sponsorship
- Partnerships
- History
- Organisation - Administration

**Group home**

- Ethics gradings
- Interview with Stakeholders
- CSR partners for ACCOR
- Sustainable Development Management within Accor
- Responsibilities towards...
- Customers
- Employees
- Suppliers
- Environment
- Local Communities
- Shareholders

 Book on-line

 Download Acrobat Reader (PDF)

## Organisation

### General information on sustainable development :

A variety of media are used for this internal communication :

- The Accor Sustainable Development intranet which can be accessed in all the countries where Accor is established; it provides details of Accor's sustainable development policy, as well as good local practices, available documentation and the group's reporting tool.

- AccorHotels is a bimonthly distributed to employees, which relays all the group's activities. Each edition contains articles describing the concrete actions taken in accordance with the Sustainable Development policy pursued at all of Accor's businesses.

### Environment :

Since the creation of the Environment Division in 1998, an intranet site dedicated to the Environment has been accessible to all Accor employees. Updated regularly, this site, which can be accessed via the Sustainable Development intranet, enables people to follow the progress of the environmental policy and to hold a dialogue with the environment team. Several documents are available on this site :

- The Hotel Environment Charter and accompanying guide, "Environment Guide for hotel managers".

- The "In hotels as in the home" leaflet, which sets out simple actions to be taken for proper energy use: electricity, water, gas and fuel, and poster.

- The Comic Strip "Triera bien qui triera le dernier" ["He who sorts last sorts best"] was produced with the help of comic strip professionals and 40,000 copies were published in 1995. This is an amusing awareness document which explains the importance we attach to the environment in our hotel and tourism sectors

- The hotel Overview ("understanding and managing water, energy, and waste in you hotel") shows the main areas of a hotel and provides standard consumer details for each establishment (room, restaurant, cuisine, etc.) in the form of "information bullets".

- The Environment Specifications (fiches pratiques) are intended for hotel managers and maintenance technicians for information purposes and for setting up regulatory procedures at the establishments. These specifications cover refrigerant fluids, halons, packaging waste, organic waste, oil tanks and batteries and neon tubes.

Accor.com Group

- In 2004, the Sustainable Development Division invested in a wide-ranging action to raise employee awareness by producing a 27-minute film on the environment. This film is built around testimonies gathered from employees on all five continents. Each hotel will be sent its DVD, which has been translated into eight languages, in 2005.

**Human Resources :**

The Accor group currently has 168,500 employees. The internal communication tools of the Human Resources Department are highly diversified. This division disseminates internal news and provides many portals offering a variety of services (Accorjobs, Accor Career Management, Innovaccor, etc.)

**Suppliers :**

Communication on fair trade takes the form of leaflets distributed in the hotels to staff and clients. Leaflets are available at the 1,100 hotels (to date) serving products deriving from fair trade.

**Local communities :**

Under the partnership with Plan, Accor created several internal communication tools to promote sponsorship of children and projects within its teams. The Group's publications also encourage local initiatives in support of the Red Cross.

In addition, to fight against child sex tourism, the Group has developed a program of actions specifically addressed to its employees. Training sessions help show the staff Accor's commitment, and serve to define risky situations, expose the negative effects of this scourge and give employees the means to fight against it.

On the Group intranet, a specific section covers the many actions undertaken on behalf of the local communities.

◀ **Return**

FRENCH VERSION    ACCOR WEBSITES    CONTACT    SITE MAP    LEGAL INFORMATION