UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ROLLIN AMORE, *et al.*

            Plaintiffs,

                                      Civil No.: 1:06-cv-00198 (RMU)

    v.

ACCOR SA, *et al.*

            Defendants.

**Declaration of Christopher W. Hellmich**

I, Christopher W. Hellmich, hereby declare under the penalties of perjury pursuant to 28 U.S.C. § 1746, that the following information is based on my personal knowledge and investigation, that I am competent to testify, and that my testimony is both true and correct:

1.      I am over the age of 18, I am a partner at the law firm of Patton Boggs LLP, and I am counsel to the Plaintiff in this matter. Because discovery has not yet commenced, Plaintiff is left with proffering evidence it has been able to discover through its own investigation, some of which is included in this declaration. Counsel reasonably believes, however, that far more extensive interrelated activities will be found during discovery that will demonstrate that DC Sofitel LLC is an alter ego or mere department of Accor SA.

4901736

A. **Accor SA Set Financial Guidelines for All US Properties Including DC Sofitel LLC**.

2. Accor SA sets financial guidelines for the Accor Group and Accor SA "carefully target[s] our capital spending programs, focusing in recent years on the Economy hotel segment in Europe. In regions, countries or businesses that are more sensitive to the economy, we prefer less capital-intensive operating structures, such as management contracts, franchise agreements, partnerships or joint ventures." Exhibit 1, p. 25. "[O]ur selective strategy of acquisitions and organic growth focused exclusively on projects capable of delivering a 15% return on capital employed within three years. This emphasis on profitability also applies to operational management of our current businesses." Id.

B. **Accor SA Negotiates Global Purchase Agreements for All Hotels Worldwide**.

3. Accor SA implemented aggressive cost-reduction programs in 2002 that were supported by a real-time itemized tracking system. "This emphasis on tighter management led to the negotiation of global procurement contracts for new room furnishings, as well as to measure to rationalize the number of suppliers and implement online sourcing tools." Exhibit 1, p. 34.

4. Accor SA's "new Sustainable Development Purchasing Charter introduced in 2002 will enable us to secure even more systematically the origins of our raw material purchases." Id., p. 59.

C. **Accor SA Controls Marketing Decisions.**

5. Accor SA implemented a Group wide policy in 2002 to increase the awareness of the Accor brand "by closely linking the corporate and hotel chain brands and by including the Accor Hotels and Accor Service logos in all commercial media. In the United States, TV, radio and print

advertising for Motel 6, and Red Roof Inns carried the Accor endorsement for the first time."

Exhibit 1, p. 28.

6.  Accor SA reorganized its sales and marketing teams throughout the Accor Group.

- "During [2002], our 550 national, international and large corporate account sales managers were combined into a single sales department, and the scope of the corporate sales and distribution department was extended to include leisure operations. Centralization has made our teams more responsive and fostered the emergence of innovative new offers…" Id, p. 33

- "[O]ur chains have introduced new weekend and short-stay packages to capitalize on [family and individual/leisure] segments, which have enjoyed rapid growth." Id.

- "Cross-selling programs were also initiated under the Accor Hotels brand. The international Accor Summer Sales and Accor Winder Sales resulted in a 100% increase in sales, with more than 120,500 rooms booked in summer and 149,800 rooms in winter." Id.

D.  **Accor SA Controls Technology That It Requires All Hotels To Employ**.

7.  Accor SA implemented or improved technology services throughout the company. In 1997 Accor SA created the "Accortel" centralized booking and management system. A full 81% of Accor SA's hotels are "directly managed" by this system. Exhibit 1, p. 34. "Used by marketing and sales teams, [Accor] optimizes management by networking and centralizing hotel sales operations." Id.

8.  Accor SA also deployed its "Tars On Line" central reservation system with nearly 1,200 hotels connected to the system. Id. This system allows "each hotel [to] optimize its sales strategy in real time, in particular through broad access to the Internet, call centers, travel agencies and other distribution channels." Id. Tars On Line allows for unique management techniques so as to be able to track revenue per available room and constantly adjust room rates to maximize revenue. Id.

9.  Accor SA rolled out its "Grand Back" management system for hotel managers so that they can compare their performance with their peers. Id. Accor SA's corporate intranet provides access

to "Capex Online", an "application for tracking and controlling capital budgets and cash flows." The corporate intranet also allows sales teams to access "Accor Sales Application", which is used to "manage international business- to-business customer relationships in an interface with Accor databases."  Id.

E.    **Accor SA Directs Training Programs All Employees Receive**.

10.    Accor SA allocated 2.4% of its payroll expenses to training programs for its employees "with the goal of offering each employee with at least one training course a year."  Exhibit 1, p. 47.  The Accor Academy "offered courses to more than 19,000 Group employees at its French headquarters in 2002" and oversaw the training of 100,000 employees in 2002.  Exhibit 1, p. 47.  The Accor Academy "supports our 500 internal trainers who lead Accor training programs around the world."  Id.

11.    Accor SA has implemented worldwide policies to retain its employees and offers them the following incentives:

- After one year of employment all employees receive an "Accor Card" entitling them to discounts on hotel, travel and rental cars.
- Employees are generally allowed to participate in stock incentive plans.  As of 2002, 25,000 employees owned Accor SA stock.
- Most employees are entitled to bonuses based on individual and team performance.
- All employees are invited to share in annual profits.

Exhibit 1, p. 48.

F.    **Accor SA Enforces a Worldwide Environmental Policy.**

12.    "Of all of our businesses, hotels have the greatest environmental impact, which is why the Environmental Department reports to the hotel management team. However, the Department is responsible for conducting cross-functional audits not only in all our businesses, but also in our corporate functions, such as purchasing, training and day-to-day management. Outside of France, a network of 53 correspondents ensures that Group policies are implemented in local operations." Exhibit 1, p. 56.

13.    Accor SA created a "Hotel Environmental Charter" to help hotel managers raise the level of employee awareness of 15 separate actions that are needed to be followed to comply with the charter. "Once a hotel has implemented ten of the actions, the charter is posted in a location visible to employees and customers…In 2003, the Environmental Charter will be posted in staff rooms in more than 1,200 hotels across the United States." Id

G.    **Accor SA Controls All Risk Prevention Policies For All Hotels**.

14.    Stemming from the 2001 terrorist attacks Accor SA modified its "strategic vision [to] now officially integrate[s] a number of risk-prevention policies". Exhibit 1, p. 59. "In May 2002, the Management Board created a Hotel Risk Prevention Committee…to identify major safety and security risks, define the main components of global security and risk prevention policy, and determine an appropriate emergency measures." Id.

I declare the forgoing to be true and correct under the penalty of perjury in accordance with 18 U.S.C. § 1746.

Executed on: July 31 2007

_____
Christopher W. Hellmich

4901736