# MESSAGE FROM THE FOUNDING CO-CHAIRMEN
## PAUL DUBRULE AND GÉRARD PÉLISSON
(right to left)



The tourism industry was struck by an exceptional series of hardships last year. While we were just beginning to recover from the dramatic events of September 11, Djerba and Bali were successively rocked by attacks. Even more importantly, our industry was profoundly impacted by the absence of a recovery in the United States, combined with persistent sluggishness in the French and German economies. In addition to these problems, our Services business was adversely affected by the weakness of the dollar against the euro and by currency devaluations in the largest South American countries.

Despite the business environment, Accor has demonstrated remarkable resilience compared to our major global competitors. Our €703 million in profit before tax was in line with the objective of €700 million announced during the year and nearly twice the amount reported in 1997. And while the Accor share, like most other stocks, has fallen

sharply to 1997 levels, the decline does not reflect our financial situation since earnings per share have more than doubled in six years.

The year's performance once again confirmed the effectiveness of our business model, which is based on a well-balanced business base, in terms of both regions and activities.

In addition, free cash flow increased to a record €645 million, demonstrating our ability to sustain a selective, assertive pace of development. All of our hotel brands continued to expand, especially Sofitel, which, with the opening of several prestige properties, is now positioned among the leaders in its category.

In spite of the difficulties in North and South America, our Services businesses enjoyed spectacular growth, with revenues increasing 17% like-for-like. Lastly, the considerable investments made in recent years to update our management practices with new technologies have nearly been completed and are now ready to start delivering their benefits.

2003 is also shaping up as a difficult year, and undoubtedly even more uncertain than 2002. In such an unusual environment, we nonetheless feel that we are better equipped than most of our competitors to weather the storm. Indeed, the recession won't last forever, and we intend to take full advantage of the recovery to pursue steady growth in our operations.

Our balanced business portfolio, enhanced management practices, and extensive networks are not the only competitive advantages that allow us to view the future with confidence.

Shared by team members across the organization, the "Accor Spirit" provides that "little extra" which enables us to make the difference in all our businesses, on all continents, and for all our brands. This spirit is shaped by mutual respect and trust among our employees at all levels, by a constant commitment to optimizing customer service through innovation, and by an ability to adapt to local cultures.

Last but not least, we are dedicated to pursuing a policy of sustainable development that meets the social, environmental and societal needs of our host communities. We do more than just pay lip service in these areas, as demonstrated by our initiatives in Brazil to provide disadvantaged young people with training in our core job skills and in Polynesia to protect the quality of lagoon water.

Combined with the quality of our senior management team, these core advantages are the surest guarantee of Accor's long-term viability, which has always been our number one objective.

3 ACCOR

# MESSAGE FROM THE CHAIRMAN OF THE MANAGEMENT BOARD
## JEAN-MARC ESPALIOUX



2002 was not an easy year, with an economic slowdown on both sides of the Atlantic and an increasingly tense international situation. Both revenues and earnings declined for the first time in many years. However, we were able to maintain our margins through tight cost management and meet the objectives announced in late summer. Despite a 9.2% reduction in earnings per share, to €2.18, we are asking shareholders at the Annual Meeting to maintain the dividend before tax credit unchanged at €1.05.

Since the downturn in the economy two years ago, we have outperformed our major global competitors, thanks to the balance between our Hotel and Services activities, our extensive coverage of the global marketplace and our transparent, tightly-managed financial policies. Our strategic focus on the long term and on expanding without taking excessive risk has been an Accor hallmark since its founding by Paul Dubrule and Gérard Pélisson.

In the Hotels Division, the brands federated under the Accor banner have been purpose-designed to offer a range of products that correspond perfectly to the breakdown in demand, from Economy to Upscale, for business and leisure travelers and for a diverse base of customers with a variety of constantly changing needs. Based on highly differentiated, distinctive brands and products, Accor hotels resonate with the major trends shaping a global industry that enjoys excellent medium and long-term fundamentals. Our Accor 2000 project invested substantially in capital programs, technology upgrades and human resources in the boom years of 1997-2000, a four-year period during which earnings per share increased by a factor of 2.2. As a result, we are now in a position to benefit from upgraded processes, as we continue weathering the storm and prepare to rebound when the recovery comes. These solid foundations are supported by constantly improved sales and marketing tools, including a highly efficient centralized booking system, attractive new comprehensive multi-brand loyalty programs, partnerships with some of the world's leading travel companies and websites that showcase the depth and breadth of our offer. We are clearly committed to increasing market share.

Services are also a key component of our business. It's worth repeating that we have been the leading issuer of meal and food vouchers in a large number of industrialized and developing nations for more than 20 years. Vouchers account for 7% of consolidated revenues of our profit before tax. For a number of years, we have been diversifying into human resource support services, a logical extension of our core competencies. These services are designed to enable companies to help employees find a better balance between their private and professional lives and to improve performance by increasing their motivation and loyalty.

Our other operations are fully aligned with our core business. Despite a more than difficult economic environment, we have seen a return to profitability at Carlson Wagonlit Travel, our equally owned joint venture with US-based Carlson and the world's second-largest business travel agency network. With Lenôtre, we have a prestige brand in the upscale restaurant segment, while Compagnie des Wagons-Lits provides us with an entry into the European railway market. And Accor Casinos, 50%-owned by international investment firm Colony Capital, continues to benefit from the growing popularity and liberalization of the French and European gaming markets.

While resisting the prevailing negative trend, we also undertook a number of projects during the year that will position us for future growth. The partnership with Dorint, Germany's leading national hotel chain with 18.000 rooms, has confirmed our role in consolidating the European hotel industry and strengthened the image of the Accor, Sofitel, Novotel and Mercure brands in one of the global tourism industry's key markets. At year-end, the Accor portfolio numbered 3.829 hotels with a total of 440,807 rooms. In recent years. Sofitel has emerged as the up-and-coming luxury hotel chain, with the opening of high-profile properties in major cities like Paris, London, New York, Chicago, Washington D.C., Philadelphia and Buenos Aires. We have consolidated our positions and laid the groundwork for expansion in Asia-Pacific, South America and Africa. Our Services Division is pursuing its global expansion, with an offer that meets growing corporate and institutional demand for social benefit programs. Lastly, heightened awareness of the Accor brand, in France and in other countries, is facilitating the distribution of our products.

