Financial Statements

Additional information can be found in the "Corporate Governance" chapter of the 2002 Financial Statements filed with the Commission des Opérations de Bourse on March 25, 2003, under No. D. 03-0307.

ACCOR'S STRATEGY IS DEVELOPPED, IMPLEMENTED AND CONTROLLED, OPENLY AND TRANSPARENTLY, BY A MANAGEMENT STRUCTURE THAT COMPLIES FULLY WITH THE PRINCIPLES OF GOOD CORPORATE GOVERNANCE AS CURRENTLY EMBODIED IN FRENCH LEGISLATION.

# CORPORATE GOVERNANCE

Accor is a limited liability company governed by a Management Board and Supervisory Board. This structure encourages a clear separation between the financial and strategic management functions, which are handled by the Management Board, and oversight and control functions, which are the responsibility of the Supervisory Board, acting on behalf of shareholders. This segregation of powers provides shareholders with the assurance that their interests are protected, by guaranteeing transparency and effective, ongoing supervision of the Company's business activities.

### Harmonious interaction

The respective roles and responsibilities of the Supervisory Board and the Management Board are set out in the bylaws and in formal rules. These rules define the composition and terms of reference of each board, the procedures to be followed at their respective meetings and their rights to information. They also set out the rights and obligations of members, dealing with such issues as conflicts of interest, confidentiality, personal shareholdings, compliance with stock exchange guidelines concerning transactions in Accor shares, the obligation of diligence and the limit on the number of directorships in other companies. In practice, the Supervisory Board and the Management Board interact on a regular, ongoing basis in a mutual commitment to good governance practices. In 2002, the Supervisory Board met six times, with an average attendance rate of more than 80%.

To promote high attendance rates at Supervisory Board meetings, 50% of the total fees awarded to the Board are allocated among the members based on their attendance record.

The Supervisory Board fulfils its oversight role by reviewing in detail quarterly business reports prepared by the Management Board.
The Supervisory Board is also responsible for authorizing significant investments and strategic transactions, based on detailed and objective analyses of the proposed projects.

### Objectivity and effective control

The composition of the Supervisory Board helps to ensure that the Board is objective and exercises effective control over the running of the Company.
Five of its ten members are independent, as defined in the Board's bylaws, i.e. directors with no ties to the Group or its management that would be likely to influence their judgment. In this way, our corporate governance is consistent with the recommendations of the Viénot and Bouton reports and responds to the legitimate demands of shareholders and society for transparency.

### TWO SPECIALIZED COMMITTEES

In line with the principles of good corporate governance, the Supervisory Board has formed two specialized standing committees, whose activities are governed by specific charters:

**The Compensation and Nominations Committee, which met once in 2002. The Committee, two-thirds of whose members are independent, makes recommendations to the Supervisory Board regarding the appointment of the Chairman and members of the Management Board, candidates for election to the Supervisory Board, the compensation to be paid to the Chairman of the Supervisory Board and the Chairman and members of the Management Board, and the Group's executive stock options policy.**

**The Audit Committee, which met three times in 2002. The Committee, half of whose members are independent, prepares the Supervisory Board's agenda, ensuring that the accounting policies used to prepare the financial statements of the Company and the Group are appropriate and applied consistently, and verifying that the financial disclosures are complete and accurate. To this end, the Committee assesses the quality of the external auditors' work and the level of their fees. It also monitors the effectiveness of internal control procedures, which are based on the principles laid down in the Internal Audit Charter.**



In 2002, the Finance section of our accor.com website was awarded BoursoScan© prizes for the second year in a row. In all, it received awards in four categories, including a gold medal for best site for a company's shareholders. The BoursoScan© prizes were created by the Boursorama online trading portal and the consulting firm TLB.

REGARDLESS OF MARKET CONDITIONS, ACCOR IS COMMITTED TO PROVIDING INSTITUTIONAL AND INDIVIDUAL SHAREHOLDERS WITH A STEADY FLOW OF INCREASINGLY TRANSPARENT INFORMATION ABOUT ITS STRATEGIC OBJECTIVES AND BUSINESS OPERATIONS.

# KEEPING SHAREHOLDERS TRANSPARENTLY INFORMED

PRESENTATION OF OUR 2002 FINANCIAL RESULTS

SOFITEL PARIS BERCY, FRANCE

## Deepening relations with the financial community

In 2002, a large number of meetings were organized for financial analysts, institutional investors and individual shareholders. In addition to presentations of our interim and full-year results, analysts were invited to two days of visits and discussions of Group issues and business operations, as well as to the official opening of the Sofitel St. James in London. Relations were also strengthened with institutional investors, of whom 200 attended 30 roadshows in Europe and the United States during the year. One of the events was dedicated to bondholders.

## Informing individual shareholders

Very close ties were also maintained with our nearly 170,000 individual shareholders throughout the year. On November 22 and 23, we participated for the fifth year in a row in the Actionaria trade show in Paris, where roughly 1,400 people visited our booth. In cooperation with Euronext, Cortal, France's Federation of Investment Clubs, and CLIFF (the French association of investor relations officers), meetings were organized with individual shareholders in France, with 300 persons attending in Toulouse, 400 in Lille, 300 in Nice and 500 in Paris. These meetings were combined with special visits to Accor properties for Shareholders' Club members.

Brand awareness

According to a Euroleaders Taylor Nelson Sofres survey of 600 European opinion leaders conducted in 1997, 2000 and 2002, awareness of the Accor brand has increased from 56% to 73% over the past six years.

WIDELY RECOGNIZED IN THEIR RESPECTIVE MARKETS, THE ACCOR BRANDS EXPRESS THEIR OWN IDENTITIES WHILE BENEFITING FROM THE ACCOR ENDORSEMENT. CAPITALIZING ON AWARENESS OF THE ACCOR NAME AND BRANDS IS ESPECIALLY IMPORTANT FOR FEDERATING CURRENT CUSTOMERS AND ATTRACTING NEW ONES.

# GROWING RECOGNITION

Despite today's challenging business environment, tourism is one of the world's most promising industries and each of our markets is expected to continue expanding. Worldwide, hotel supply is growing slowly, both in the United States and Europe, while demand is being driven by the increase in disposable income and leisure time, the decline in airfares and the rapid development of online travel services.

### Growing global recognition for Accor

In 2002, programs were pursued to broaden global awareness of the Group by closely linking the corporate and hotel chain brands and by including the Accor Hotels and Accor Service logos in all communication media. In the United States, TV, radio and print advertising for Motel 6, Studio 6 and Red Roof Inns carried the Accor endorsement for the first time. In Europe, our "We Build Smiles" print and poster corporate campaign continued to target members of the financial community, opinion leaders and international travelers.

