SUSTAINABLE DEVELOPMENT



### Changes in hotel management agreements

In France, a special hotel management contract has long enabled enterprising individuals to run an Accor hotel as their own business. In recent months, during a series of discussions concerning the system, more than 90% of the managers have indicated their satisfaction with their current system. The remaining 10% have opted to become Group employees under a standard work contract.

FORMULE 1, BRETIGNY-SUR-ORGE, FRANCE

Ten winners are named each quarter and the year's grand prizewinner receives a trip to Paris for two. The program has proven so successful that it has been extended for the next three years.

## Employee relations

Since the 1995 signature of an agreement with the IUF* concerning the right to unionize in compliance with International Labor Organization conventions, Accor has taken other initiatives to improve dialogue with employees:

• In France, a joint declaration was signed in 1997 with union representatives to protect employees from all acts of discrimination based on their origin, gender, lifestyle, or political or religious opinions.

• A European Works Council was created in 1996, two years before it became a legal obligation. Sustainable development was the topic of discussion at the Council's last meeting in 2002. In 2002, special training was provided for union representatives in charge of operating a dedicated intranet.

## Outreach programs

A large number of outreach initiatives have been undertaken in our host countries. In France, a solidarity fund was created to provide financial, humanitarian and administrative support for employees confronted with insurmountable problems. The fund is managed by a commission comprised equally of employee representatives,

human resources managers, and corporate HR executives, as well as qualified people from outside the Group. In 2002, 39 projects were examined and €44,544 in aid was allocated.

In Brazil, as part of a program introduced by the local GR-Serviços de Alimentação food services business, nearly 100 underprivileged young people have received special training from Accor Academy. On average, 25% of students completing the program in 2002 were immediately hired. Other applicants were given priority in regional hiring initiatives.

## Jobs for the handicapped

Accor has long been committed to social cohesion programs that provide the disadvantaged with access to jobs and training. In France, our Employment Department has created a dedicated unit to find jobs for the handicapped in the Group, resulting in the hiring of 111 people with disabilities in the past two years.

2003: European Year for People with Disabilities.

We are also involved in initiatives in Europe to raise awareness among recruitment managers about hiring and integrating the disabled, to make new hotels under construction more accessible to the physically handicapped, and to develop training programs for reception staff to improve services for the disabled.



20% under 25 ans
5% over 55 ans
14% 45 to 54
35% 25 to 34
26% 35 to 44

157,000 employees
71,6% in hotels
55% less than 34 years old

50% women / 50% men
100,000 employees trained during the year
77,645 people hired from outside the Company

* International Union of Food, Agricultural, Hotel, Restaurant, Catering, Tobacco and Allied Workers' Associations.



On December 3, 2002, Accor and representatives of France's largest labor unions signed a protocol on the use of outside cleaning service providers in hotels managed directly by the Group.

The operating principles defined in the protocol are intended to improve labor conditions for the service providers' employees. To ensure their application, a joint employee/management commission was created in January 2003 and will meet at regular intervals.

IN DESIGNING AND DELIVERING HOTEL SERVICES, ACCOR IS SUPPORTED BY SOME 2,000 GLOBAL AND LOCAL SUPPLIERS. THEY ARE SELECTED BY THE PURCHASING DEPARTMENT IN ACCORDANCE WITH STRICT PERFORMANCE AND QUALITY CRITERIA THAT INCLUDE COMMITMENTS IN THE AREA OF SUSTAINABLE DEVELOPMENT.



In 2002, the Sustainable Development Committee introduced the Sustainable Development Purchasing Charter, designed to integrate suppliers and outside services providers more fully into the sustainable development process.

### The Sustainable Development Purchasing Charter

Scheduled for distribution in 2003, the new Sustainable Development Purchasing Charter requests that certified suppliers share our commitment to protecting people and the environment. Their contractual acceptance will be an important factor in maintaining their certification.

### The Subcontracting Charter

Specifications governing relations with subcontractors include strict compliance with regulations and labor laws. In light of a number of problems in France, these specifications were tightened in 2002 and a new Cleaning Company Charter was introduced in early 2003.

The new charter clearly defines working conditions for outside cleaning personnel in hotels managed directly by Accor, covering areas from work schedules to training programs and the calculation of hours paid. The new system has been in effect since the beginning of the year.





The International Property Market (MIPIM) awards are given to the world's most remarkable property developments. In 2003, the Sofitel Chicago Water Tower was named the winner in the Hotels/Tourism Resorts category for its infrastructure quality, original design, technical and architectural features, integration into its surroundings and service quality. Located near the Hancock Center, just off Michigan Avenue, the Sofitel Chicago Water Tower has become a benchmark name in upscale hotels and a powerful symbol for the entire city.

## Sustainable Development Purchasing Charter

**CERTIFIED SUPPLIERS AND SERVICE PROVIDERS ARE REQUESTED TO JOIN US IN PLEDGING TO PROTECT THE ENVIRONMENT AND TO ENGAGE IN FAIR LABOR PRACTICES. IN ALL CASES, THEY ARE REQUIRED TO SHARE TWO FUNDAMENTAL COMMITMENTS:**

**TO ACCEPT**

**TO ENSURE**

### Labor practices

Depending on the circumstances, local legislation and processes used to produce goods or services, Accor is committed to publishing, recommending and promoting the following fair labor practices:

1.1 Respect the principles of the fundamental agreements of the International Labor Organization.

1.2 Do not discriminate with regard to gender, race, religion and political affiliation.

1.3 Ensure compliance with workplace health and safety regulations.

1.4 Observe local legislation on working hours, and in any case do not exceed the working week authorized by international agreements.

1.5 Pay a minimum salary enabling employees to earn a decent living in view of the local cost of living.

1.6 Refuse degrading practices, such as psychological and sexual harassment.

1.7 Respect the freedom of association and trade union activity, in compliance with local legislation and the agreement signed in Geneva by Accor and the International Union of Food, Agricultural, Hotel, Restaurant, Catering, Tobacco and Allied Workers' Associations (IUF).

### Environmental Practices

Depending on the circumstances, products and countries, Accor is committed to understanding, encouraging, promoting and monitoring the following good environmental practices:

2.1 Ensure that suppliers implement environmental policies aimed at achieving performance in line with the industry benchmark.

2.2 Comply with the international, national and local environmental legislation concerning the prohibition of certain products and processes.

2.3 Manage the environmental impact of the supplier's plant and products (knowledge of impact, analysis process and publication of results).

2.4 Secure the supplier's involvement in a continuous improvement process, to optimize resource management and control environmental impacts.