We are well aware of our responsibilities in the area of sustainable development, a commitment embraced by Accor ten years ago. Our Founding Co-Chairmen Paul Dubrule and Gérard Pélisson were among the first business leaders to point out that "the environment is the tourism industry's raw material." Today, the notion of sustainable development, which provides an important counterweight to the possible excesses of short-term financial interests, has become more complex in its economic, social and environmental aspects. Accor does not claim to have met all its sustainable development goals, but we intend to leverage our experience, our ambition and our culture to set the best possible example for others.

In addition to tighter cost management, we are currently focusing on sales and human resources; on customers and employees. With regard to customers, we need to take the initiative of informing them, winning them over to our brands

and retaining their business. For employees, we need to optimize incentive and training programs and provide more opportunities for mobility and promotion from within. More than ever, our strategy is people-driven.

Motivated employees make for happy customers, and we want to be an attractive employer. The symbol of our corporate culture, Accor Academy operates on several continents. Employee relations and corporate citizenship remain two key priorities. Indeed, we never want to become complacent or negligent in this regard, as demonstrated in 2002 by the signing of a protocol with labor unions on the use of outside cleaning service providers and the negotiated revamp of Economy hotel management contracts in France.

Early 2003 has continued where 2002 left off, with even greater uncertainty, and it would be imprudent to predict any significant improvement before many

months. Our organization is adapting to the situation, with a focus on simplicity and responsiveness. Leveraging its new, high-tech networked capabilities, our Hotel Division has deployed a multi-brand geographic organization. Its efficiency has been enhanced by the consolidation of support services, as part of a new interactive process between operating and central skills teams, led by a 12-member Executive Committee. On the Management Board, Benjamin Cohen was promoted to Executive Vice-Chairman and John Du Monceau to Senior Vice-Chairman, while André Martinez was appointed to oversee Accor's hotel operations in Europe. Africa and the Middle East. I would like to sincerely thank them for their tireless dedication and outstanding performance.

Accor is staying the course, thanks to the professionalism and commitment of our 150,000 employees, who are driving our growth and ensuring our success.



**Andre Martinez**
Member of the
Management Board

**John Du Monceau**
Senior Vice-Chairman
of the Management Board

**Jean-Marc Espalioux**
Chairman of the
Management Board

**Benjamin Cohen**
Executive Vice-Chairman
of the Management Board



# MANAGEMENT BOARD AND SUPERVISORY BOARD

## FOUNDING CO-CHAIRMEN

**Paul Dubrule, Gérard Pélisson**

## MANAGEMENT BOARD

**Jean-Marc Espalioux,** Chairman

**Benjamin Cohen,** Executive Vice-Chairman

**John Du Monceau,** Senior Vice-Chairman

**André Martinez**

**Paul Dubrule**

## SUPERVISORY BOARD

**Gérard Pélisson,** Chairman

**Étienne Davignon\*,** Vice-Chairman, Vice-Chairman of Société Générale de Belgique. Étienne Davignon is a Director of Pechiney, Suez and UK-based Anglo American, and a member of the Supervisory Board of BASF (Germany).

**BNP-Paribas,** represented by **Baudouin Prot,** Director and Chief Operating Officer of BNP-Paribas. Baudouin Prot is a Director of Pechiney and a member of the Supervisory Board of Pinault-Printemps-Redoute.

**Isabelle Bouillot,** Chairman of the Management Board of CDC Ixis. Isabelle Bouillot is a Director of Saint-Gobain and La Poste, and a Member of the Supervisory Boards of Caisse Nationale des Caisses d'Épargne and CNP Assurances.

**Renaud d'Elissagaray\*,** a former Member of the Management Board of Banque Louis Dreyfus and a Director of Arca-Banque du Pays Basque and various mutual funds.

**Ifil Finanziaria di Partecipazioni SpA,** represented by **Gabriele Galateri di Genola,** Managing Director and Chief Executive Officer of IFIL. Gabriele Galateri di Genola is also a Member of the Supervisory Board of Worms & Cie (France) and Director of Fiat (Italy).

**Franck Riboud\*,** Chairman and Chief Executive Officer of the Danone Group. Franck Riboud is also a Director of Renault, L'Oréal and a member of the Supervisory Board of Eurazeo.

**Jérôme Seydoux\*,** Chairman of the Supervisory Board of Pathé and a Director of Chargeurs and the Danone Group.

**Maurice Simond\*,** former Group Director of IBM Europe.

**Société Générale,** represented by **Patrick Duverger,** Honorary General Manager of Société Générale. Patrick Duverger is also Director of Faurecia and a member of the Supervisory Board of Rémy Cointreau.

**Secretary of the Management Board and the Supervisory Board**
Pierre Todorov

Jean-Marc Espalioux is also a Director of Crédit Lyonnais and Air France and a Member of the Supervisory Board of Vivendi Environnement.

\* Independent members. The Supervisory Board's bylaws state that at least half of the members must be independent, defined as persons who have no relations with the Group or its senior executives that would in any way compromise their freedom of judgment.

# GROUP MANAGEMENT

### MANAGEMENT BOARD

**Jean-Marc Espalioux**
Chairman of the Management Board

**Benjamin Cohen**
Executive Vice-Chairman of
the Management Board, in charge
of Finance and Hotel Development,
Leisure, Tourism, Casinos, Brazil and
Hotel Operations in South America

**John Du Monceau**
Senior Vice-Chairman of the Management
Board, in charge of Services, Human
Resources, Sustainable Development,
and Compagnie des Wagons-Lits