These actions have produced results, as shown in Euroleaders Taylor Nelson Sofres surveys of 600 European opinion leaders conducted successively in 1997, 2000 and 2002. Awareness of the Accor brand currently stands at 73%, up 17 points since 1997 and five points since 2000. In addition, the Accor brand is increasingly linked to the Novotel, Sofitel, Mercure, Etap Hotel, Ibis and Formule 1 chains, reflecting the growing visibility of our hotel base. According to the same survey, our image has also improved with regard to our management practices, service quality and brand professionalism. Confidence in the Group's outlook has also risen significantly, from 62% in 2000 to 72% today, a higher score than any of our international competitors.

### Powerful, widely recognized brands, federated under the Accor Hotels and Accor Services banners

Integrated into the chain logos, the Accor Hotels brand has established itself as a benchmark in business and leisure travel, supported by the performance of the Accorhotels.com online booking site and the success of the worldwide "Compliments from Accor Hotels" loyalty program.

In June 2002, the initial "Smile Prizes" advertising campaign was launched in France and Germany, with the goal of showcasing the visibility and special offers of the Accorhotels.com website at the start of the European summer vacation season. In December, a Director for the Accor Hotels brand was appointed to leverage the brand's growing visibility and develop value-added customer services.

Accor Services has introduced a new marketing and communication approach to support its strategic expansion in human resources services, which enable companies and public institutions to improve productivity while increasing employee satisfaction. The Division's service portfolio is built around three pledges to "facilitate life's essentials," "enhance well-being" and "increase performance." A new graphic identity was created to strengthen our visibility and expertise in this area.

A major player in Europe

Hotel chain market share
Sources: Smith Travel Research, MKG.

- Independent hotels
- Chain hotels

30 %
80 %

THROUGHOUT THE WORLD
IT'S OUR PLEASURE
TO EARN YOUR SMILE
THE "WE BUILD SMILES" CAMPAIGN

**Brands tailored to customer needs**

We are present across the hotel market with Formule 1, Etap Hotel, Ibis, Motel 6, Studio 6 and Red Roof Inns in the Economy segment, Novotel, Mercure and Suitehotel in Midscale, and Sofitel in Upscale. With operations in large and mid-sized cities around the world, our hotel base is developing in line with the increasingly diverse needs of international and domestic travelers. For example, 60% of Sofitel's customers are traveling outside their home country, while our other brands welcome 75% to 95% domestic customers, except in Europe during the peak summer months.

## CAPITALIZING ON ACCOR AND ITS BRANDS

*Strong brand recognition backed by the Accor endorsement*

Accor hotels

Associated expertise

*"Facilitate life's essentials"*

Ticket Restaurant

Ticket Alimentação

Clean Way

*"Enhance well-being"*

Childcare Vouchers

Work/Life Benefits

EAR

*"Increase performance"*

Accentiv'

Tesorus

Foragora

Hotel Design
Awards 2002

Ibis in Spain

WITH 3,829 HOTELS AND 440,807 ROOMS IN 90 COUNTRIES SERVING ALL SEGMENTS OF THE HOTEL MARKET FROM ECONOMY TO UPSCALE ACCOR IS PURSUING ITS DEVELOPMENT STRATEGY BY CAREFULLY SELECTING PRODUCTS AND LOCATIONS.

# HOTELS: IMPROVED COMPETITIVENESS

Despite the events of September 11, which profoundly changed the fundamentals of the travel and tourist industry, our Hotels business continued to grow by effectively leveraging its diverse hotel portfolio, powerful brands and technological leadership, even as it kept expenses carefully under control. While launching attractive marketing and sales initiatives, the business has focused spending on the most promising segments and introduced a strict cost reduction program.

The late 2001 economic trend continued into 2002, with no real rebound in business travel and a shift in demand toward short-stay and short-haul trips. The lack of an upturn led companies to restrict their travel budgets, a move that adversely affected Upscale hotels but benefited the Economy segment.

## *Sustained expansion*

With operations in all segments, Accor pursued its expansion in 2002, opening 291 hotels representing more than 41,000 rooms. Structurally, development was tailored to the environment, with the majority of new openings in the Economy and Midscale segments, which are less sensitive to economic conditions and offer better prospects for return on capital employed. 73% of new room capacity during the year was opened under management or franchise contracts and 27% was owned or leased.

Europe was the focus for development, with 68% of the year's openings, representing 27,600 rooms (of which 23,600 outside France). 80% of investments were in Economy and Midscale properties.

### International growth led by the Economy segment

We offer a comprehensive, global portfolio of hotels in the €25 to €70-a-room segment, including Ibis, Formule 1 and Etap Hotel, as well as Red Roof Inns, Motel 6 and Studio 6 in the US. With 243,264 rooms in 2,473 hotels on all continents, we are one of the world's leading operators in the Economy segment. In Europe, where the modern Economy hotel market is just emerging (except in France and the UK), our leadership was strengthened with a 2.8% increase in revenue per available room (RevPAR), following a 3.6% rise in 2001.

NOVOTEL AND IBIS IN SZCZECIN, POLAND



Dorint
HOTELS & RESORTS

Germany's leading hotel chain with 280 properties, Accor strengthened its positions in the Midscale and Upscale segments with the acquisition of a 30% stake in Dorint.

The German chain operates more than 18,000 rooms through a network of 87 hotels in the three-to-five star categories. The shareholder agreement allows the investment to be increased to 58% between 2008 and 2010.

In terms of operations, the alliance will lead to closer ties between the Accor brands and Dorint hotels, which will be integrated into our booking system and promoted by our marketing and sales teams.

**ONE OPENING EVERY TWO DAYS**

*In 2002, expansion was led by management contracts, a less capital-intensive solution. Combined, organic growth and the Dorint agreement significantly broadened the hotel base, with the opening of 162 hotels and 22,122 rooms operated through franchises, 46 hotels and 7,947 rooms operated under management contracts, and 83 hotels and 11,585 rooms either owned or leased.*

SUITEHOTEL, VIENNA, AUSTRIA

Ibis increased its base by 9% with 5,000 new rooms and Etap Hotel by 16%, with 2,750 additional rooms. Despite the unfavorable environment in the United States, 3,000 rooms were opened, mostly through franchise agreements.
Today, Economy chains represent 55% of the global hotel portfolio. With the scheduled opening of Ibis and Etap Hotel properties in Europe in the next few years and others planned in Latin America and Asia-Pacific, the Economy hotel segment is one of our international growth drivers.