2.5 Source raw materials in ways that limit the depletion of natural resources (to support biodiversity) and non-renewable fuels like oil and methane.

2.6 Develop new products that are particularly innovative in protecting the environment in both their design and use.

2.7 Develop processes to systematically recycle waste and reuse end-of-life manufactured products.



**Awards for good energy management practices**
• On July 5, 2002, the Softel Royal Angkor in Cambodia received first prize in the ASEAN Energy Awards for its efficiency in managing and using energy.

The award salutes the technical team's successful, year-long project to install a highly sophisticated automated energy management system.
• Accor UK & Ireland Hotels has received the prestigious

2002 Hospitality Award from the Hotel & Catering International Management Association for its remarkable work in promoting the HCIMA's Hospitable Climates energy efficiency advisory program.

SINCE THE CREATION IN 1994 OF A DEDICATED ENVIRONMENTAL ORGANIZATION WITH ITS OWN MANAGER, ACCOR HAS PURSUED TWO OBJECTIVES: REDUCING THE ENVIRONMENTAL IMPACT OF ITS OPERATIONS AND PARTICIPATING IN DISCUSSIONS AND PROGRAMS INITIATED BY THE TOURIST INDUSTRY. IN 1998, THE NEWLY CREATED ENVIRONMENT DEPARTMENT WAS ASKED TO ASSESS GLOBAL AND INDUSTRY CHALLENGES IN THIS AREA AND TO RECOMMEND AND IMPLEMENT AN APPROPRIATE STRATEGY. IN 2002, WE DEFINED OUR NINE ENVIRONMENTAL COMMITMENTS.

# INTEGRATING THE ENVIRONMENT INTO ALL OUR BUSINESS PROCESSES



## A concerted policy

To design an environmental policy aligned with major global challenges, such as those defined at the 2002 Johannesburg Summit, a broad-based project was undertaken to discuss these issues with 19 of our corporate and business executives and 12 outside representatives of socially responsible investment funds, rating agencies, non-governmental organizations, and international hotel and tourist trade associations. Following these discussions, an environmental policy was formalized into nine core commitments (see page 54), which constitute objectives that our subsidiaries and divisions are gradually applying depending on local conditions.

Hotel consumption, which accounts for more than 95% of the total, is monitored closely. In 2002, 93% of the 2,048 hotels that apply the Hotel Environment Charter were putting into practice action 8: "We monitor our water consumption."

In light of the challenges regarding water use, we decided to give additional impetus to the programs underway by designating water management as one of the two priority objectives of our environmental policy. In 2002, the Environment Department initiated a campaign to measure the main sources of water use in a hotel (kitchens, bathrooms etc) and facilitate their management through the installation of water-saving systems.

## Two priority challenges: water and energy

### Water

Limiting water consumption and monitoring wastewater quality are critical processes, especially in regions where water is scarce, whether in industrialized or developing countries. Overall, the Accor business base* (see "Energy Consumed" box) uses 23.9 million cubic meters of water a year.



**WATER CONSUMPTION PER ROOM**
IN LITERS PER OCCUPIED ROOM

| 230 | 240 | 720 | 600 | 590 | 290 | 410 | 400 | 600 |

Formule 1  Etap  Motel 6  Studio 6  RR  Ibis  Novotel  Mercure  Sofitel

By comparison, the average French person uses approximately 150 liters of water a day at home.
(source: Que sais-je? La pollution des eaux).

Consumption per occupied room is higher in the US chains (Motel 6, Studio 6, Red Roof Inns) since the hotels have their own laundry facilities. An occupied room can accommodate from one to four people, depending on the hotel.

## A more environmentally sensitive hotel room

Introduced in late 2002, the new Novotel room is especially eco-friendly. The carpet carries an environmental label and energy-saving lamps reduce electricity consumption by 40%.
In the bathroom, mixer taps and dual-flush toilets save water without compromising service.



THE NEW "NOVATION" NOVOTEL ROOM



In 2003, wastewater treatment plants serving our hotels in sub-Saharan Africa will be inspected to identify possible areas for improvement.

### Energy

A company as big as Accor obviously uses a lot of energy. That's why we are particularly concerned by the gradual depletion of energy resources and the risks related to climate change. Hotels account for more than 95% of our total energy consumption.

Energy consumption emits greenhouse gases, either directly from natural gas or home heating oil burned in Accor hotels or indirectly, from the use of fossil-fuel generated electricity. Direct greenhouse gas emissions amount to 132 kilotons of $CO_2$ equivalent, corresponding to 27% of total emissions (including electricity).

Because of the hotel business's contribution to these emissions, our establishments pay special attention to monitoring their consumption. In 2002, 89% of the 2,048 hotels that apply the Hotel Environment Charter were exercising Action 7: "We monitor our energy consumption."

In 2003, we plan to introduce a centralized monthly water and energy consumption report, a practice that has been in place for several years in some regions, such as North America and Asia.
The Energy and Fluids Project will coordinate current initiatives at Group level and extend their use. Our commitment to promoting solar energy will be pursued by building solar energy installations at five new hotels in 2003.

(cont. page 56)

▶ **ENERGY CONSUMED**



| 60% Electricity |
| 3% District heating |
| 37% Gas |

Our businesses' consume 1,738 GWh, broken down as shown in the pie chart.

*In 2002, reporting on water and energy consumption is based on a scope of reference that includes directly-owned or managed hotels in France and the United States, representing 71% of directly-owned or managed hotels and 45% of all Accor hotels, as well as seawater spas and casinos in France. Lenôtre's French production facility and 70% of Compagnie des Wagons-Lits operations in France.

▶ **ENERGY CONSUMPTION PER ROOM**

| 15 | 18 | 33 | 38 | 40 | 27 | 61 | 55 | 95 | ◆ (KWH/DAY PER OCCUPIED ROOM) |
| | | | | | | | | | ▣ (KWH/YEAR PER ROOM) |

| Formule 1 | Etap | Motel 6 | Studio 6 | RFI | Ibis | Novotel | Mercure | Sofitel |

By comparison, the average French person consumes approximately 30 kWh a day at home. Energy consumption is higher in the US chains because the hotels have their own laundry facilities.

# "UNDERSTANDING AND MANAGING WATER, ENERGY AND WASTE IN AN ACCOR HOTEL"

## The nine environmental commitments

**1 IMPROVE**

Continuously improve the environmental performance of our products and services throughout their lifecycles.

**2 MONITOR**

Monitor compliance with local and international environmental legislation by ensuring that internal standards are applied in sensitive countries or countries lacking legislation.

**3 ASSESS**

Assess the local impact of our businesses on the environment before selecting sites.