**André Martinez**
Member of the Management Board,
in charge of Hotel Operations in Europe,
Africa and the Middle East

### CORPORATE FUNCTIONS

**Cathy Kopp**
Human Resources

**Jacques Stern**
Corporate Finance

**Pierre Todorov**
General Secretary

**Jacques Charbit**
Communication and External Relations

**Thierry Gaches**
Internet & e-commerce

**Christian Gary**
Treasury and Finance

**Jean Luchet**
Real Estate Financing

**Éliane Rouyer**
Investor Relations
and Financial Communication

### HOTELS
Executive Committee members

**Firmin António**
Accor Brazil and Hotel Operations
in South America

**David Baffsky**
Accor Asia-Pacific

**Roberto Cusin**
Accor Italy

**Christian Karaoglanian**
Development

**Georges Le Mener**
Accor North America

**Claude Moschéni**
Business & Leisure Hotels in Europe,
Africa and the Middle East

**Serge Ragozin**
Technologies, Reservations, Sales,
Marketing, Partnerships, Purchasing
and Technical Affairs

### SERVICES
Executive Committee members

**Robert Bardoux**
Information Technologies

**Philippe Bertinchamps**
Incentives and Loyalty

**Jean-Marc Loustalet**
North and Latin America

**Robert Lugo**
Southern Europe
and the Benelux countries

**Arnaud Martin-Régniault**
Northern Europe and Asia

**Olivier de Surville**
Finance and Administration

**Laurent Thérézien**
Marketing and Development

### OTHER BUSINESSES

**Joël Mingasson**
Accor Casinos

**Hervé Gourio**
Carlson Wagonlit Travel

**Philippe Hamon**
Compagnie des Wagons-Lits

**Patrick Scicard**
Lenôtre

# OPERATING AND FUNCTIONAL DIVISIONS

### HOTELS EUROPE AFRICA AND MIDDLE EAST

**Christian Achard**
Novotel, Mercure France

**Agnès Bourguignon**
Sofitel France

**Evelyne Chabrot**
Human Resources

**Jean-Louis Claveau**
Hotels Benelux, Spain & Portugal

**Bruno Coudry**
Etap Hotel, Formule 1 France

**Marie-Laure Deligarde**
Legal Affairs

**Olivier Devys**
Suitehotel

**Michael Flaxman**
Hotels Northern, Central
and Eastern Europe

**Christophe Guillemot**
Finance

**Gilles Larrivé**
Hotels Central and Eastern Europe

**Jean-Paul Lespinasse**
Hotels Africa

**Jean-Luc Motot**
Etap Hotel, Formule 1 France

**Jean-Paul Philippon**
Ibis France

**Daniel Vrancx**
Hotels Middle East and Franchises

**Olivier Weill**
Projects and Communication

**André Witschi**
Hotels Germany

### INTERNATIONAL BUSINESSES

**Roland de Bonadona**
Hotels South America

**Oswaldo Melantonio**
Services Brazil

**Michael Issenberg**
Hotels Asia-Pacific

**Jim Amorosia**
Motel 6

**Scott Griffith**
Motel 6

**Carol Kirby**
Marketing
Accor Lodging North America

**David O'Shaughnessy**
Sofitel, Novotel North America

**Joe Wheeling**
Red Roof Inns

### TOURISM AND LEISURE

**Jean-Robert Reznik**
Development and Partnerships

**Jacques Barré**
Finance

**Ferhan Gorgün**
Operations

**Carlos Da Silva**
Go Voyages

### FUNCTIONAL DIVISIONS

**Catherine Bertini**
Corporate Legal and Support Services

**Hervé Bertrand**
Accor Academy

**Patrick Bonnetain**
Technical Services and Construction

**Gilles Bonnin**
Hotels Information Technologies

**Gérald Ferrier**
Labor Relations

**Yves Fourot**
Reservation Systems
and Strategic Partnerships

**Christophe Jeannest**
Hotels Sales and Distribution

**Marco Pimentel**
Hotels Marketing

**Joël Vatan**
Purchasing

**Marc Vieilledent**
Finance

ACCOR **8**

# HOTELS — KEY FIGURES

OVER THE PAST 35 YEARS, ACCOR HAS BUILT A UNIQUE NETWORK OF NEARLY 4,000 HOTELS, WHOSE BALANCED GEOGRAPHIC AND SEGMENT DISTRIBUTION PROVIDES CRITICAL COMPETITIVE ADVANTAGES IN GOOD TIMES AND BAD. ACCOR OPERATES ACROSS THE HOTEL MARKET WITH AN ARRAY OF BRANDS TAILORED TO EACH SEGMENT, BENEFITS FROM A BROAD GEOGRAPHIC PRESENCE THAT LESSENS EXPOSURE TO BUSINESS CYCLES, AND IS PURSUING EXPANSION WITH A VARIETY OF OPERATING STRUCTURES, DEPENDING ON SPECIFIC COUNTRY AND PRODUCT RISKS.

**3,829 hotels (440,807 rooms) at December 31, 2002**

Expansion of the hotel network has been driven by an ability to innovate and create new concepts. Novotel, our original brand, introduced the hotel chain concept in France in 1967. Launched respectively in 1974 and 1985, Ibis and Formule 1 also revolutionized the European hotel industry. Over the years, the hotel base has been developed through well-managed organic growth and carefully targeted acquisitions, including Mercure, Sofitel, Motel 6 and Red Roof Inns.

**1** hotel in France — 1967

**450** hotels
49% International
51% France
1983

**1,400** hotels
66% International
34% France
1990

**3,829** hotels
74% International
26% France
2002

As the only global company with operations in all hotel segments, from luxury to budget, Accor delivers a range of products that meet the needs of all types of customers in all parts of the world. Our offer is aligned with the structure and development of worldwide hotel demand, as shown in the diagram. It is more extensive in the Economy and Midscale segment, where demand and growth are stronger, than in the Upscale segment.

Worldwide, supply is growing slowly, both in the United States and Europe, while demand is being driven by the increase in disposable income and leisure time, the decline in airfares and the rapid development of online travel services.



Upscale: 7%
Average room rate €200 and up

Midscale: 38%
Average room rate €70 to €200

Economy: 55%
Average room rate €22 to €70

AS A % OF TOTAL ROOMS AT DECEMBER 31, 2002

## BALANCED GEOGRAPHIC PRESENCE ▷ 51% ▷ 31% ▷ 8% ▷ 5% ▷ 5%

AS A % OF TOTAL ROOMS AT DECEMBER 31, 2002

Accor has developed solid positions in the world's most attractive markets. Aligning our geographic presence with global hotel supply helps to limit exposure to economic downturns and hotel industry cycles.

Our development potential is enhanced by the lack of consolidation in Europe, where chains have a market share of only 24%, compared with 70% in the United States. Our European leadership positions us to play a major role as the industry consolidates in the years ahead.



51% Europe
31% North America
5% Latin America
5% Africa/ Middle East
8% Asia Pacific

## ▷ 22% ▷ ▷ ▷ 19%

AS A % OF TOTAL ROOMS AT DECEMBER 31, 2002

To optimize profitability, hotel operating structures are implemented depending on each region's characteristics.