### Europe a priority for growth

Positions in Europe were further enhanced during the year. In Germany, where we already operated 280 properties including the Economy segment, the acquisition of an equity interest in private operator Dorint made us the market leader in Midscale and Upscale hotels. The transaction will also increase awareness of the Accor brand in Germany, Europe's leading issuing market for travelers, and in Eastern Europe, a popular destination for German customers. We hold leadership positions in the latter region, where we are gradually introducing our entire range of hotel concepts, with the opening of the first Ibis in Krakow, a Mercure in Prague and a Novotel in downtown Moscow.

In Spain, we are positioned as the most active operator in the Economy segment, while in the United Kingdom, operations were bolstered with the start-up of a major Ibis and Novotel building program intended to extend coverage to all the country's major cities. In London, the year's major event was the opening of the Sofitel St James, near Trafalgar Square.

### Broadening our positions in the Midscale segment

Our Midscale portfolio, comprised mainly of Novotel and Mercure properties, further demonstrated its ability to respond to changes in demand. Mercure, showcase for our traditional hotel experience, stepped up its development in Latin America and Asia, while Novotel relaunched its expansion program, with a focus on city-center locations. In 2002, both chains expanded their hotel base—Mercure by 12,200 rooms, a 20% increase, and Novotel by 6,500, a 12% increase. Suitehotel, the new three-star concept introduced in France in 1999, made its first moves into other markets with openings in Vienna and Hamburg. Including the equity investment in Dorint, more than half of the year's openings were in the Midscale segment.



A new partnership in China
with Jin Jiang

## New inroads in future growth markets

Accor continued to make inroads in less developed markets that are expected to become major long-term growth drivers once the economy picks up.

### Continued expansion in high-potential regions

The Ibis and Novotel networks were extended with two new properties in Mexico and Ecuador. In South America, 24 hotels representing 3,830 rooms were opened during the year, including seven Ibis hotels and the first Formule 1 in Brazil, as well as Buenos Aires' first Sofitel.
In Africa and the Middle East, a total of 1,400 rooms were opened and a 65% stake was acquired in the owner of the Cairo Sheraton, which after renovation will reopen in 2004 as the region's benchmark Sofitel. Asia-Pacific accounted for 9% of all new rooms during the year. Through joint ventures and management contracts, 21 hotels (3,520 rooms) were opened in the region, of which five in China (1,600 rooms) and four in Japan. In China, the country with the greatest growth potential, a partnership was created with the Jin Jiang hotel group, which owns more than 10,000 rooms in the southern part of the country.
The new alliance enhances our market coverage, following the signing in 2001 of an agreement with Beijing Tourism Group for northern China. In line with these developments, a network of franchised Mercure properties is now being deployed, with the goal of having 50 hotels operational for the 2008 Olympic Games in Beijing. This startup will be followed in 2003 by the first hotel in Tianjin, an Ibis specially adapted to the local market. Elsewhere in the Asia-Pacific region, development continued at a sustained pace in Australia. Following a drop-off in Australian demand for Asian destinations, a new hostel-style accommodation chain brand was launched under the base™ backpackers brand in New Zealand, where Accor is the top-ranked hotel operator. The new concept is designed to meet the needs of the region's sophisticated backpacker market.

### Consolidating our presence in the Upscale segment

The repositioning of our five-star brand was completed with the opening of 14 Sofitels in key destinations for international leisure and business travelers, including prestige locations in Washington DC and Chicago. The chain now holds solid, advantageous positions on all major continents.

### New developments in the leisure and tourism segment

In 2002. we began restructuring our leisure portfolio to derive even greater benefit from our competitive advantages: properties in high-profile tourist locations, market leadership in the seawater spa segment, and control of the world's largest integrated travel agency network. To showcase our two areas of leisure expertise, the portfolio was reorganized into Accor Vacances, featuring Accor vacation packages and destinations, and Accor Thalassa, promoting hotels with seawater, hot spring and spa facilities. Reorganization is also intended to expand the distribution network.
To support operations of the Carlson Wagonlit and Go Voyages agencies, partnerships were created with European tour operators, notably Alliance du Sud. Also during the year, two major agreements were signed for the acquisition of a 10% stake in Italian operator CIT and a 2.5% interest in Globalia, Spain's second largest distributor. The Globalia acquisition was finalized in early 2003.

## Increasing market share

In response to nervous markets refocused on domestic or close-to-home destinations, two priority objectives were set in early 2002: increase market share and improve customer retention. This led to a redeployment of sales resources, supported by major initiatives to broaden and deepen distribution networks.

SOFITEL ATHENS AIRPORT, GREECE





Accor is the largest and fastest-growing hotel operator in the Asia-Pacific region, where in 2002 it owned 200 hotels (38,635 rooms) in 15 countries. The network will be extended by 18 new properties over the next two years, as all our chains continue to expand in the region, alongside the local All Seasons brand.

We are also the region's leading provider of tourist services. In Australia, we operate Blue Line Cruises and manage the Sydney Convention & Exhibition Center, as well as the Summit, the city's world-famous panoramic restaurant.

### Reorganized sales teams

During the year, our 550 national, international and large corporate account sales managers were combined into a single sales department, and the scope of the corporate sales and distribution department was extended to include leisure operations. Centralization has made our teams more responsive and fostered the emergence of innovative new offers, including special deals for Japanese customers in selected hotels.

### An assertive marketing strategy

For the past two years, marketing initiatives have focused on the family and individual/leisure demographics as part of a firm commitment to increasing hotel occupancy rates. As a result, all our chains have introduced new weekend and short-stay packages to capitalize on these segments, which have enjoyed rapid growth since 2001. In 2002, Ibis advertising emphasized its friendly service, while Sofitel successfully deployed four seasonal promotional campaigns. Novotel launched popularly priced weekend breaks, first in Europe and then in Asia, and Mercure Weekend packages were introduced in more than 350 hotels in Europe. Cross-selling programs were also initiated under the Accor Hotels brand. The international Accor Summer Sales and Accor Winter Sales resulted in a 100% increase in sales, with more than 120,500 rooms booked in summer and 149,800 in winter.