**4 INFORM AND TRAIN**

Inform and train employees in good environmental practices, regardless of their position, business or function.

**5 PARTICIPATE**

Participate, through our businesses, in improving the environmental conditions of our host regions and countries.

**6 RAISE AWARENESS**

Raise awareness among our customers of the importance of respecting the environment.

**7 INVOLVE**

Involve and instruct suppliers and outside service providers in our approach by helping them to define and implement environment standards that meet our requirements.

**8 COOPERATE**

Cooperate with public authorities, customers, suppliers and industry stakeholders to define and implement conditions that will secure sustainable development for tourism.

**9 COMMUNICATE**

Communicate openly about the environmental consequences of our businesses, through a system of regular, factual reports on our performance.



**HEATING**
57% of natural gas consumption

**ROOMS**
13% of electricity consumption
- 30% for lighting
- 50% for the minibar
- 12% for the television

**HOT WATER**
37% of natural gas consumption

**KITCHEN AND RESTAURANT**
19% of electricity consumption

**AIR CONDITIONING**
24% of electricity consumption

**PACKAGING**
Packaging for household and other chemical products must be collected separately

**COOKING OILS**

**FLUORESCENT LIGHTS**

**KITCHEN**
10% of water consumption

4% of natural gas consumption

[ ] Water   [ ] Waste   [ ] Energy

Case 9.Accor Hotel Business.2021 final07.29.2021 Page 7 of 23



**BATHROOM**
76% of water consumption.

**CONFERENCE ROOMS**
4% of electricity consumption.

**ROOMS**
0.25 kg of waste per room night, equivalent to ten tons of waste per year for the hotel.

**USED CARTRIDGES**
Because of their residual ink, used cartridges need to be disposed of through special channels.

**BATTERIES**
Because of their heavy metal content, the 300 batteries used in the hotel must be disposed of through special channels.

**LOBBY AND CORRIDOR**
13% of electricity consumption.

**COMMON AREAS***
12% of water consumption.
* Public restrooms and staff cloakrooms.

**BAR**
2% of water consumption.

**RESTAURANT**
0.23 kg of waste per breakfast and 0.2 kg of waste per lunch or dinner, equivalent to nearly 13 tons of waste a year.

### LET'S IMAGINE AN ACCOR HOTEL

- Located in the Greater Paris area
- 150 rooms
- 135 meals a day
- 65% occupancy rate
- An average 1.2 guests per room
- Conference rooms
- Heating and hot water produced by natural gas
- Electrically powered air-conditioning
- Electrically powered kitchen appliances

*This cutaway comes from a leaflet designed to raise employee awareness, entitled "Understanding and managing water, energy and waste in your hotel."*

**Waste Management and Recycling**

1. We organize sorted collection of stationery, newspapers and magazines for recycling.

2. We organize sorted collection of cardboard for recycling.

3. We organize sorted collection of glass for recycling.

4. We organize sorted collection of printer and photocopier ink cartridges for recycling.

5. We organize sorted collection of used frying oils for recycling.

6. We give priority to the use of recycled paper.

**Technical Controls**

7. We monitor our energy consumption.

8. We monitor our water consumption.

9. Our hotel has been declared an asbestos risk-free building.



SOLAR COLLECTORS, NOVOTEL NARBONNE SUD, FRANCE (1).

*Fourteen Group establishments currently use solar energy, reducing the power used to produce hot water by 60% and saving a total of 870 MWh. In Evry, France, Accor Academy was the 14th Group site to be equipped with solar panels. To raise awareness of solar benefits, the resulting energy savings and reductions in CO₂ emissions have been measured since 2002, with the results posted on a computer terminal in the lobby. To promote the use of solar energy in countries with abundant sunshine, the Environment Department has published useful data sheets for each country to facilitate the use and roll-out of solar panels.*



**CO₂ EMISSIONS**

ELIMINATED THANKS TO THE INSTALLATION OF SOLAR PANELS (METRIC TONS PER YEAR)

|  | 40 | 160 | 260 | 280 |
|---|---|---|---|---|
|  | 1999 | 2000 | 2001 | 2002 |

## Major commitments

Of all our businesses, hotels have the greatest environmental impact, which is why the Environment Department reports to the hotel management team. However, the Department is responsible for conducting cross-functional audits not only in all our businesses, but also in our corporate functions, such as purchasing, training and day-to-day management. Outside France, a network of 53 correspondents ensures that Group policies are implemented in local operations. In this way, we are developing resources and processes to limit the environmental impact of every aspect of our business.

**Environmentally friendlier hotels**
(commitment 1, page 54)

In 2002, our new Ibis and Suitehotel units were reviewed to verify compliance with France's HQE* standards. While comfort and health criteria are being met, the audit revealed the need to more thoroughly analyze local issues before each new hotel is built. In response, location study guidelines for sensitive areas will be prepared in 2003.

---

* HQE (Haute Qualité Environnementale) is France's standard for environmentally sensitive architecture. It designates a building capable of protecting natural resources while conforming to comfort, quality of life and health standards. An HQE-certified building must meet these requirements throughout its lifetime, from construction to demolition.



**Hotel Environment Charter**
(commitment 1, page 54)

Created in 1998, the Hotel Environment Charter helps hotel managers raise employee awareness of environmental issues, better measure the performance of their hotels in terms of water and energy consumption, and improve waste management. It lists 15 actions (see above) divided into four sections: waste management and recycling, technical controls, architecture and landscape, and awareness and training. Once a hotel has implemented ten of the actions, the charter is posted in a location visible to employees and customers. At December 31, 2002, 2,048 hotels around the world had applied the Charter, with a year-on-year increase in the average number of actions carried out per hotel to 11.93 from 10.88.

Waste management is an important component of the Charter, involving five of the 15 actions. The progress being made in this area was highlighted in a 2002 survey of Charter application, which showed waste now being sorted in:
• 75% of all hotels for newspapers and magazines (action 1).
• 79% for cardboard (action 2).
• 82% for glass (action 3).
• 88% for ink cartridges (action 4).
• 84% for cooking oils (action 5).

In 2003, the Environmental Charter will be posted in staff rooms in more than 1,200 hotels across the United States.

**Architecture and Landscape**

**10.** We comply with Accor graphic standards for hotel and directional signage.

**11.** We maintain and enhance our hotel's grounds.

**12.** We plant at least one tree a year on hotel grounds.

**Awareness and Training**

**13.** All staff have taken part at least once in the past year in a meeting to raise awareness of our environmental policy.

**14.** We have partnered with a non-profit organization or local government agency in an environmental protection initiative.