**Owned:** Accor owns the land and the building. This structure is used most often in regions with stable economies.

**Leased:** Rather than owning the building, Accor leases it from an investor and pays a fixed or variable rent, depending on the country and the product. This arrangement in used mainly in the Midscale and Economy segments and in countries with stable economies.

**Managed:** Accor manages the hotel under one of its own brands for an owner, who benefits from Accor's booking systems, marketing and expert skills in exchange for a fee. This structure is most often used in developing countries.



22% Owned
42% Leased
17% Managed
19% Franchised

**Franchised:** Unlike a management contract, a franchised hotel is managed by an independent owner, who uses one of the Accor brands in exchange for a fee and in compliance with the chain's standards.

| Hotels (directly-owned and managed) | Occupancy rate | | Average room rate | RevPAR* |
|---|---|---|---|---|
| Cumulative at Dec. 31, 2002 (vs. Dec. 31, 2001) | (%) | Change** (in points) | Change** (in %) | Change** (in %) |
| Business and Leisure Europe | 63.5% | −1.7 | +2.2% | −0.4% |
| Economy Europe | 73.9% | −1.3 | +4.7% | +2.8% |
| Economy US | 65.2% | −1.2 | −1.5% | −3.3% |

* RevPAR (Revenue Per Available Room), defined as occupancy times average room rate, corresponds to a hotel's revenues from lodging.
** From December 31, 2001.

For Business and Leisure hotels, rate increases practically offset the decline in occupancy rate. The Economy Europe segment maintained a very high rate of occupancy and continued to raise prices at a sustained pace. In the US, where the economic environment was especially challenging, performance was on a par with the competitor's.

# SERVICES – KEY FIGURES

ACCOR SERVICES HELPS COMPANIES BECOME MORE ATTRACTIVE EMPLOYERS AND SUPPORTS PUBLIC INSTITUTIONS IN MANAGING SOCIAL BENEFITS. ITS OFFER NOW EXTENDS BEYOND ITS ORIGINAL MEAL VOUCHERS TO COVER THREE KEY AREAS OF HUMAN RESOURCES MANAGEMENT. THE BUSINESS IS EXPANDING BY DIVERSIFYING THE PRODUCT AND SERVICES PORTFOLIO, WINNING NEW CLIENTS AND MOVING INTO NEW COUNTRIES, AND LEVERAGING THE BENEFITS OF NEW TECHNOLOGIES.



**GEOGRAPHIC EXPANSION**  ▶  **32 COUNTRIES**

With operations in 32 countries at December 31, 2002, the Services Division is entering one or two new countries a year.

| | |
|---|---|
| Austria | Netherlands |
| Belgium | Poland |
| Czech Republic | Portugal |
| France | Romania |
| Germany | Slovakia |
| Greece | Spain |
| Hungary | Sweden |
| Ireland | Switzerland |
| Italy | United Kingdom |
| Luxembourg | |



United States

Argentina
Brazil
Chile
Colombia
Mexico
Uruguay
Venezuela

Lebanon

Australia
China
India

**THREE CORE COMPETENCIES** ▶  **FACILITATE LIFE'S ESSENTIALS** ▶ **ENHANCE WELL-BEING** ▶ **INCREASE PERFORMANCE**

## "Facilitate life's essentials"

with a line of products that cover basic employee needs and enable companies to assume their social responsibilities.

 **Ticket Restaurant** Accor...

 **Ticket Alimentação** Accor...

 **Clean Way** Accor...

## "Enhance well-being"

with services that help employees create a balance between their work and personal lives, while making them happier and more productive.

 **Childcare Vouchers** Accor...      **E.A.R** Accor...

 **WorkLife Benefits** Accor...

## "Increase performance"

with a range of services that revitalize companies through incentive and loyalty programs for employees, distribution networks and customers.

 **Accentiv'** Accor...      **Tesorus** Accor...      **Foragora** Accor...

**THE VOUCHER PROCESS** ▶  **13 MILLION USERS** ▶ **280,000 CUSTOMERS** ▶ **750,000 SERVICE PROVIDERS**

The voucher system works on the principle that companies or public institutions first purchase vouchers issued by Accor for their total face value, plus a service fee. They then distribute the vouchers to beneficiaries, who pay a portion of the face value. The user "spends" the vouchers in restaurants or other affiliated establishments, which send the vouchers back to Accor and are reimbursed for the total face value, less a commission. Accor also collects interest on money invested between the time clients pay for the vouchers and the time affiliated service providers are reimbursed.



**BUSINESS GROWTH** ▶ **8.7% AVERAGE ANNUAL GROWTH OVER THE PAST FIVE YEARS**



**SERVICES BUSINESS VOLUME EXCLUDING CURRENCY EFFECT**
IN € MILLIONS

Business volume corresponds to the total value of vouchers and cards. It represents the flow of trade for which Accor is responsible, while revenues include fees paid by clients and service providers and interest earned on funds between the moment the vouchers are paid for and the moment service providers are reimbursed.

Given the fluctuations in South American currencies, growth in issue volume is more significant when the currency effect is excluded.

**AS IN 2001, OUR 2002 RESULTS DEMONSTRATED STRONG RESILIENCE, LED BY THE GROUP'S UNIQUE COMPETITIVE ADVANTAGES AND DISCIPLINED MANAGEMENT.**



**REVENUES** ▶ AVERAGE ANNUAL GROWTH OVER THE PAST FIVE YEARS

IN € MILLIONS

| 1998 | 1999 | 2000 | 2001 | 2002 |
|------|------|------|------|------|
| 5,623 | 6,105 | 7,007 | 7,290 | 7,139 |

REVENUES

REVENUES BY BUSINESS

70% Hotels (€5,033 million)
7% Services (€469 million)
23% Other businesses (€1,637 million)
7% Travel agencies
3% Casinos
6% Restaurants
4% Onboard train services
3% Other

Consolidated revenues held up well in 2002, declining by a reported 2.1% but increasing by 0.9% excluding the currency effect (3.6%) and changes in the scope of consolidation.
Expansion added 4.3% to revenue growth, while disposals reduced it by 3.6%.