## STEPPED UP EXPANSION OF THE SOFITEL NETWORK

*Our sustained expansion in the Upscale hotel segment is being led by the Sofitel brand, whose network added 56 new hotels in 53 countries between 1999 and 2002. In 2002, Sofitel consolidated its North American presence with its first hotel in Canada and continued to develop in high-potential markets like China and Latin America. In all, the Sofitel network opened 3,019 new rooms (excluding Dorint), increasing its capacity by 14% during the year. The trend will continue in 2003, with the openings of the:*

- *Sofitel Boao in China.*
- *Sofitel Nicolas de Ovando in the Dominican Republic.*
- *Sofitel Atrium Budapest in Hungary.*
- *Sofitel Wentworth Sydney in Australia.*

SOFITEL PALM BEACH MARSEILLES, FRANCE

SOFITEL ST. JAMES LONDON, UK

*With 159 hotels and a balanced geographic presence on five continents, Sofitel positions Accor as the world's fifth-largest hotel operator in the luxury segment.*

## FOCUSING ON ALLIANCES IN THE TOURIST SEGMENT

*Our tourism operations in France are supported by an integrated network of travel agents, while internationally we have helped strengthen Alliance du Sud, a federation of 2,450 travel agencies with combined revenues of €4.78 billion. The purpose of the alliance is to increase purchasing and negotiating clout with airlines and global distribution systems, to optimize return on IT spending, and to counter the expansion of northern European travel companies.*

## AN INDISPENSABLE PARTNER IN HOTEL FRANCHISING

*We have 32 years' experience in franchising in all hotel categories. Our 897 franchised establishments, including 638 in Europe, are supported by the brands' powerful networks and by our high-tech distribution systems. In 2002, we received a Franchise of the Year award for our Red Roof Inns, Motel 6 and Studio 6 chains in the United States.*

STRATEGIC VISION

HOTELS: IMPROVED COMPETITIVENESS





## *Powerful systems*

With 4,000 hotels now connected, the Accortel centralized booking and management system delivers responsiveness unrivaled anywhere else in the industry.

### Continuing to integrate new technologies

In 1997, programs were initiated to connect all our hotels around the world to a single, unified information system. A full 81% of hotels are directly managed. Today, 95% of our properties in Europe and the Pacific are linked to the Accortel system, which tracks their occupancy rates in real time. Used by marketing and sales teams, the system optimizes management by networking and centralizing hotel sales operations. Deployment of our Tars On Line central reservation system also continued throughout the year, with nearly 1,200 hotels connected as of December 31. With Tars On Line, each hotel can optimize its sales strategy in real time, in particular through broad access to the Internet, call centers, travel agencies and other distribution channels.

### Deploying yield management systems

Tars On Line has also made it possible to adapt yield management techniques to the specific needs of the hotel industry. Yield management optimizes revenues per available room (RevPAR) by constantly adjusting room rates. We were the first hotel operator to develop this system for optimizing revenues by city or by hotel. Yield managers have been deployed in 28 cities, of which 27 are in Europe. By year-end 2003, 100 European hotels will be equipped with the yield management software.

### Extending the use of real-time management systems

In addition to Tars On Line, other management systems have been developed for our cross-functional processes, from sales to hotel management. **Grand Back**, a back office data consolidation system that allows hotel managers to benchmark their performance against peers, has already been introduced in 140 hotels in ten countries. Our corporate intranet also provides access to **Capex Online**, an application for tracking and controlling capital budgets and cash flows. Hotels in the Economy segment have been equipped with a dedicated **Front Office Light Services** (FOLS) application that centralizes and streamlines management of a variety of IT tasks. Accessible to sale teams via the corporate intranet, the **Accor Sales Application** (ASA) helps to manage international business-to-business customer relationships in an interface with Accor databases.

### Controlling costs

In 2002, an assertive cost-reduction program was introduced, supported by a real-time, itemized tracking system to measure its impact. This emphasis on tighter management led to the negotiation of global procurement contracts for new room furnishings, as well as to measures to rationalize the number of suppliers and implement online sourcing tools. In France, the **AccorShop** e-procurement portal, available since early 2002, has provided 170 hotels with online access to the electronic catalogue of our 45 biggest suppliers. The goal is now to expand access to 500 hotels with a combined purchasing volume of €150 million within the next two years. Another centralized e-procurement portal was opened in Brazil in June. Lastly, the **AccorPrint** platform was tested in France, with the goal of optimizing printing costs at Group level.




Our corporate website introduced a number of new functions in 2002, including a map search, tourist information, an online version of the "Compliments from Accor Hotels" loyalty program, and an expanded catalogue of new benefits, promotions, weekend getaways and special deals, as well as a travel section where visitors can book flights and hotel stays.

**THE MULTI-BRAND, MULTI-BENEFIT ACCOR HOTELS FAVORITE GUEST CARD**

*The new fee-based Accor Hotels Favorite Guest card features a subscription system to nurture customer loyalty and a host of special services to encourage customers to come back often. Services include guaranteed room availability up to three days before arrival and discounts of up to 20% during the week in seven Accor chains. For every €10 spent, cardholders earn 60 Compliments points, which can be converted to Chèques Compliments vouchers accepted in 2,000 Accor hotels around the world.*

## *Attracting customers and nurturing their loyalty*

A wide array of marketing and advertising initiatives were undertaken in 2002 to appeal to a greater variety of more cost-conscious customers. Our skills, systems and partners were all leveraged to increase the visibility and recognition of our chains, make our offer more attractive and expand the distribution system.

### The entire Accor hotel portfolio now online

In 2002, 3.6% of all room nights were booked online, including 2.7% in Europe and 6% in the United States. Outstanding showcases for our worldwide offer, accorhotels.com and the brand websites enjoyed sharp growth in 2002, with the number of visits increasing by more than 50%. In all, 3.2 million room nights were booked online, more than double the number in 2001.

All of the offer's marketing components were posted online during the year, with notably a new Leisure portal and a new service for travel agencies, in addition to the booking service already available for corporate clients. To broaden access to the site, we raised our equity stake in Go Voyages, France's leading e-marketer of no-frills flights, and created a partnership with Opodo, one of Europe's foremost travel websites.

### Nurturing loyalty

A key component of our strategy, loyalty programs are intended to attract new guests and to capture each customer's full potential. During the year, two major projects successfully aligned our loyalty initiatives and integrated them into a joint program, called "Compliments from Accor Hotels."

Introduced in late 2001, the multi-brand Accor Hotels Favorite Guest card is gradually replacing the Novotel and Mercure cards. The new card includes all the advantages of its predecessors as well as those offered by the "Compliments from Accor Hotels" loyalty program. As of December 31, 2002, Group loyalty programs comprised nearly 900,000 cardholders, a 10% increase in one year.