**15.** We inform customers of environmental protection initiatives in our hotel.



**ENVIRONMENT CHARTER**

NUMBER OF HOTELS APPLYING THE CHARTER

| 1998 | 1999 | 2000 | 2001 | 2002 |
|------|------|------|------|------|
| 1,312 | 1,439 | 1,510 | 1,731 | 2,048 |

267 Outside Europe

1,781 Europe



NOVOTEL BENOA BALI CORALIA, INDONESIA



SYDNEY, AUSTRALIA

**Environmental certification**
(commitment 1, page 54)

Compagnie des Wagons-Lits Paris was the first Accor subsidiary to engage all of its units in an ISO 14001 certification process, with units in Austria, Spain and Italy, as well as CWL headquarters in Paris, being certified in 2002. Units in Belgium and Southern Europe are scheduled for accreditation in 2003, while Accor Thalassa and Ibis France have initiated the process in a number of hotels.

**Local impact studies**
(commitment 3, page 54)

When our properties are located in urban areas, they enjoy direct access to water networks and power grids, as well as to local waste and wastewater management systems.

When planning to locate in a sensitive area, however, preliminary studies are necessary to anticipate and limit the impact of the future establishment's operations, by defining processes to manage water use, conserve energy and treat waste. Guidelines for this type of study will be formalized in 2003.

**Informing and training employees**
(commitment 4, page 54)

To make it easier to integrate environmental concerns into our business operations, the Environment Department has developed a number of tools for supporting decisions and actions. The most recent include:
• A pamphlet on "Understanding and Managing Water, Energy and Waste in Your Hotel", which will be distributed to all employees in 2003.
• Environmental data sheets on a variety of topics (packaging waste, refrigerating gas etc), which are distributed to all hotel managers in France.

Our environmental awareness initiatives are relayed to employees by hotel managers. In 2002, 63% of the 2,048 hotels that apply the Environment Charter were implementing action 13, which concerns the presentation of our environmental policy to team members.

SUSTAINABLE DEVELOPMENT

Case 3:07-cv-04732 Document 36-6 Filed 07/31/2007 Page 10 of 23



Sofitel Marara Bora Bora
receives 2002
"Pavilion Bleu
d'Europe" award

For the third year in a row,
Bora Bora and the beach
at the Sofitel Marara Bora have
received the "Pavilion Bleu

d'Europe" award in recognition
of initiatives to protect the
environment, especially water
quality. For several years,
the two Bora Bora Sofitel have
been working to save their
lagoon. Employees are aware
of the fragility of the local
environment and guests are

informed of the need to protect
the ecosystem by minimizing
use of fresh water, an often-
scarce resource on the island.
Since 1999, all cleaning
products have been certified
biodegradable and safe for
people, plants and animals.

## Helping to improve local conditions
(commitment 5, page 54)

Accor hotels are actively encouraged to participate in local environmental protection initiatives, either directly or in association with a non-profit organization.

• Accor Services Belgium took part in "Clean Week", organized by the City of Mons to reduce unlawful household waste dumping. Nearly 85,000 households received "clean vouchers" that could be used to obtain free, government-approved waste bags in local shops and department stores.

• In Indonesia, as part of the "A Tree for a Child" project, Accor organized a special day in September when employees cleaned popular tourist sites.

In 2002, 38% of the 2,048 hotels that apply the Hotel Environment Charter were applying action 14, which concerns partnering with a non-profit organization or local government agency in an environmental protection initiative.

## Involving customers
(commitment 6, page 54)

Accor is raising awareness among guests of their impact on the environment of sensitive tourist sites. In 1998, a partnership was created with Nausicaa, France's National Marine Center, to publicize measures to protect the coast and the sea floor, especially coral reefs. These actions will be strengthened in 2003 through a new partnership.

## Main partnerships for a sustainable tourism industry
(commitment 8, page 54)

Our concern for the environment is also expressed in our active participation in national and international partnerships.
• In 1992, we helped to create the International Hotels Environment Initiative.
• In 1999, we became a member of the Tour Operators Initiative for Sustainable Development, which has been instrumental in defining sustainable development indicators for the profession.
• In 1991, a three-year framework agreement was signed with France's Agency for the Environment and Energy Resources (ADEME). The partnership, which covers sustainable energy management, waste recycling and solar panel installation, will be renewed in 2003.



SOFITEL PALM BEACH, TOZEUR, TUNISIA

• In 2002, a partnership was formed with Landcare, an Australian environmental protection agency. Under its terms, we will continue to pursue an assertive environmental strategy, while Landcare will approve Accor as a preferred services provider in recognition of our sound environmental practices.

**Quality control processes**

• **Brand Exigence:** mystery customers visit each Sofitel at least twice a year.
• **Guest Exigence:** satisfaction questionnaires mailed to customers.
• **Res Exigence:** 2,500 mystery room reservations.

• **RésaVision:** mystery room reservation calls.
• **BasicVision:** audits of a hotel's physical condition, based on a list of 200 annually updated criteria.
• **QualiVision:** satisfaction surveys conducted by telephone, ten days after the customer's stay.

More than 85,000 customers were interviewed in 2002.
• 200 annual audits by mystery customers.

• "Cœur" the service quality audits.
• Annual customer satisfaction survey.

• ISO 9001 certification. Hotels in Europe are required to offer 24-hour room access, breakfast from 4:00 a.m. to 12:00 noon, and round-the-clock bar and snack service.

SUSTAINABLE DEVELOPMENT

FOR THE PAST THIRTY YEARS, A WIDE ARRAY OF PROGRAMS HAVE BEEN IN PLACE TO DRIVE CONTINUOUS IMPROVEMENT IN OUR SERVICES. IN PARTICULAR, THE HOTEL DIVISION IS COMMITTED TO MAINTAINING THE HIGHEST QUALITY STANDARDS WITH REGARD TO RECEPTION, SERVICE, COMFORT, UPKEEP AND RISK PREVENTION, SO THAT THE MORE THAN 120 MILLION CUSTOMERS IT SERVES EVERY YEAR ENJOY THE PERFECT STAY IN AN ACCOR HOTEL.

# ENSURING HIGH QUALITY SERVICE

### An ongoing commitment to quality

The Sofitel, Novotel and Mercure chains have long been involved in a worldwide quality management process. Underway since 1998, the latest program has been implemented in 39 countries and will be extended to Leisure hotels and in Asian markets in 2003. It is based on three principles:

• each hotel must be equipped with its own management systems,
• each chain's marketing department monitors compliance with the brand's quality standards,
• internal audits and customer satisfaction surveys are systematically compared.