**EBITDAR** ▶ AVERAGE ANNUAL GROWTH OVER THE PAST FIVE YEARS

IN € MILLIONS AND AS A % OF REVENUES

| 1998 | 1999 | 2000 | 2001 | 2002 |
|------|------|------|------|------|
| 1,351 | 1,560 | 1,891 | 1,971 | 1,936 |
| 24.0 | 25.6 | 27.0 | 27.0 | 27.1 % of revenues |

EBITDAR

EBITDAR BY BUSINESS

82% Hotels (€1,583 million)
10% Services (€202 million)
8% Other businesses (€151 million)

As the first earnings subtotal below operating and head office expenses, Ebitdar (earnings before interest, tax, depreciation, amortization and rental expense) is a key aggregate in measuring operating performance. Disciplined management and efficient control over operations held Ebitdar margin firm to slightly up in 2002.

14

## A GEOGRAPHICALLY BALANCED PORTFOLIO

| 2002 | North America | France | Europe (excl. France) | Rest of the world |
|---|---|---|---|---|
| Revenues (€7,139 million) | 22% | 34% | 31% | 13% |
| Ebitdar (€1,936 million) | 26% | 29% | 33% | 12% |
| Profit before tax (€703 million) | 11% | 39% | 38% | 12% |

## PROFIT BEFORE TAX ▶ AVERAGE ANNUAL GROWTH OVER THE PAST FIVE YEARS

IN € MILLIONS AND AS A % OF REVENUES

Profit before tax is stated after all management expenses and asset carrying costs. In 2002, it was in line with the target of €700 million announced during the year.



| 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| 496 | 585 | 751 | 758 | 703 |
| 8.8 | 9.7 | 10.7 | 10.4 | 9.8 % of revenues |

## NET INCOME: GROUP SHARE ▶ AVERAGE ANNUAL GROWTH OVER THE PAST FIVE YEARS

IN € MILLIONS - EPS IN €*



| 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| 297 | 352 | 447 | 474 | 420 |
| 1.65 | 1.94 | 2.28 | 2.40 | 2.18 Earnings per share |

## DIVIDEND BEFORE TAX CREDIT ▶ AVERAGE ANNUAL GROWTH OVER THE PAST FIVE YEARS

IN €

| 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| 0.80 | 0.90 | 1.00 | 1.05 | 1.05 |

* BASED ON WEIGHTED AVERAGE SHARES OUTSTANDING DURING THE YEAR.

NOTE: COMPLETE FINANCIAL DATA CAN BE FOUND IN THE 2002 FINANCIAL STATEMENTS.

15

# GROUP FINANCIAL HIGHLIGHTS

## CASH FLOWS

IN € MILLIONS

In line with commitments made in 2001, we continued to reduce capital spending while expanding and maintaining the quality of the hotel base.

Despite a slight decrease in operating cash flow in 2002, free cash flow* rose during the year, thanks to strict control over renovation and maintenance investments.

*Operating cash flow less renovation and maintenance investments.*



| 339 | 347 | 562 | 600 | 645 |
| 1998 | 1999 | 2000 | 2001 | 2002 |

**FREE CASH FLOW**



| 357 | 431 | 422 | 405 | 316 |
| 1998 | 1999 | 2000 | 2001 | 2002 |

**RENOVATION AND MAINTENANCE EXPENDITURES**

To ensure an increase in free cash flow, renovation and maintenance investments were contained in 2002. They will be maintained in 2003 with forecast spending of €300 million to €330 million.



| 731 | 2,680 | 1,251 | 923 | 802 |
| 1998 | 1999 | 2000 | 2001 | 2002 |

**DEVELOPMENT EXPENDITURES**

With the exception of 1999, when US-based Red Roof Inns was acquired, development expenditures have generally declined, reflecting the economic environment. In 2003, these expenditures will amount to €700 million to €750 million.

## FINANCIAL RATIOS

|  | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|
| Gearing | 60.0% | 77.0% | 64.0% | 67.0% | 70.0% |
| Interest cover | x 4.8 | x 4.6 | x 5.1 | x 5.4 | x 5.6 |
| Adjusted funds from operations/adjusted net debt | 15.7% | 16.5% | 17.9% | 17.3% | 16.5% |

### Gearing
With shareholders' equity and minority interests of
€3,984 million and net debt of €2,802 million at
December 31, 2002, the gearing ratio came to 70%,
versus 67% at year-end 2001.

### Interest cover
Adjusted interest cover (corresponding to Ebitdar
expressed as a multiple of interest expense plus one-third
of rental expense) improved to 5.6 from 5.4 in 2001.

### Adjusted funds from operations/adjusted net debt
Adjusted operating cash flow corresponds to operating
cash flow after adding back two-thirds of rental expense.
Based on the method used by the main rating agencies, net
debt is adjusted to include eight times annual rental expense.

## MANAGING DEBT

Accor is committed to strictly managing its debt and main
financial ratios. This commitment led in April to the issue
of €570-million worth of convertible/exchangeable OCEANE
bonds and in December to the issue of €400-million worth
of ordinary bonds. These two major projects enabled us to
significantly diversify our funding, which at year-end consisted
of 57% bonds and 43% bank loans, considerably lengthen
our maturity profile, with only 13% of debt at end-2002 due
before 2005, and maintain the cost of financing at a very low
3.8% overall.



**DEBT MATURITY** (AS A %)
(BASE DECEMBER 31, 2002)

## ECONOMIC VALUE ADDED (EVA) ▶

**AVERAGE ANNUAL GROWTH OVER THE PAST FIVE YEARS**

IN € MILLIONS



Economic value added is based on return on capital
employed (ROCE) after tax minus weighted average cost
of capital multiplied by capital employed (€11.9 billion).

ROCE is used internally to measure the performance of
our businesses. It corresponds to Ebitdar expressed as
a percentage of fixed assets at cost plus working capital.
The weighted average cost of capital (WACC) takes into account
the proportional cost of debt and shareholders' equity.

|  | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|
| ROCE before tax | 11.2% | 11.2% | 11.7% | 11.5% | 10.7% |
| WACC | 6.3% | 6.4% | 6.7% | 6.6% | 6.2% |

NOTE: COMPLETE FINANCIAL DATA CAN BE FOUND IN THE 2002 FINANCIAL STATEMENTS.