Now extended worldwide, the "Compliments from Accor Hotels" program enables holders of any Accor loyalty card to benefit from rate discounts and certain hotel services, earn points and receive gifts. It federates the fee-based Compliments/American Express card, the Accor Hotels Favorite Guest card and the new, free-of-charge Compliments Mouvango card. Launched in a partnership with TotalFinaElf, the Mouvango network has heightened our visibility in the travel and transportation segment, while allowing consumers who make frequent, small-amount purchases to earn points redeemable even sooner for attractive gifts. This expertise in creating and managing loyalty programs has helped us gain a foothold in the fast-growing world of travel and leisure.

*A room reserved every ten seconds*

*3.2 million room nights booked online*



New partnerships in 2002
• Air France
• Partnerships developed
• Frequent flyer programs,
• Telecoms:

SINCE 1998, ACCOR HAS DEVELOPED MARKETING AND SALES PARTNERSHIPS WITH LEADING TRAVEL AND SERVICES COMPANIES, IN A COMMITMENT TO INCREASING THE VISIBILITY AND RECOGNITION OF OUR BRANDS, SHARING RESOURCES TO REDUCE COSTS, AND CREATING VALUE FOR CUSTOMERS THROUGH NEW OR ENHANCED SERVICES.

# *Key partnerships*

ACCOR
Europcar

An exclusive, strategic Accor partner, Europcar is the world's largest Europe-based international car rental company, with subsidiaries in seven countries and franchised operations in 97. Our international cooperation with Europcar has led to a number of joint actions. Customers booking online or through a call center can book their car and hotel room at the same time and get special rates on both. The partnership also calls for Europcar's heightened presence in Accor hotels (through room access cards and information programs on hotel TVs) and standing benefits for Accor's loyal customers. Locally, Accor and Europcar sales teams are working together to create a combined offer for their customers.

Europcar

ACCOR

• Train+Hotel program
• 175,000 room nights booked

Since 1999, Accor and SNCF, France's national railway, have partnered in developing the Train+Hotel program. In 2002, new rates were introduced early in the year, Suitehotel was included in the program in October, and special offers for seniors, frequent travelers and Eurostar passengers were launched at year-end.

ACCOR
AIR FRANCE

• 570,000 room nights

Ties with Air France were strengthened in 2002, in particular through a number of joint promotions and the Fréquence Plus frequent flyer program, whose five million members regularly receive discounts in 1,200 Sofitel, Novotel and Mercure hotels. An emergency service was also introduced at Paris Charles de Gaulle airport enabling the carrier to find accommodation for passengers whose flights had been canceled. Lastly, actions were continued to enhance visibility, such as the creation of a relaxation video filmed in Accor hotels and shown on long-haul flights.

rture







With our Sofitel, Novotel and, Mercure brands, we participate in Air France's Fréquence Plus frequent flyer program, which has some five million members.

**THE MOUVANGO LOYALTY PROGRAM NETWORK FOR PEOPLE ON THE MOVE**

*In October 2002, we joined forces with oil company TotalFinaElf to create the Mouvango network in France, which is supported by the Compliments Mouvango card. The network includes 12 affiliated brands, including 800 Accor Hotels (Ibis, Suitehotel, Mercure, Novotel, Sofitel, Thalassa and Coralia), 300 Accor Travel agencies (Carlson Wagonlit and Frantour), 400 Europcar agencies, 140 Courtepaille restaurants and 4,000 Total service stations. The card is intended for customers who travel several times a year and occasionally stay in hotels. Offered free of charge, it allows cardholders to earn points with each purchase and to convert them into gift vouchers. A total of 200,000 cardholders are expected by the end of 2003.*

*• 100,000 room nights in four months of business*

## *Other Partnerships*

### Airline loyalty Programs

• 200,000 stays.

We are involved in a number of frequent flyer programs, enabling travelers who stay in our hotels to earn free miles. In addition to Air France, other airlines include Delta Airlines, Alitalia, Japan Airlines, American Airlines, Cathay Pacific, Air New Zealand, Qantas, Emirates/Sri Lankan and Thai Airways.

### Cell phones

In France, our services are marketed on Orange's 711, SFR's Kiosque, and Bouygues Telecom's WAP services and website.

### Bouygues

In 2002, an agreement was signed with Bouygues Telecom that provides Accorhotels.com with an outstanding showcase on the French cell phone service provider's i-mode mobile Internet services platform. All i-mode subscribers can now e-book a room on favorable terms in any Accor hotel.

### American Express

American Express partners with Accor for the "Compliments from Accor Hotels" card and the co-branded Corporate Card.

### Eurotunnel

Three new hotels—a Suitehotel, an Ibis and an Etap Hotel—opened in late 2002 on the Eurotunnel site near Calais. Over the past three years, both Accor and Eurotunnel have implemented a number of promotional and awareness building campaigns.

### Danone

Novotel partnered the very popular Danone Nations Cup soccer tournament in 2002 and has renewed its partnership for 2003.

### Press Club de France

Created in 1986 by Founding Co-Chairmen Paul Dubrule and Gérard Pélisson and prominent journalists, the Press Club de France today numbers some 2,000 members. It serves as both a home base for journalists and a platform of services and meetings for corporate and institutional communication specialists and managers.



The service voucher process

1.

2.

3.

4.

OUR SECOND GLOBAL BUSINESS, ACCOR SERVICES HAS SET NEW STRATEGIC OBJECTIVES IN LINE WITH THE FUNDAMENTALS OF THE ACCOR BUSINESS MODEL. THE DIVISION'S DEVELOPMENT PLAN IS TO DIVERSIFY SOURCES OF REVENUE AND BROADEN COVERAGE OF THE MOST PROMISING MARKET SEGMENTS, WHERE ITS SKILLS AND EXPERTISE CAN CREATE VALUE FOR CLIENTS.

# ACCOR SERVICES: AN EXPANDED SCOPE OF OPERATIONS

## *Our vision for the Services business*

With operations in 32 countries, Accor Services generated revenues of €469 million in 2002, a nearly 17% increase like-for-like. Service voucher issue volume totaled €6.8 billion.

### Maintaining strong growth

Little affected by business cycles, Accor Services has enjoyed strong, steady growth in recent years. Since 1996, profit before tax has increased an average of 15% a year, reaching €186 million in 2002. And because it is not very capital-intensive, accounting for 7% of total capital employed, the Division generated a high 26.7% return on capital employed at December 31, 2002. Despite the challenging economic situation in Latin America, operating margin continued to improve during the year.

### Diversifying and consolidating the business

The rapid growth in the contribution from new businesses is gradually helping to rebalance the structure of the Division's revenue stream, with food and restaurant vouchers now accounting for 76% of revenues, versus 100% six years ago. Measures underway to speed up diversification are expected to reduce that figure to 60% in the next five years. Initiated in 2002 for rollout in 2003, Accor Services' new strategy is based on processes that have demonstrated their effectiveness in the hotel business. These include the development of strategically related businesses and ensuring the sustainability and solidity of new projects by focusing on careful selection, constant innovation, geographic diversification, sales optimization and skills enhancement.