In the Economy segment, mystery visitors regularly inspect hotels to ensure compliance with customer commitments. The quality management process is a key factor in ensuring consistent performance across the network and, within each chain, the same service quality in every country.
In 2002, Motel 6 and Red Roof Inns introduced an innovative customer satisfaction measurement system using interactive voice response technology. Ibis is one of our most quality-conscious chains, with practically the entire network (440 hotels in 11 countries) ISO 9001 certified.

### A constant focus on safety and security

In response to the troubled global environment of recent years, our strategic vision now officially integrates a number of risk-prevention policies. In May 2002, the Management Board created a Hotel Risk Prevention Committee, headed by the Chairman. Its mission is to systematically identify major safety and security risks, define the main components of a global security and risk prevention policy, and determine any appropriate emergency measures.

Health and food safety issues are also priorities, and the new Sustainable Development Purchasing Charter introduced in 2002 will enable us to secure even more systematically the origin of our raw material purchases.



**ACCOR CASINOS AGAINST COMPULSIVE GAMBLING**

*Accor Casinos has introduced France's first program to combat compulsive gambling, using pamphlets and posters that inform customers of the risks involved. Employees, who are trained to recognize compulsive gambling, can warn customers displaying this kind of behavior and put them in contact with specialized support organizations.*

___
**THREE CHAINS COMMITTED TO SERVICE**

*Ibis, with its "15-Minute Satisfaction Guarantee", as well as Courtepaille and Atria have agreed to reimburse customers for substandard service.*

**PERSONALIZED RESERVATIONS**

*To simplify a reservation system that some customers feel is too bureaucratic, Accor Academy introduced an e-learning program to train Novotel and Mercure reservation staff in France, the United Kingdom and Germany to listen more carefully to customers and to provide more personalized service.*

Case 1:07-cv-00141-JJF-MPT    Document 36-6    Filed 07/31/2007    Page 12 of 23



Since 2000, Accor has partnered Bourse Solidarité Vacances, a French public-interest consortium created in November 1999 by France's Secretary of State for Tourism to help provide vacations for the underprivileged. In 2002, one of our employees, assigned full time to the association for the past two years, helped around 1,000 people organize vacations, including 5,000 free nights in Accor hotels.

# SUPPORTING HUMANITARIAN PROGRAMS





- **Emergency assistance**
- **Child sponsorship**

## Corporate philanthropy

To enhance and harmonize our humanitarian policies, a study was conducted in 2002 to identify the initiatives already in place across the Group. In all, it found more than 1,000 programs, attesting to the broad-based involvement of our employees. Most involve social initiatives conducted in local communities.

To reflect these frontline realities, a new humanitarian policy was defined and approved by the Management Board in late 2002. Corporate actions now focus on two areas: emergency assistance to people living in highly insecure conditions and child sponsorship, which includes all the educational and training programs underway for disadvantaged children. Initiatives will now be developed according to a carefully designed process, whose principles will be finalized in 2003. In addition to a financial commitment, we want to leverage our networks to increase customer awareness of actions conducted with non-governmental organizations. We are also committed to helping our partners by providing local or global resources, infrastructure, procurement or transportation assistance, as well as volunteer support from employees. In 2003, a Group steering committee was created to more clearly define these orientations and identify NGOs that correspond most closely to our objectives.



A.A. CRIANÇA, BRAZIL

Promoting diversity
In the United States, Accor North
America supports a large number
of organizations that promote
diversity. For example, it has been
a donor and driving force on
the Diversity Committee of
the American Hotel & Lodging
Educational Foundation for many
years. Employees give their time
and energy to local organizations
that educate and train disadvantaged
young people, improve housing,
and provide shelters and counseling
for the needy.

## Emergency assistance

In Australia:
**Partnership strengthened
with CARE in Asia-Pacific**
A partner to CARE Australia since 1998
and a founding member of the
organization's works council, Accor
Asia-Pacific provides free lodging for
CARE employees traveling in the region.

**Forest fires in New South Wales
(2001/2002)**
Local Novotel, Mercure, All Seasons and
Ibis teams contributed lodging, meals
and logistical support for fire fighters
during the forest fires around Sydney.

**Terrorist attack in Bali (2002)**
Accor provided immediate assistance
and support to victims and their families
traumatized by the terrorist attack in Bali.

• Recently acquired Davidson Trahaire,
Australia's leading human resources
consulting business, offered free
counseling for victims and their families
traumatized by the nightclub terrorist
attack in Bali.

• The Novotel Melbourne on Collins
provided free lodging for family members
of victims being treated at the city's
Alfred Hospital.



**Farmhand Foundation**
Since 2002, Accor has provided lodging
and logistical support for members of
Australia's Farmhand Foundation, a relief
organization for families suffering the
effects of drought.

In France:
**Alès Ibis supports Gard valley
flood victims**
Following the heavy flooding in southern
France's Gard valley on September 8
and 9, 2002, the Ibis hotel in Alès, the
area's largest city, organized a relief
initiative, calling on regional Accor
executives to collect and deliver supplies
for the city's residents. More than
40 Accor hotels responded, contributing
not only funds but also sheets, blankets,
cleaning products, water pumps and
more than 300 kilograms of
disinfectants.

In Brazil:
**Ticket Car supports food bank program**
Since August 2002, Accor Services
subsidiary Ticket Car has supported
Banco de Alimentos, a Brazilian non-
governmental organization that has
managed a hunger relief program for the
past three years. Every month, Banco de
Alimentos collects 30 tons of food from
110 donors, which is then distributed to
nearly 18,500 people through 39 social
service organizations in the Sao Paulo
suburbs. Ticket Car pays for the gasoline
of the three utility vehicles that collect
and distribute the food.

## Child sponsorship



**In Indonesia: A Tree for a Child**
Created by Accor in 2001, "A Tree for a
Child" supports educational programs
for underprivileged children and teaches
respect for the environment. In 2002,
70 children received aid through the
program.

**In Thailand: UNICEF – Youth Career
Development Program**
Three Novotel hotels in Bangkok have
organized training in hotel industry skills
for disadvantaged high school students.

**In Brazil: A.A. Criança**
For ten years, Accor Brazil has given
financial support to A.A. Criança, an
association that works with street kids
in São Paulo.



**In Uruguay: Proyecto 300**
In cooperation with the National Minor's
Institute (INAME), Accor Services
Uruguay printed 72,000 special grocery
vouchers that were distributed by social
workers to families whose children
attend school on a regular basis.
The program has helped bring nearly
300 truants back to school.