# SUMMARY FINANCIAL STATEMENTS

COMPLETE FINANCIAL DATA CAN BE FOUND IN THE 2002 FINANCIAL STATEMENTS
FILED WITH THE COMMISSION DES OPÉRATIONS DE BOURSE ON MARCH 25, 2003
UNDER NO. D. 03-307. THE DOCUMENT IS AVAILABLE ON REQUEST BY PHONE AT
0 811 01 02 03 (FRANCE ONLY) OR BY E-MAIL AT COMFI@ACCOR.FR. IT CAN
ALSO BE DOWNLOADED FROM ACCOR.COM/GB/FINANCE.

## CONSOLIDATED INCOME STATEMENTS ▷

IN € MILLIONS

| | | | | | 2002 |
|---|---|---|---|---|---|
| **Consolidated revenues** | 5,623 | 6,105 | 7,007 | 7,290 | 7,139 |
| **Ebitdar** | 1,351 | 1,560 | 1,891 | 1,971 | 1,936 |
| Rental expense | (402) | (478) | (616) | (698) | (726) |
| Ebitda | 949 | 1,082 | 1,275 | 1,273 | 1,210 |
| Ebit | 642 | 723 | 847 | 830 | 755 |
| Net interest expense | (158) | (143) | (121) | (92) | (66) |
| Income from companies accounted for by the equity method | 12 | 15 | 25 | 20 | 14 |
| **Profit before tax** | 496 | 595 | 751 | 758 | 703 |
| Gains and losses on management of hotel portfolio | (15) | 18 | 19 | 29 | 54 |
| Gains and losses on management of other assets | 21 | (29) | 23 | 66 | (30) |
| Amortization of goodwill | (60) | (68) | (96) | (102) | (109) |
| Income taxes | (153) | (222) | (256) | (246) | (234) |
| Exceptional items (net of tax) | 37 | 82 | 35 | – | 68 |
| Minority interests | (29) | (24) | (28) | (31) | (22) |
| **Net income, Group share** | 297 | 352 | 447 | 474 | 430 |
| **Basic earnings per share (in €)** | 1.65 | 1.94 | 2.28 | 2.40 | 2.18 |
| **Dividend per share before tax credit (in €)** | 0.80 | 0.90 | 1.00 | 1.05 | 1.05* |

* Pending approval by shareholders at the Annual Meeting on May 20, 2003.

## CONSOLIDATED BALANCE SHEETS ▷

IN € MILLIONS

| | | | | | 2002 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Goodwill | 1,247 | 1,684 | 1,911 | 1,879 | 1,679 |
| Intangible fixed assets | 457 | 530 | 581 | 533 | 479 |
| Property, plant and equipment | 3,458 | 4,518 | 4,696 | 5,026 | 4,521 |
| Financial assets | 728 | 647 | 773 | 882 | 1,165 |
| **Fixed assets** | 5,890 | 7,379 | 7,961 | 8,320 | 7,844 |
| Current assets | 3,534 | 3,673 | 3,993 | 3,780 | 3,431 |
| **Total assets** | 9,424 | 11,052 | 11,954 | 12,100 | 11,275 |
| **Liabilities and shareholders' equity** | | | | | |
| Shareholders' equity | 2,874 | 3,279 | 3,843 | 4,139 | 3,893 |
| **Shareholders' equity and minority interests** | 3,049 | 3,464 | 3,984 | 4,279 | 3,984 |
| Long-term debt | 2,090 | 2,997 | 3,397 | 3,441 | 3,372 |
| **Non-current liabilities and shareholders' equity** | 5,658 | 7,065 | 7,990 | 8,257 | 7,884 |
| Current liabilities | 3,766 | 3,987 | 3,964 | 3,843 | 3,391 |
| **Total liabilities and shareholders' equity** | 9,424 | 11,052 | 11,954 | 12,100 | 11,275 |

### Consolidated Financial Statements

In 2002, Accor's financial results demonstrated firm resilience in a challenging market environment, illustrating the effectiveness of the strategy implemented in recent years.

Consolidated revenues totaled €7,139 million in 2002, down 2.1% on a reported basis from €7,290 million the year before. On a like-for-like basis, revenues were up 0.9%.

Ebitdar (earnings before interest, tax, depreciation, amortization and rental expense) represents a key performance indicator. In 2002, it declined by 1.8% to €1,936 million from €1,971 million the previous year. Like-for-like, Ebitdar was up 1.7%.

Ebit, corresponding to Ebitdar less depreciation, amortization of intangible assets other than goodwill and rental expenses, amounted to €755 million in 2002 versus €830 million the previous year.

Profit before tax, corresponding to Ebit less net interest expense plus income from companies accounted for by the equity method, declined by a reported 7.3% to €703 million, in line with Group objectives.

Net interest expense declined by €26 million to €66 million during the year, primarily due to lower interest rates. The improvement also reflects €40 million in non-interest revenues, including €44-million worth of exchange gains, primarily realized on capital transactions in the United States.

Income from companies accounted for by the equity method totaled €14 million versus €20 million in 2001. This item corresponds mainly to the contribution of 35%-owned SHCD (Société des Hôtels et Casino de Deauville) and 27%-owned Orbis in Poland.

Gains and losses on management of the hotel portfolio, corresponding to sales carried out in the normal course of managing the hotel portfolio, totaled €54 million in 2002 compared with €29 million the previous year. Sales of hotel buildings in Europe netted gains of €84 million, offset by a €30-million provision on hotel assets.

Gains and losses on management of other assets, in the amount of €30 million, include a €12-million gain on the sale of three tour operators in Europe, an €18-million provision on the Granada shares and a €6-million loss on the withdrawal from the Cesta Ticket business in Brazil.

Income taxes came to €234 million. The effective tax rate (expressed as a percentage of profit before tax) was 31.0% versus 31.3% in 2001.

Exceptional items include a €68-million after-tax capital gain on the sale of a 44% interest in Accor Casinos to Colony Capital.

After deducting minority interests of €22 million, net income, Group share came to €430 million, a decline of 9.3% on 2001.

Earnings per share amounted to €2.18, versus €2.40 the year before, based on the weighted average 197,572,583 shares outstanding in 2002.

### Cash flows

Free cash flow increased 7.5% to €645 million. Development expenditures totaled €802 million, compared with €923 million the year before. Proceeds from asset disposals amounted to €660 million, versus €535 million in 2001.

Return on capital employed (ROCE), corresponding to Ebitdar expressed as a percentage of fixed assets at cost plus working capital, stood at 10.7% in 2002 versus 11.5% the previous year. Excluding hotels under construction, ROCE stood at 11.0% versus 11.9%.