## *Three business segments*

In 2002, Accor Services selectively refocused its development projects on the fast-growing global market for human resources services. Investments are being concentrated in market segments offering the greatest potential and the strongest fit with our existing skills, e.g. services that facilitate life's essentials for employees and constituents, enhance their well-being and increase their performance.



Accentiv' consolidates all of Accor Services' relationship marketing activities, such as Incentive House, Pilote, Distribution, Market Place and Pro Fid. Its mission is to design and manage loyalty programs and incentive campaigns; offer rewards, and organize special events. Its portfolio has been enhanced with gift vouchers, gift catalogues and loyalty cards. Accentiv's expertise resides in the ability to provide end-to-end management of relationship marketing programs.

Accor Services enjoys a number of advantages, notably a strong position among the human resources departments of our 280,000 corporate customers, extensive experience in issuing and managing service vouchers, in sales and in marketing, and the ability to adapt to local conditions. It also leverages the expertise of our Hotel business in coordinating a global network, managing human resources and operating call centers.

The new positioning is expressed in the missions statement: "Accor Services helps companies and public institutions improve their performance by promoting a win-win partnership with employees, constituents, networks and customers." The product portfolio has been structured around three critical human resources challenges.

"Facilitate life's essentials"
As the leader in the service vouchers market, Accor Services deploys recognized skills in developing vouchers, smartcards and other products that facilitate day-to-day life for companies and their employees. The Ticket Restaurant and Ticket Alimentation meal and grocery vouchers enable companies to offer their employees a social benefit by helping them purchase essential goods, such as food, personal care products and clothes. Accor Services has also developed a portfolio of services designed to help companies to manage employee business expenses and to meet their social obligations. For public institutions, the Division implements and manages social programs, ensuring the distribution and appropriate use of allocated benefits.

In developed countries, these services support government programs targeting certain categories of the population. In emerging countries, the development of assistance programs is a key component in government social policies and often includes tax incentives.

"Enhance well-being"
For the past ten years, we have been active in the fast-growing market for employee assistance programs (EAP), which enhance employees' well-being by facilitating a number of personal obligations that can reduce their productivity. Solidly established in North America and to a lesser extent in Australia and the UK, the EAP market was estimated at €1.1 billion worldwide in 2002. In France, it increased from €100 million in 2000 to €150 million in 2002. In a business environment that has made employee retention a key issue, the market for these programs has been expanding by 15% a year.

"BIEN-ÊTRE À LA CARTE"

Demand for these services is being driven by powerful underlying demographic trends, including the ageing of the population, the rise in single-parent families, and the wider recognition of stress and depression-related illnesses. At the same time, human resources managers are looking for ways to attract, retain and motivate employees by strengthening the company's image as an attractive employer.

"Increase performance"
These solutions include products and services that help companies motivate and retain their employees, distribution networks and customers. Training, employee savings plans and relationship marketing are three areas in which we are assertively investing. Estimated at €22 billion, the French training market is growing by an average 5% a year. Employee savings plans, now accessible to small businesses, enjoy enormous potential for development, and relationship marketing, driven by strong demand, is increasing by 25% a year. To capitalize on these trends, Accor Services has consolidated its incentive and loyalty activities into a new unit, called Accentiv', with the goal of becoming a market leader.

| CONTRIBUTIONS TO REVENUES | |
|---|---|
| "Facilitate life's essentials" | 83% |
| "Enhance well-being" | 8% |
| "Increase performance" | 9% |

Tesorus: a major innovation in employee savings plans

## *Four paths to growth*

Accor Services' expansion is based on diversifying the product and service portfolio, winning new clients, entering new countries, and effectively using new technologies.

### Developing new products

Expanding the product portfolio represents a major challenge for Accor. That's why we're listening closely to the needs of people and companies in our host countries and delivering solutions either through partnerships or equity investments.

A large number of new products were rolled out in 2002, including gasoline vouchers in Latin America and southern Europe and the Ticket Service* in Hungary, which provides back-to-school subsidies for children.

The "Facilitate life's essentials" service range integrated Accueil Partenaires, an offer developed by Accor Services France based on the Group's hotel expertise, which helps companies effectively manage their business accommodation units. To support the surge in demand for people services, our subsidiaries have continued to innovate with, for example, a child daycare voucher that is being tested in Chile and an electronic version of Childcare Vouchers that has recently been launched in the United Kingdom.

Also in the UK, corporate clients of our Employee Assistance Resources program can now take advantage of a new concierge service. The offer was jointly developed with Arena 21, the UK leader in corporate concierge services.

### Pooling our skills

Accor Services has added two new training and employee savings plan products to its "Increase performance" portfolio. The acquisition of Foragora.com, which owns France's only online employee training catalogue, has expanded a service offering that is supported by Accor Academy's expertise in training and by the Hotel Division's skills in equipment, logistics and lodging.

In 2001, new French legislation has made employee savings plans accessible to small businesses. Through Tesorus, launched in partnership with Natexis Banques Populaires, Accor Services is leveraging its expertise to meet the needs of this emerging market and to extend its scope of activities into the world of finance. Accor Services hopes that Tesorus will attract 1,000 French companies a year.

### Winning new clients

The recent opening of public and municipal markets in a large number of countries, such as France, Italy and Belgium, has created new demand for meal and grocery vouchers for government employees.

Small and mid-sized companies represent another priority target market in which Tesorus will help to strengthen our positions.

In addition, more and more companies are looking to outsource administrative and corporate services in response to an increasingly regulated business environment. Since 1992, we have provided support in complying with various national and European standards.

### Pursuing global expansion

Accor Services is expanding into new countries, taking advantage of opportunities created by changes in tax legislation or the social and business environment. Two recent examples are Austria, with Ticket Junior, and Lebanon, with Ticket Car and Top Premium. Accor Services also acquired Davidson Trahaire in Australia and Affiniteam in France.