**Combating the sexual exploitation of children**

Accor partners with ECPAT, a network of organizations and individuals whose mission is to End Child Prostitution, Pornography And Trafficking of children for sexual purposes. Initiated in 2001 in France, through the CWLT travel agencies, the partnership has been extended to Accor hotels in Asia, which have signed the ECPAT code of conduct. An information and training program was introduced for Accor staff in Thailand, with the goal of preventing sexual exploitation of children both inside and outside hotels. The program, which received a Golden Award from the Pacific Asia Travel Association, will be pursued in France and extended to other countries in Asia in 2003.

## Other corporate philanthropy programs



**Unesco:** Financing since 1999 for projects to protect and showcase cultural assets.
Work continued during the year on renovation projects at the Bat Chum Temple in Angkor, Cambodia and the Prince Gong Palace in Beijing. In Tunis, construction was completed on the computer-initiation center for children in the Medina district.



**Groupe Développement:** Financing of socio-economic projects with local non-governmental organizations
In 2002, Accor supported a program designed to protect Moroccan street children and help them return to mainstream society. Since 2000, we have been involved in similar actions in Egypt, Mali, Senegal, Chad, Colombia and Romania.



**France:** Meal voucher donations for the Red Cross
In partnership with the French chapter of the Red Cross, Accor Services France organized a program to encourage donations of meal vouchers, whose equivalent in cash is then given to the Red Cross. The program was presented to around 900,000 employees of the 48,000 companies that purchase Ticket Restaurant meal vouchers, generating more than €65,000 in donations.

## Employee involvement



**Germany:**
Accor Tag supports the local Cystic Fibrosis Association and the National Paralympics Committee. For its fifth year, Accor Tag brought together nearly 300,000 people and collected more than €400,000, with employees from 88 of our 280 hotels in Germany organizing special events for the occasion. For the first time the initiative was extended to Switzerland to raise money for the Swiss Foundation for Children with Cerebral Palsy.



**Venezuela:** Cestaticket Solidario humanitarian vouchers
In 2002, for the third year in a row, Accor Services Venezuela organized its Cestaticket solidarity voucher program with the Social Alliance Committee of the Venezuelan-American Chamber of Commerce. Under the program, participating companies purchase vouchers with a unit value of 50,000 bolivars, which they donate to the humanitarian or charitable organization of their choice. Cestaticket Accor Services Venezuela contributes by producing the vouchers and administering the program free of charge.



**Spain:**
**Combating hunger**
Since 1998, Accor Services has organized an annual nationwide fund-raising campaign to combat hunger around the world.
In 2002, €58,000 were collected, an increase of 52% over the previous year.

**France: Restos du Cœur**
Since 1999, Accor has supported the Restos du Coeur meals-for-the-needy program by providing free accommodation for musicians taking part in the traditional fund-raising concerts, which were last held in Lille in January 2003.

## Support for entrepreneurs

**Partnership with Sud Île-de-France Entreprendre**
Accor promotes the creation of small businesses in France through its support for Sud Île-de-France Entreprendre, a member of the government-recognized Entreprendre network. In 2002, the network helped found 200 small and mid-sized companies that will create some 3.000 jobs over the next five years.



**CORPORATE PHILANTHROPY ON THE INTRANET**
*Actions undertaken in 2002 were analyzed to prepare a list of best practices, posted in the Sponsorship section on the corporate intranet.*

Case 1:04-cv-00789-JMF    Document 36-6    Filed 07/31/2007    Page 15 of 23

This chapter on sustainable development has presented an overview of our programs and initiatives, during a year in which our commitments were formalized. The figures, which mainly concern our hotel business, are based on variable scopes of reference depending on the availability of data for consolidation (France, Europe and the United States for the environment and worldwide for social programs). Our reporting systems will be gradually extended to cover all majority-owned businesses around the world.

We have embraced a strategy and created an organization. Two vectors have been defined for extending the use of correct practices, and the Management Board has shared its sustainable development commitments with employees. Pathways to future progress have been cleared. Now we need to sharpen their focus and determine an efficient implementation schedule.

Sustainable development is a complex, cross-functional process that involves all employees at every level of decision. Effectively implementing this process in a decentralized, networked organization like ours means successfully deploying practical measures that take into account the geographic diversity and the differing economic and regulatory systems of our 140 host countries. This requires a long-term strategy, supported by a lasting commitment.

# EXPANSION AROUND THE WORLD
## HOTEL OPENINGS IN 2002



## NORTH AMERICA

Opening of **30 hotels** of which 21 franchised, representing 3,246 rooms

**Canada**
11 Sofitel, in Montreal

**United States**
2 Sofitel, in Washington and Chicago
10 Red Roof Inns
15 Motel 6
2 Studio 6

**Argentina**
1 Sofitel, in Buenos Aires

**Brazil**
1 Novotel, in Vitoria
1 Mercure, in Brasilia
7 Ibis
6 Parthenon

**Ecuador**
1 Sofitel, in Quito
2 Mercure, in Quito and Cuenca

**Guadeloupe**
1 Novotel, in Gosier

**Mexico**
2 Novotel, in Mexico City and Monterrey
2 Ibis, in Monterrey

## CENTRAL AMERICA AND SOUTH AMERICA

Opening of **24 hotels,** representing 3,828 rooms





## EUROPE

Opening of **207 hotels,** representing 28,861 rooms

**Germany**
103 hotels, of which 87 through the equity investment in Dorint
1st Suitehotel, in Hamburg

**Austria**
4 Dorint
2 Etap Hotel
1st Suitehotel, in Vienna

**Belgium**
1 Ibis, 1 Novotel,
1 unbranded hotel

**Spain**
1 Novotel, in Barcelona
4 Ibis, in Alicante, Saragossa, Seville and Valencia
2 Etap Hotel, in Alicante and Bilbao
1 Formule 1, in Valladolid

**France**
Opening of 50 hotels, including
2 Sofitel, in Marseilles and Lyons
The hotel complex at Paris' Charles de Gaulle airport (1 Etap Hotel, 1 Ibis, 2 Suitehotel and 1 Formule 1)
1 Novotel, 3 Suitehotel, 8 Mercure
11 Ibis, 24 Etap Hotel, 1 Formule 1





**Morocco**
1 Sofitel, in Marrakech
1 Ibis, in Fnideq

**Saudi Arabia**
1 Mercure, in Mecca

**United Arab Emirates**
1 Mercure, in Al Ain

**Mozambique**
1 Ibis

**Yemen**
1 Sofitel, in Taiz

# AFRICA
# MIDDLE EAST
Opening of **6 hotels**,
representing 992 rooms



**United Kingdom**
1 Sofitel, in London
3 Novotel, in Leeds, Manchester
and Milton
3 Ibis, in Hull, London and
Northampton
1 Etap Hotel, in London