Based on an ROCE after tax of 8.6%, a weighted average cost of capital of 6.2% and capital employed of €11.9 billion, the economic value added (EVA®) created by Accor totaled €278 million in 2002 versus €291 million in 2001.

CONSOLIDATED STATEMENT OF CASH FLOWS ▶                                                    2002

| IN € MILLIONS | | | | | |
|---|---|---|---|---|---|
| Funds from operations | 696 | 778 | 984 | 1,005 | 961 |
| Renovation and maintenance expenditures | (357) | (431) | (422) | (405) | (316) |
| Free cash flow | 339 | 347 | 562 | 600 | 645 |
| Development expenditures and investments in technology | (731) | (2,680) | (1,251) | (923) | (802) |
| Proceeds from asset disposals | 1,438 | 1,868 | 843 | 535 | 660 |
| Change in working capital and other | (30) | (148) | 213 | (243) | (130) |
| Dividends | (210) | (218) | (248) | (271) | (326) |
| Decrease/(increase) in net debt | 806 | (831) | 119 | (302) | 47 |

# INVESTOR INFORMATION

(SOURCE: JCF QUANT)
(BASE 100: JANUARY 1, 1997)

(Six-year performance)

| ACCOR | +43% |
| DAC 4.0 |  |
| EUROPEAN COMPETITORS (SIX CONTINENTS, HILTON GROUP, NH HOTELES, SOL MELIA) | −27% |
| US COMPETITORS (CENDANT, MARRIOTT, STARWOOD, HILTON CORP.) | −38% |

## THE ACCOR SHARE IN 2002

(SOURCE: JCF QUANT)
(BASE 100: JANUARY 1, 2002)

(2002 performance)

| ACCOR | −29% |
| DAC 4.0 |  |
| EUROPEAN COMPETITORS (SIX CONTINENTS, HILTON GROUP, NH HOTELES, SOL MELIA) | −32% |
| US COMPETITORS (CENDANT, MARRIOTT, STARWOOD, HILTON CORP.) | −30% |




## SHARE PERFORMANCE

IN €, ADJUSTED FOR THE 5-FOR-1 SPLIT ON DECEMBER 22, 1999

| Accor | | | | | | |
|---|---|---|---|---|---|---|
| High for the year | 36.38 | 54.42 | 50.36 | 51.00 | 52.40 | 49.00 |
| Low for the year | 19.24 | 27.48 | 34.40 | 35.39 | 25.72 | 26.75 |
| % change for the year | +70% | +8% | +30% | −6% | −9% | −29% |
| Net return* | 2.1% | 2.2% | 1.9% | 2.2% | 2.6% | 3.6% |
| CAC 40 index | | | | | | |
| % change for the year | +29% | +31% | +51% | −0.5% | −22% | −34% |

* Before tax credit, based on the December 31 share price.

## SHARE DATA

Listed on
Euronext Paris SA First Market

Euroclear France trading code
12040

Initial public offering
July 19, 1983
(Merger of JBI and Novotel SIEH)

Registered shares held at
Société Générale
32, rue du Champ de Tir – BP 81236
44312 Nantes Cedex 03, France
Tel. : 0 825 820 000 (when calling from France;
€0.15/min. incl. VAT)
www.nominet.socgen.com

Accor ADRs
Code ACRFY – CUSIP 00435 F 101
Traded OTC in the United States
The Bank of New York
www.bankofny.com

Included in the following indexes
CAC 40, SBF 120, Euronext 100,
DJ Stoxx Large, DJ EuroStoxx Large,
Footsie Europe, Bloomberg
European 500, S&P Europe 350, S&P
Global 1200, MSCI World

Included in the following
sustainability indexes
ASPI, FTSE 4 Good, DJ Sustainability
Stoxx and World indexes

# SHAREHOLDER STRUCTURE AT DECEMBER 31, 2002



| 84,000 | 177,000 | 205,000 | 180,000 | 170,000 |
|---|---|---|---|---|
| 1998 | 1999 | 2000 | 2001 | 2002 |

**TOTAL NUMBER OF SHAREHOLDERS**

The total number of Accor shareholders has more than doubled over the past five years, led by the increase in the number of retail shareholders, whose stake rose from 8% in 1998 to 13.7% in 2002. During the year the percentage of shares held by institutional investors outside France increased to 51.7%, from 47.3% at December 31, 2001, while the percentage held by French institutional investors declined to 20.2%, from 25.1%.

**INVESTOR INFORMATION**
**(AT DECEMBER 31, 2002)**

Share capital
€597,775,650

Par value
€3.00

Shares outstanding
199,258,550

Voting rights outstanding
211,959,252

## SHAREHOLDER STRUCTURE



**51.7%   International institutional investors**

| of which : | | | |
|---|---|---|---|
| United States | 16.7% | Belgium | 3.7% |
| United Kingdom | 16.3% | Luxembourg | 2.9% |
| Germany | 5.2% | Switzerland | 2.5% |
| | | Italy | 1.2% |

**13.7%   Retail investors**

**19.7%   French institutional investors**
(of which mutual funds 14.7%)

**14.9%   Supervisory Board and Management Board**

| Caisse des Dépôts et Consignations | 4.5% |
|---|---|
| Co-Founders | 3.7% |
| Société Générale | 2.3% |
| Worms & Cie | 0.6% |
| BNP-Paribas | 0.6% |
| Others | 0.4% |
| Held directly or by subsidaries | 2.8% |

Nearly 25,000 employees hold a combined 2.2% stake in Accor, including 0.91% through the employee savings plan.

## SHAREHOLDER INFORMATION

A variety of publications and documents are available to any shareholder on request.

- Financial statements filed with the Commission des Opérations de Bourse on March 25, under the No. D. 03-307.
- The Accor Identity Card.
- The Letter to Shareholders, sent twice a year.
- Financial notices, published in the French press.
- Information memoranda filed with the COB concerning financial transactions.
- The Shareholder Guide.
- Invitation to attend the Annual Meeting, sent directly to registered shareholders and members of the Accor Shareholders' Club.

By telephone (from France): 0 811 01 02 03 (cost of a local phone call)
(from outside France): +33 1 45 38 86 94

By email:  comfi@accor.fr

By mail:  Accor – Tour Maine Montparnasse
33, avenue du Maine – 75755 Paris Cedex 15 – France

From our website: www.accor.com/finance

## ACCOR SHAREHOLDERS' CLUB



Created in May 2000, the Accor Shareholders' Club had 5,000 members at December 31, 2002.