ACCOR ACADEMY, ÉVRY, FRANCE

**TWO NEW ACQUISITIONS TO ENHANCE EMPLOYEE ASSISTANCE PROGRAMS**

*July: Acquisition of Davidson Trahaire, Australia's leading human resources consulting firm. Davidson Trahaire serves the country's largest corporations and public institutions with a range of employee services, including counseling, assistance programs, trauma debriefing, psychological evaluations of job applicants, and management training.*

*October: Acquisition of Affiniteam, France's leading online provider of employee assistance services. Thanks to its Web skills, Affiniteam expands access to "Bien-Être à la Carte" services, already accessible by telephone and through concierge services.*

THE GLOBAL ACCORSERVICES.COM WEBSITE

## Leveraging new technologies

Successful expansion also requires making effective use of new technologies. In 2002, Accor Services enhanced its product offer with central management and online order-taking systems, as well as software that make transactions easier and more secure. The Division is also using the Web to reach previously undeveloped markets, such as small businesses and self-employed professionals, whose fragmentation previously made it difficult to generate sufficient return on investment. To attract and retain these clients, Accor Services has simplified access to its products and streamlined management. In eight countries, clients can manage their orders online and track delivery in real time. In Brazil, for example, 55% of grocery voucher orders and 99% of Ticket Car orders are placed via the Web. In France, Accor Services has forged a partnership with accounting software specialist Sage to integrate a module to automate Ticket Restaurant ordering into the company's payroll management program.

### Digitizing service vouchers

A first step in the digitization of service vouchers was taken three years ago in Brazil, with the introduction of a magnetic strip card as a substitute for paper vouchers. Electronic media enable companies and public institutions to ensure they are achieving two critical objectives: reducing program management costs and preventing fraudulent use.

Food and meal cards are now in use in Brazil, China and Turkey.

In February, Carte Académie, an e-purse solution for beverages and snack bar purchases was introduced at Accor Academy. The innovation was transferred to Sweden with the introduction of Paymaster, a dedicated payment card that allows employees to pay for intra-company purchases.

Another project uses Store Value Platform* technologies that digitize benefits which, like gift vouchers, interconnect a user, a company and a sales outlet.

### Outstanding prospects

In the years ahead, Accor Services will pursue its sustained pace of development, through organic growth (by attracting new clients with technologically innovative solutions), through the sale of existing services in new countries, or through acquisitions or partnerships in new human-resources related activities.

* *Technological solution for making payments via cards, virtual coupons, cell phones and other media.*

# SUSTAINABLE DEVELOPMENT

IN 2002, WE FURTHER DEFINED AND STRENGTHENED
OUR SUSTAINABLE DEVELOPMENT COMMITMENTS,
WITH THE CREATION OF A DEDICATED ORGANIZATION
TO IMPLEMENT AND TRACK THE NEW OBJECTIVES OF OUR
SUSTAINABLE DEVELOPMENT STRATEGY.

BY DILIGENTLY APPLYING THE CONCLUSIONS OF THE EARTH SUMMIT IN JOHANNESBURG, ACCOR HAS SET TWO GOALS: TO INVOLVE OURSELVES FULLY WITH THE INTERNATIONAL COMMUNITY'S CONCERNS ABOUT THE FUTURE OF OUR PLANET AND TO INSTILL THOSE CONCERNS INTO OUR LONG-TERM STRATEGY.

The development of tourism and travel-related industries is a source of economic and cultural wealth for both home and destination countries. But if that development is not carefully managed, it can generate major risks for society and the environment.

In this respect, we are fully aware of our special responsibility as one of the world leaders in hotels and services. The satisfaction of our customers, employees and shareholders is a precondition, rather than an obstacle, to the initiatives we have taken and will continue to take, because revenue and earnings growth will provide the resources we need to effectively meet their expectations in the area of corporate responsibility.

What are these expectations? They're about more than merely taking into account the conclusions of major international discussions on sustainable development or complying with new, increasingly stringent social and environmental regulations in our host countries. Instead, they demand that we act in a consistent, exemplary fashion in everything we do:

- **By assessing the impact of our current and future operations on the local community and environment.**
- **By inviting our employees, as well as our partners and suppliers, to integrate these long-term concerns into their day-to-day practices.**
- **By creating a meaningful dialogue with public and private sector stakeholders to define together the conditions that will ensure a sustainable tourist industry for both industrialized and emerging countries.**

To express our commitment to strengthening Accor's sustainable development initiatives, the Management Board has designated one of its members, John Du Monceau, to manage them. In addition, a Sustainable Development Committee was created in June 2002.

JEAN-MARC ESPALIOUX



IN 2002, WE MORE CLEARLY DEFINED AND STRENGTHENED OUR SUSTAINABLE DEVELOPMENT COMMITMENTS, WITH THE CREATION OF A DEDICATED ORGANIZATION TO IMPLEMENT AND TRACK THE NEW OBJECTIVES OF OUR SUSTAINABLE DEVELOPMENT STRATEGY.

# PRIORITY OBJECTIVES APPROVED IN 2002

To drive progress towards these objectives, the Management Board assigned responsibility for sustainable development to one of its members and created a cross-functional committee comprised of executives from different corporate functions, including the General Secretary's office, Human Resources, Environmental Affairs, Purchasing, Development, Corporate Communication, Investor Relations and the operating divisions. In October 2002, the position of Sustainable Development Manager was created to recommend a strategy and coordinate implementation of actions validated by the Management Board. A new reporting system based on the human resources process is being developed for worldwide deployment.

*Data concerning France's new NRE corporate governance indicators are provided in the Financial Statements.*

| CORPORATE GOVERNANCE* | PURCHASING |
| --- | --- |
| Guarantee shareholders increasingly transparent, balanced information.<br>Extend communication to non-financial results. | Introduce sustainable development criteria in procurement, with two charters presenting our requirements for suppliers and outside service providers.<br>Promote the concept of fair trade, with a first initiative by Sofitel France, which in 2003 will begin offering coffee approved by the Netherlands-based Max Havelaar Association. |
| **HUMAN RESOURCES** | **CORPORATE CITIZENSHIP** |
| Enhance employability, primarily through training.<br>Raise awareness of sustainable development issues among employees, especially managers, with a publication that clearly states our values, principles and accepted practices. | Organize humanitarian and social actions in the areas of emergency assistance and child sponsorship. |
| **ENVIRONMENT** | **REPORTING** |
| Set specific objectives to reduce consumption of water and energy and to optimize wastewater treatment. | Implement a dedicated sustainable development reporting system based on appropriate indicators. The system will be tested in 2003 in all our businesses, with the goal of mining data for presentation in our next Annual Report. |

* See page 26.

**A new, how-to guide for job advertising**

**Hiring is the responsibility of Accor managers. To support them and maintain a consistent approach, a guide was published in 2002 to help in the design of attractive job vacancy ads, aligned with corporate human resources standards.**

**These standards are based on the new "Our smiles make others happy" corporate recruitment campaign, which portrays customers and employees interacting together, with an emphasis on training, promotion and a pleasant working environment.**

QUALITY SERVICE DEPENDS ON THE PROFESSIONALISM AND MOTIVATION OF EMPLOYEES FROM A VARIETY OF BACKGROUNDS, WHO ARE OFFERED THE CHANCE TO DEVELOP THEIR SKILLS AND MOVE UP IN THE ORGANIZATION. AROUND 20% OF EMPLOYEES TAKE ADVANTAGE OF CAREER ADVANCEMENT OPPORTUNITIES EVERY YEAR.