**Hungary**
1 Sofitel, 1 Novotel, 1 Mercure

**Italy**
1 Novotel, in Turin
2 Mecure, in Naples and Rome

**Netherlands**
4 hotels, 3 Dorint and 1 Mercure

**Poland**
2 Novotel, in Krakow
and Sczcecin
2 Ibis, in Krakow
and Sczcecin

**Portugal**
4 hotels, including 3 Ibis

**Czech Republic**
1 Mercure, in Prague

**Russia**
1 Novotel, in Moscow

**Sweden**
1 Ibis

**Switzerland**
1 Ibis, 2 unbranded hotels

# ASIA-PACIFIC
Opening of **24 hotels**,
representing 4,323 rooms

**Australia**
1 Novotel in Alice Springs
2 Ibis, in Newcastle and Sydney
1 Formule 1 in Melbourne

**China**
Partnership with the Jin Jiang hotel group
1 Sofitel, in Shanghai
1 Novotel, in Wuhan
1 Zenith
2 Century

**Indonesia**
1 Mercure, in Bali

**Japan**
1 Sofitel, in Nagoya
1 Novotel, in Osaka
1st Formule 1, in Numazu and Tokyo

**New Zealand**
4 hotels, including
1 Novotel in Wellington
1 Mercure in Auckland

**Thailand**
1 Sofitel, in Bangkok
1 Novotel, in Phuket
1 Mercure, in Bangkok

HOTELS



14 major openings
in 2002

April:
May:
June:
September:

## HOTELS

# *upscale*





**SOFITEL**
ACCOR HOTELS & RESORTS

159 hotels
31,660 rooms
54 countries
14 openings

Customers: 63% business, 37% leisure.

## *new émotions. new hotels**

www.sofitel.com



**SOFITEL SILOM BANGKOK, THAILAND**

Launched in France in 1964, Sofitel is today the world's fifth-largest Upscale hotel chain, with the most extensive network in its category in France (38 hotels) and in the rest of Europe (69 hotels in 16 countries). Sofitels are generally located in city centers, at outstanding tourist destinations and near international airports.

Diversified, yet offering the same quality experience, the network ranges from ultra-modern structures in New York and Chicago to stately mansions and legendary palaces, like the Palais Jamaï in Fez or the Old Cataract in Aswan. It also includes nine Sofitel Thalassa resorts featuring renowned seawater therapy institutes. Each hotel projects its own personality and atmosphere, reflecting its history or setting. All share a distinctive French spirit characterized by quality interior decoration, a warm welcome and refined service. The network's gourmet restaurants have also helped build the reputation of the Sofitel brand around the world.

*\* Brand tagline.*

Sofitel, world ambassador for the French *art de vivre*

SOFITEL CHICAGO WATER TOWER, UNITED STATES

*Restaurants supervised by outstanding chefs, featuring fresh, top-quality ingredients, original recipes and respect for local culinary traditions.*

*Refined service, personalized customer care and access to the latest technological amenities.*

*Locations in major international cities and prestigious vacation resorts.*

*Rooms equipped with all the features you expect in a world-class hotel.*

*Expressing a distinctly French "art de vivre", unique among international luxury hotels.*





SOFITEL ATHENS AIRPORT, GREECE



SOFITEL ST JAMES LONDON, UNITED KINGDOM

### 2002 Highlights

**Successful marketing campaign**

Sofitel launched a number of successful, worldwide promotional offers for individual leisure customers during the year. The Getaway Invitations and Weekend Invitations, offering discounts of up to 40% on rack rates, proved very popular and are now eagerly awaited by regular Sofitel customers.

**Loyalty cards**

The new Sofitel Privileged Guest loyalty program was introduced, enabling members to earn Compliments points that can be used throughout the Accor hotel network.

### New advertising for a new image

An international advertising campaign was launched, with the catchphrase "New émotions, new hotels." The chain also showcased its culinary expertise with an insert in the Sofitel Guide, listing the 19 hotels cited during the year for their outstanding restaurants.

### Strengthened partnerships

Sofitel stepped up its joint programs with airlines like Air France, American Airlines and Cathay Pacific, and forged a new partnership with Japan Airlines. Relations with American Express and Visa were also strengthened.



**The new Novotel room concept**

Because lifestyles change, Novotel is constantly innovating and redesigning its rooms to allow for more rest and relaxation. Interior decoration and volumes have been reworked to emphasize space and comfort, and new features have been added, like a freestanding shower and a swivelling desk. Novotel is the first Midscale hotel chain to offer this level of comfort. The new room concept will be introduced as new hotels are built, older properties are renovated and other hotels are acquired.

## HOTELS

# *midscale*





**354 hotels**
**60,084 rooms**
**57 countries**
**22 openings**

Customers: 65% business 35% leisure.

## *welcome, you're home**

▶ www.novotel.com

*Spacious rooms offering maximum comfort for families and business travelers alike.*

*....*

*Up to two children under 16 can stay for free in their parents' room and are entitled to a free breakfast buffet.*

*....*

*Food service available around the clock.*

*....*

*Other services include parking facilities and recreational areas, with a garden, swimming pool and, in some hotels, a fitness center.*

Initially designed to deliver consistent services to business travelers around the world, Novotel soon began to extend its offer to other segments. In 1984, for example, it pioneered the practice of allowing children to stay for free in a successful bid to attract families. In 2002, the chain embarked on a new phase in its development, investing in city-center locations in large metropolitan cities, upgrading room design, and introducing Côté Jardin, a new restaurant concept. With its modern, constantly updated services and features, Novotel has been recognized for more than 30 years as the standard in Midscale hotels.

**City centers targeted for expansion.** In 2002, the Novotel network was extended to Mexico, Japan and Bahrain, and 22 hotels were added, mostly in center-city locations, notably in Barcelona, Budapest, Manchester, Mexico City, Moscow and Osaka. Another 20 units are scheduled to open in 2003, with the majority located outside France, in Lithuania, Chile, Mauritania, Lebanon, Japan, Belgium, Italy, Spain and the United Kingdom.

**Weekend Breaks,** offering year-round discount prices Friday through Sunday, were introduced in more than 200 Novotel across Europe. At certain times of the year, the offer is extended throughout the week.

**The Meeting@Novotel** comprehensive conference management service was also launched.

**Partnerships were strengthened,** with the extension of the Frequence Plus customer loyalty program created with Air France in 2001 and the creation of alliances with Japan Airlines and Air New Zealand.