Members, who must hold at least 50 bearer shares or one registered share, are entitled to a number of advantages. They receive information on a regular basis throughout the year and can visit selected Accor establishments.

In 2002, visits were organized for 220 Club members to Accor Academy and to a number of hotels in Paris and other parts of France.





# STRATEGIC VISION

ONE OF THE WORLD'S FOREMOST HOTEL COMPANIES AND A GLOBAL
LEADER IN SERVICE VOUCHERS, ACCOR PURSUED ITS STRATEGIC
COMMITMENT TO CONSOLIDATING AND EXPANDING ITS TWO CORE
BUSINESSES IN 2002. THE STRONG RESILIENCE OF OUR
BUSINESSES IN A TURBULENT MARKET CONFIRMED THE VALIDITY OF
OUR LONG-TERM STRATEGIC VISION, WHICH FOCUSES ON BALANCED,
DISCIPLINED GROWTH. OUR SOUND FUNDAMENTALS ENABLED US
TO CLEARLY OUTPERFORM THE COMPETITION DURING THE YEAR.



Strong resilience after eight years
of steady growth

THE STRATEGIC FOCUS ON SUSTAINABLE, PROFITABLE GROWTH THAT ENABLED US
TO CONSIDERABLY IMPROVE OUR RESULTS FROM 1994 TO 2001 ALSO DEMONSTRATED
ITS EFFECTIVENESS IN 2002'S MORE CHALLENGING ENVIRONMENT. THE ACCOR BUSINESS
MODEL IS BASED ON THREE PILLARS: A GEOGRAPHICALLY AND STRUCTURALLY BALANCED
BUSINESS PORTFOLIO; DISCIPLINED, RESULTS-ORIENTED MANAGEMENT OF RESOURCES
AND ASSETS; AND GROWTH DRIVEN BY POWERFUL, ALIGNED BRANDS.

# A STRATEGIC FOCUS ON PROFITABLE GROWTH
## The Accor business model

### A diversified, balanced business portfolio

**Strategically aligned core competencies**

Expansion is being driven by our two worldwide businesses, Hotels and Services. Although they differ in their targets and operations, the two divisions offer a very strong fit in terms of business cycle and capital employed. In 2002, the Services Division continued to improve its performance, contributing 7% of consolidated revenues with an Ebitda margin of 43.1%.

**Structurally aligned businesses**

This healthy balance in our business base played a key role in our earnings resilience in 2002. The businesses most sensitive to the economy, such as the upscale Sofitel hotel chain and the travel agencies, accounted for a very small percentage of earnings, while less exposed businesses (Midscale hotels outside Paris, Economy hotels in Europe, the Services Division, casinos and other businesses) and relatively non-cyclical activities, such as Midscale hotels in large cities. Economy hotels in the United States and Lenôtre, contributed the largest portion.

| ▶ A GEOGRAPHICALLY BALANCED BUSINESS PORTFOLIO | North America | France | Europe (excl. France) | Rest of the world |
|---|---|---|---|---|
| 2002 revenues €7,139 million | 22% | 34% | 31% | 13% |
| Ebitdar €1,936 million | 26% | 29% | 33% | 12% |
| Profit before tax €703 million | 11% | 39% | 38% | 12% |

**Geographically balanced businesses**

The portfolio's geographic balance also helps to lessen the impact of economic cycles in different regions around the world. In 2002, this balance minimized the effect on earnings of the global economic slowdown. Moreover, since our customer base is mainly national or intra-regional (Europe), the decline in international travel had only a limited impact on hotel occupancy rates.


SOFITEL MARRAKECH, MOROCCO

## A balanced hotel base

Accor is the only global company serving all segments of the hotel industry with an array of brands tailored to each market. Hotel revenues, which represented 70% of 2002 sales, held steady during the year on the strength of the Economy segment. Less sensitive to the economy, this segment provided the solid base for the gains achieved in 2002.

## A balanced range of hotel operating structures

Accor hotels are operated under a variety of management structures, including subsidiaries, management contracts and franchise agreements. In this way, we can proactively respond to country and product risks and manage them more effectively. In 2002, the use of management contracts and franchises enabled us to deepen the network without affecting our performance or main balance sheet ratios. One example of this responsiveness was the acquisition of an equity interest in German hotel group Dorint AG during the year.



IBIS LONDON DOCKLANDS

## Disciplined, responsive management of financial resources

Financial policy focuses on increasing earnings per share and return on capital employed. These objectives are met through disciplined management of assets and well-planned expansion, with a commitment to maintaining our fundamental ratios and transparent relations with the financial community.

### Minimizing risks

Our financial strength is supported by management guidelines aimed at preserving our financial independence and earnings sustainability:
• Our commitment to meeting financial ratio objectives reflects the importance we attach to maintaining a solid financial base.

• We manage cash resources conservatively, diversifying our funding between bank loans and bonds. In 2002, we improved our debt maturity profile by taking advantage of favorable interest rates to issue, in April, €570-million worth of OCEANE bonds convertible or exchangeable into new or existing Accor shares beginning in 2005. This was followed in December by the issue of €400-million worth of ordinary bonds maturing in 2006.

We carefully target our capital spending programs, focusing in recent years on the Economy hotel segment in Europe. In regions, countries or businesses that are more sensitive to the economy, we prefer less capital-intensive operating structures, such as management contracts, franchise agreements, partnerships or joint ventures.

### Optimizing profitability

Steadily increasing return on capital employed is the way we create value for shareholders. That's why our selective strategy of acquisitions and organic growth focused exclusively on projects capable of delivering a 15% return on capital employed within three years. This emphasis on profitability also applies to operational management of our current businesses. To drive continuous improvement, we leverage the diversity of our business base, operating structures and financing arrangements, thereby becoming more responsive and highly flexible in our strategic choices.



HOTEL BASE BY OPERATING STRUCTURE
AS A % OF ROOMS

| | |
|---|---|
| 22% Owned | |
| 42% Leased | |
| 17% Managed | |
| 19% Franchised | |

THREE OBJECTIVES, THREE RATIOS

| | |
|---|---|
| Maximum gearing | 75% |
| Interest cover | x 5.5 |
| Funds from operations/adjusted net debt | 20% |