# THE CORPORATE LADDER

## *Diversifying our hiring pools*

In addition to a large number of agreements with hotel schools and universities, a worldwide policy of partnering with public institutions has been implemented to help people between jobs or in retraining programs to find work. Our partners include the National Employment Agency and the National Education Ministry in France and various government agencies in other countries.
In the United States, Motel 6 received an "employer of the year" award from the State of Illinois for its initiative in organizing a number of hiring forums in cooperation with local employment agencies. Elsewhere, Accor teams have undertaken a large number of measures to diversify the hiring pool.
In the Pacific, Accor Australia takes part in the government's Job Train Program, a nationwide initiative involving the country's leading employers.

### Welcome to Accor

New recruits participate in a personalized orientation program, supported by a "Welcome to Accor" kit and a dedicated intranet site that present our corporate culture and values, as well as the training, career advancement and job mobility advantages of working at Accor. In 2002, the kit was published in French, English, German, Spanish, Italian, Dutch and Brazilian and distributed worldwide.

### Apprentice and internship programs

In France, we take on 2,500 interns every year and offer roughly 1,000 work/study contracts, in particular for apprenticeships. Some 1,300 apprentices are currently employed in Germany.

## *Facilitating mobility within the organization*

When employees move from one country, function, business or chain to another, they enhance their skills and broaden their experience. These movements are facilitated by the Accorjobs website, which lists job vacancies across the Group worldwide. Accessible via the Internet or the corporate intranet, the site enabled some 10,000 employees to change jobs in 2002.



THE "WELCOME TO ACCOR" KIT

In Australia

In 2002, for the third year in a row, Accor Academy won a prize at the Victorian Tourism Awards for its commitment to training for tourist industry professionals.

*For the sixth straight year, Accor was ranked as one of the "100 best companies to work for" by Exame magazine's guide to human resources practices in Brazil.*

***Accor Brazil was presented with the 2002 HR Super Top award from Brazil's Sales Directors Association (ADVB) in recognition of a human resources strategy that focuses on developing skills and creating jobs.***

*Accor received an award for its "Together We Make a Difference" project.*

***Ticket Restaurant Brazil received the Corporate Citizenship award for its "Citizen of the Future" project and the 2002 Corporate Management award for the implementation of its new "Attract and Retain Talent" human capital model.***

## *Offering every employee at least one training course a year*

The main objective of our training policy is to enhance each employee's professional skills so that he or she can advance within the organization, take on new responsibilities, and provide better customer service. We currently allocate 2.4% of payroll to training worldwide, with the goal of offering each employee at least one training course a year.

In 2002, more than 100,000 employees received training. Our highly decentralized training organization is made up of a network of 500 internal trainers who lead courses around the world, with the support of local managers, and prepare programs by leveraging the expertise of Accor Academy. Training may take place onsite, at the Academy or in another location via e-learning.

In 2002, our first CD-ROM-based onsite training programs were tested in France before being gradually deployed in all establishments, with the goal of doubling the number of people trained on the same budget.

### The Academy now on several continents

Accor Academy, our corporate university founded in 1985, offered courses to more than 19,000 Group employees at its French headquarters in 2002. From its home base in France, it has set up a network of Academy units in Brazil, Dubai and, soon, in the United States. The network supports our 500 internal trainers who lead Accor training programs around the world. Accor Academy has also begun to market its services to other companies, a business that generated €620,000 in revenues from 25 companies in 2002.

*Human resources strategy is efficiently guided by a constantly upgraded database known as HR Data. Twice a year, the program consolidates data from all our businesses worldwide into 20 indicators covering four critical areas: employment structure, transfers and promotions, compensation and training.*



**25 countries take part in the latest employee share issue**

**In 2002, our second employee share issue was offered in 25 countries. In all, 12,500 employees purchased a total of 314,000 new shares, a high rate of participation that reflects their confidence in Accor's future.**

Ibis' internal promotion program

In Europe, the "Acteurs" self-teaching CD-ROM enables Ibis employees to acquire new job skills. A receptionist, for example, can learn to be a bartender, and then add a third or even fourth job qualification. This broader range of abilities will naturally have a positive impact of her salary, responsibilities and access to new positions within the organization.

## *Profit-sharing and incentive programs*

With 20% of all employees under 25, Accor's workforce includes a fairly large number of young people, who tend to be highly mobile and interested in rapid career advancement. To retain them, our management practices focus on empowerment and motivation.
All employees who have been on the job for one year receive the Accor card, entitling them to special hotel, travel and car rental rates in our establishments and with our partners.

As performance drivers, employees are also invited to share in the earnings they help to generate. In France, they have had the possibility of participating in a corporate savings plan since 1985. Following an initial employee issue in France in 1999, two other share issues were carried out in other countries in 2000 and 2002, enabling employees to purchase new shares at a discount. Today, more than 25,000 employees are Accor shareholders. In addition, most employees benefit from annual bonuses linked to individual and team performance.

Innov@ccor promotes good ideas

At Accor, we recognize employee dedication by showcasing their skills and encouraging their involvement in our business operations. To support this process, the Innov@ccor electronic suggestion box was introduced in 2001 and has since been extended to 22 countries in Europe, North America and the Asia-Pacific region. Innov@ccor enjoyed tremendous success in 2002, with 3,800 suggestions received and 1,200 already implemented.

"I Build Smiles" celebrates outstanding employees in Australia and New Zealand

The "I Build Smiles" program was created to identify team members who have made outstanding achievements and demonstrated qualities that reflect the Accor Spirit. Perhaps they have devoted their free time to social or humanitarian causes, or earned our recognition for their personal qualities, such as loyalty to colleagues or exceptional dedication to their jobs. Since the program was launched in Australia and New Zealand in September 2002, hundreds of team members have been cited for their contributions.

| | North America | France | Europe (excl. France) | Rest of the world |
|---|---|---|---|---|
| 157,000 employees around the world | 20,500 | 28,000 | 36,000 | 72,500 |
| €7,139 million in revenues | 1,571 | 2,417 | 2,213 | 928 |

72% Hotels
2% Services
5% Travel agencies
18% Casinos/Restaurants/ Onboard train service
3% Corporate services