*\* Brand tagline.*



New weekend services

Novotel has responsively enhanced services for family and leisure customers, with more flexible breakfast and restaurant hours, video games for children, and the possibility of keeping the room until 5:00 p.m. on Sunday.



SUITEHOTEL WIEN IN VIENNA, AUSTRIA

*A 30-square-meter modular suite, often for less than the price of a conventional room in the same category.*

*Direct phone lines with voice mail, two telephones and a direct Internet hook-up.*

## a new hotel experience*



**8 hotels**
**1,106 suites**
**3 countries:** France, Germany and Austria
**5 openings**

Customers: 78% business, 22% leisure.

*A multi-functional lobby, open around the clock, plus a lounge, bar, deli corner, and business and fitness areas.*

*Complimentary coffee and croissants in the morning.*

*Special rates for stays of four or seven consecutive nights*

The most recent addition to the Accor family, Suitehotel offers a new hotel concept comprised of functional, 30-square-meter modular suites. Built with high quality materials, the rooms are equipped with the latest communication technology and can be arranged for work or leisure, depending on the customer's needs.

The Suitehotel network is expected to number roughly 35 units by 2006. Ten projects are already underway in France and Germany.

### 2002 Highlights

**First openings outside France**
• Extension of the French network, with the opening of two hotels at Paris Charles de Gaulle airport and in Calais. Construction began on two others near Paris, in Vélizy and Rueil-Malmaison, which are scheduled to open in first-half 2003.

• Initial expansion in international markets. Suitehotel were opened in Vienna and Hamburg, while three others will be opened in Germany by 2005, in Berlin, Hanover and Munich. Projects are also scheduled for the Netherlands, Luxembourg and Belgium, to open in 2005 and 2006.

**Grand Weekend offer**
To attract short-stay leisure customers, the chain introduced a popularly priced, reservation-only Grand Weekend offer with the catchphrase: "From Friday noon to Monday noon, come and leave whenever you like for the same price."

**Raising brand awareness**
Suitehotel became a member of the French national railway's Train+Hotel program and created a partnership with Daimler France by joining the Smart Move program for owners of Smart cars.

**Customers as brand ambassadors**
To encourage loyal customers to promote the chain, Suitehotel began giving customers "first visit" cards to be used by friends and family. Guests presenting the card receive a special welcome and a €10 reduction for stays in the Suitehotel network.

*\* Brand tagline.*

**71**




*Comfortable, impeccably equipped rooms.*

—

*Three easy-to-identify levels of comfort, from two to four stars.*

—

*Quality restaurants offering carefully prepared dishes that showcase regional recipes and local products.*

—

*Served by trained wine stewards. Mercure's fine wines are chosen in blind tastings by a panel of experts and knowledgeable customers.*



**mercure**

**689 hotels** including the Libertel, Parthenon, Orbis and All Seasons chains

**79,631 rooms**

**45 countries**

**47 openings**

Customers: 55% business, 45% leisure.




## feels good to be down home*

www.mercure.com

When the Mercure chain was acquired in 1975, it numbered 14 hotels in France. Since then, it has been expanded through a large number of acquisitions and franchise agreements to become Europe's second biggest hotel chain, regardless of segment, and the largest in the Midscale market. Its network of 700 hotels federates a number of chains, including Libertel, located mainly in Paris, Parthenon in Brazil, Orbis in Poland and All Seasons in Australia. Two of the brand's distinguishing features are the diversity of its hotel base and the variety of its establishments. Mercure hotels are located in a highly eclectic array of settings, in the heart of major international cities, in or near smaller cities, in business districts or near tourist attractions.

### 2002 Highlights

**42 hotels opened**

The chain extended its European presence with the opening of a hotel in Prague, Czech Republic. Operations also began in Ecuador, with two openings, and in New Zealand, with one new unit.

**Attractive promotional campaigns**

• Europe. Launched in October, the Mercure Weekends program offers popular, year-round discounts of 10 to 40% on rack rates (depending on the hotel) for Fridays, Saturday, Sundays, holidays and the day before holidays. The new offer builds on the Mercure Advantage program, distributed by automobile clubs, insurance companies, banks, telecom carriers and many other companies, which enables individual leisure customers in Europe to benefit from a 30% discount on rack rates (excluding breakfast) on weekends and at certain other times of the year.

• France. The two-for-one promotion for seniors 55 and over resulted in 36,000 room nights booked in 2002, compared with 12,000 in 2001.

* Brand tagline.





MERCURE   LIBERTEL   PARTHENON   ATRIA

## *city-center charm\**

 www.libertel-hotels.com

**libertel**
*Accor hotel*

**40 hotels**
**2,500 rooms**
**2 countries**
France and Belgium

Customers: 50% business, 50% leisure.

The Libertel hotels were acquired in 1999 by a 30%-owned Accor subsidiary and two US investment funds, Colony and Blackstone. Properties are ranked in three categories depending on their location, amenities and services. With their quality decor, warm atmosphere and personalized service, Libertel hotels have received wide acclaim from individual business and leisure customers. The chain counts nearly 40 properties, of which 31 are in Paris and the remainder in other parts of France and in Brussels.


**PARTHENON**
*Accor hotels*

**70 extended stay locations in Brazil**

Local customer base.



PARTHENON SÃO JOSÉ DOS CAMPOS SPACE VALLEY, BRAZIL

## *a new lodging concept\**

 www.mercure.com

Created in Brazil, the Parthenon chain of extended stay locations caters to both business and leisure travelers. This innovative concept offers fully equipped studios and one-bedroom apartments, with related services and hotel-style hospitality. Room rental covers a full range of hotel services (housekeeping, reception, 24-hour concierge services, phones, answering service, laundry and room service), food services (breakfast and access to the bar and restaurant), fitness facilities (swimming pool, sauna and gym), and modular areas, including equipment and support services, for organizing meetings and small receptions. Brazil's leading extended stay network, Parthenon is planning to open 35 new units in the next five years.

## *the place to meet\**

**ATRIA**

**12 conference centers in France**

Customers: business.

www.accorhotels.com

*The Atria brand designates a number of Novotel and Mercure hotels offering turnkey event organization services. They feature state-of-the-art conference centers, including an amphitheater or auditorium, audiovisual control room, modular conference rooms and reception areas. Created in 1989, Atria has long been committed to delivering the finest quality experience—a commitment embraced by all its teams and supported by a "money back guarantee" that is clearly defined in a contract based on customer expectations and objectives. In June 2002, the Atria network was awarded Qualicert accreditation, attesting to the reliability of its skills and expertise and enhancing market perception of its commitments.*

*\* Brand tagline.*