

Case 1:06-cv-00198-RMU Document 36-7 Filed 07/31/2007 Page 1 of 22

In 2002, Ibis opened its first hotel in Hong Kong, the initial step in an ambitious development program. Over the next three years, the chain plans to build and open three new 150-room hotels in Tianjin, Chengdu and Chongqing.

HOTELS

# economy

622 hotels of which 334 in France
65,791 rooms
33 countries
45 openings

Customers: 55% business, 45% leisure.

*Comfortable, tastefully decorated rooms with bathrooms, telephones and TVs.*

*All-you-can-eat breakfast buffets from 6:30 to 10:00 a.m., plus "early bird" (4:00 to 6:30 a.m.) and "late riser" (10:00 to 12:00 noon) formulas.*

## full service at the right price*

*A friendly bar area and original food service concepts that vary by region and season.*

*With the 15-minute Satisfaction Guarantee, if a problem with the hotel isn't solved in 15 minutes, the customer stays for free.*

*Reception and other services available around the clock.*

Created by Accor in 1974, Ibis hotels are recognized for their excellent value for money and convenient locations. Already Europe's largest Economy hotel network, Ibis is expanding its coverage of the continent through investments in leading city centers in France, Spain and the United Kingdom, and is accelerating its entry into emerging markets by opening large capacity hotels, with a focus on China and Brazil.

2002 Highlights

**Faster growth in the global marketplace**
In 2002, Ibis actively pursued its European expansion in France, Germany, the United Kingdom, Spain and Portugal, extended its network in Brazil, Australia, Dubai and other United Arab Emirates, and began operations in three new countries, Slovakia, China and Mozambique. The chain remains on schedule to meet its goal of opening more than 60 properties by the end of 2003, with 14 openings scheduled in Brazil, 11 in Germany, 9 in France and 7 in Spain.

**Promoting weekend stays**
The weekend rate strategy was pursued in 2002, supported by special offers and advertising campaigns. The chain also benefited from the French national railway's Train+Hotel station displays and continued its "weekend events" program on the France 2 television channel.

**442 hotels receive ISO 9001 certification**
Unlike ISO 9002 certification, which concerns an organization's resources, ISO 9001 sets performance standards. For example, the hotels that were certified in 2002 were required to offer 24-hour room access, breakfast from 4:00 a.m. to 12:00 noon, and round-the-clock bar and snack.

* *Brand tagline.*



**New rooms for a new image**

In line with its commitment to faster growth, Etap Hotel has redesigned its rooms to align them with its objectives. With the washbasin and shower cabin now in the same area, the new rooms appear more spacious and comfortable. Reception areas have been renovated to give the brand a livelier, more exciting image. In this way, the chain has enhanced its competitive advantage while maintaining its Economy positioning.

The product revitalization process also included the chain's graphic identity and logo, which has integrated the Accor Hotels brand.

266 hôtels of which 196 in France
20,760 rooms
9 countries
30 openings

Customers: 60% business, 40% leisure.

*Warm, cozy, soundproof rooms for up to three people.*

*Integrated bathroom.*

*All-you-can-eat breakfast buffet.*

*Wide choice of TV programs.*

*Reception desk open from 6:30 to 11:00 a.m. and from 5:00 to 10:00 p.m. (hours may vary from one country to another). Automated room sales available at other times.*

ETAP LONS-LE-SAULNIER, FRANCE

## *comfort at budget prices**

Created by Accor in 1991, Etap Hotel provide highly cost-effective lodging solutions for business and leisure travelers in Europe and Israel. The chain's development strategy focuses on large metropolitan areas, with locations in city centers, along major roadways and near airports. In 2002, the Etap network added 30 new properties, half of them in France.

In Europe, the chain entered two new countries: Spain, with the opening of a 79-room hotel in Alicante and a 76-room unit in Bilbao, and Austria, where hotels were opened at the Salzburg airport (60 rooms) and in Vienna (72 rooms). Positions were strengthened in the United Kingdom and Switzerland. The first opening in the Netherlands is scheduled for 2003.

## *sleep well at the lowest price**

*Functional rooms featuring basic comforts and a television.*

*Reception desk open from 6:30 to 9:30 a.m. and from 5:00 to 9:00 p.m. Automated room sales possible 24 hours a day.*

*Self-service, all-you-can-eat breakfast buffet*

*A price/cleanliness commitment to customers: Formule 1 guarantees the market's lowest rates for rooms offering the same level of comfort.*

368 hotels of which 285 in France
27,497 rooms
12 countries
5 openings

Customers: 50% business, 50% leisure.

With the creation of the Formule 1 concept in 1984, Accor pioneered the truly low-cost hotel segment. The chain was the first to offer "a comfortable room for up to three people for less than €15." An example of Accor's capacity for innovation, Formule 1 has been the benchmark in the budget segment for more than 15 years. In 2002, the network extended its international coverage, with the opening of two hotels in Japan, one in Australia near the Melbourne airport, and another in Valladolid, Spain. In France, the chain broadened its presence in the Paris area, opening a 146-room hotel near Charles de Gaulle airport.

* *Brand tagline.*



RED ROOF INN, SAUGUS, MASSACHUSETTS

**"Red's new rooms" standard creates new competitive advantage**

In 2002, a new standard for room furnishings and amenities was defined and tested at Red Roof Inns in Saugus, Massachusetts and on New York's Long Island. Called "Red's new rooms," the new concept will be introduced in renovation and construction projects beginning in 2003. The program is intended to gradually improve Red Roof Inns' positioning in the Economy hotel segment. By offering customers services far superior to those usually found in the price range, the chain hopes to lengthen its lead over the competition.

*A highly standardized product, delivering consistent services that have won customer praise and led to a high rate of intentions to return.*

*Services include free local phone calls, voicemail, data ports, complimentary coffee and morning newspaper, and cable television.*

*Business King rooms for loyal business customers, with a king-size bed, giant TV screen, oversized desk with powerful lighting and speaker telephone.*

*Friendly, efficient service.*

*RediCard Preferred Member program, offering one night free for every ten room nights (based on an average room rate of $50).*

354 hotels
38,326 rooms
2 countries
10 openings

Customers: 55% business, 45% leisure.

red roof inns
ACCOR hotels
RED ROOF INN, DALLAS, TEXAS

*red knows the road**

www.redroof.com

Located mainly in the Midwest, Northeast and South of the United States, Red Roof Inns joined the Accor Group in 1999. Thanks to its highly standardized product, the chain offers consistent quality and affordable prices. The RediCard Preferred Member program and the chain's webmarketing initiatives have enabled Red Roof Inns to attract and retain a loyal base of mostly business customers. Over the next five years, the goal is to build a network of 500 hotels, mainly through franchise agreements.

## 2002 Highlights

**Extending the network**

Nine new Red Roof Inns opened in 2002 and 15 openings are scheduled in 2003.

**Sustained promotional activities**

• The Operation Red Storm contest for hotel managers created strong sales momentum and will be repeated in 2003.
• Red's Hot Deals, the chain's special offers portal, remained as popular as ever, generating half of all e-bookings for the year.
• The RediCard Preferred Member program, introduced in April 2001, has attracted more than 150,000 customers and accounted for more than 22% of the chain's 2002 revenues.
• The "Red Knows the Road" advertising campaign was introduced, with the media debut of the new "Red" bobblehead doll mascot.

* *Brand tagline.*



RED ROOF INN, DALLAS, TEXAS

## *we'll leave the light on for you**

www.motel6.com

824 hotels
85,942 rooms
United States and Canada
15 openings

Customers: 35% business, 65% leisure.

MOTEL 6, DALLAS, TEXAS

*Children under 18 stay for free.*

*Swimming pool and laundry service in most hotels.*

*Complimentary services include cable TV, free local phone calls and morning coffee.*

Founded in 1962 in Santa Barbara, California to offer "comfortable rooms at the lowest price of any national chain," the Motel 6 network has since been extended across the United States and into Canada. With its outstanding value for money, the chain is ranked number one in the Economy lodging segment by D. K. Shifflet & Associates**, the leading US travel/tourism market research and consulting firm. Since 1997, Motel 6 has posted the industry's best results. By focusing on sustained development through franchising in both the US and Canada, it expects to have a network of 1,000 locations within five years.

**2002 Highlights**

- The pace of development was maintained, with 16 openings during the year and an additional 25 scheduled in 2003.
- A Spanish-language advertising campaign was launched in southern California, and a toll free number in Spanish was introduced.
- The Click 6 promotional offer was responsible for 45% of visits to the Motel6.com website.

Motel 6 celebrated its 40th anniversary in Santa Barbara, the city where it was founded.

* *Brand tagline.*
** *"Comfortable rooms at lowest price of any national chain."*

## *extend your stay, not your budget**

www.staystudio6.com

MOTEL 6, DALLAS, TEXAS

*Spacious, 28-square-meter room with a furnished kitchen, large work area, voicemail and cable television.*

*Weekly laundry and housekeeping services.*

*Special weekly rates.*

*Pets allowed.*

*Free local telephone calls and special rates for long distance calls.*

39 hotels
4,948 rooms
United States and Canada
2 openings

Local customer base.

Accor created the Studio 6 chain of "economy extended stay lodging facilities" in 1999 to expand its range of Economy properties in the US. Studio 6 meets the special needs of travelers who are on the road for longer periods. A broad array of synergies have been created with Motel 6, which has included Studio 6 in its hotel guides, on its website and in other communication media.

The chain's objective is to pursue its development in the United States and Canada through acquisitions, relying principally on franchise agreements.

**2002 Highlights**

Opening of two Studio 6 locations in McAllen, Texas and East Brunswick, New Jersey.

* *Brand tagline.*



**Supporting local cultural life**

**As an active participant in the life of its host communities, Accor Vacances has introduced the Agora Festivals, which feature jazz, classical music, story-telling and French popular songs.**

# TOURISM AND LEISURE

www.accorvacances.com

## genuine well-being*

SOFITEL IMPERIAL, MAURITIUS

Accor Vacances

200 hotels
50,000 rooms

*The signature for Accor's resort hotels. A cross-section of the Group's different brands, these hotels feature outstanding locations for vacationers looking to relax, discover new places or get a change of scenery.*

The alliance of the extensive hospitality skills of Accor's hotel chains and the holiday expertise of our tourism and leisure businesses entered a new phase in 2002, with the development of a portfolio of dedicated products and services. In the leisure segment, Accor Vacances offers a wide array of destinations for all tastes and budgets, backed by the quality and service guarantees of our hotel brands. Accor Vacances includes 200 Midscale to Upscale hotels from among the Group's different chains. Located in 35 of the world's most prestigious tourist destinations, these hotels offer a comprehensive range of leisure and recreational activities for vacationers who want to rest, relax or discover new lands. All Accor Vacances hotels, from the Basque country to Brazil, must comply with a charter of excellence covering all aspects of leisure activities, including lodging, gourmet restaurants, sightseeing, reception services, children's activities, entertainment and sports.

### 2002 Highlights

The first Accor Vacances catalogue was published, with 223 pages devoted to 35 destinations and 81 organized tours.

Accor Vacances

* *Brand tagline.*

11 clubs 7 countries

Coralia Club

*Coralia Club is the Accor Vacances brand that caters to families. It offers two formulas—one including breakfast plus one other meal and the other all-inclusive—that enable vacationers to manage their budgets more effectively. Coralia Club's chief advantage, however, is its broad array of specially designed services and activities. One example is Baboo Village, where children can take part in a wide range of pursuits and experience incredible adventures built around the host country's culture and natural wonders. Other sports, leisure and discovery activities are organized for parents and children together, thereby creating the spirit of a true family vacation.*



Brand visibility is also enhanced through partnerships. Accor Thalassa, for example, sponsors the "Trophée Aïcha des Gazelles" women's car rally, which runs from France to Morocco. In 2002, the race ended at the Sofitel Thalassa Marina Smir, where roughly one hundred French and Moroccan journalists generated exceptional media coverage for the hotel. In 2003, for the Trophée's 13th running, the race will end at the Sofitel Marrakech, with journalists from around the world expected to cover the event.

SOFITEL THALASSA VILALARA, PORTUGAL

Seawater spas.

Spring water spas.

Beauty and relaxation centers.

Government-subsidized, doctor-prescribed cures.

www.accorthalassa.com

# *because it feels good**

Accor Thalassa

25 spas
7 countries
2 openings

*In 2002, Accor Thalassa confirmed its leadership in the fitness and wellness market, with 150,000 customers and more than one million treatment days.*

Specialized for 30 years in health and fitness, Thalassa International changed its name in 2002 to Accor Thalassa, clearly stating its role as Accor's fitness, health and wellness division. The chain expanded its range of capabilities, supported by the quality of its hotel network, and now deploys its expertise in four areas: seawater therapy, water therapy, beauty & spa, and hot spring therapy.

2002 highlights

Accor Thalassa introduced a new graphic identity that expresses its core competences and emphasizes the chain, while allowing each facility to maintain its own personality.

Early 2003

• Two spas were opened, Oriental Spa at Sofitel Marrakech, and a 1,000-square-meter Beauty Spa at Sofitel Imperial, Mauritius.
• The Accor Thalassa catalogue was published. It presents the chain's 25 spas and their related Accor hotels.

** Brand tagline.*








*Accor manages a number of strategically aligned travel agency networks that provide additional sales outlets for the hotel business across Europe. It also pursues an active partnership strategy with tour operators outside France.*

620 leisure travel agencies
3 countries

*leisure*

**Leisure Travel Agencies**
**Carlson Wagonlit Travel and Frantour**
• Since 1999, Accor has managed 620 Carlson Wagonlit Travel, Frantour and Viajes Ecuador leisure travel agencies in France, Belgium and Spain. The network has been extended through partnerships with the Alliance du Sud group of leading European tour operators, which comprises Selectour in France, CIT and BBL Travel in Belgium, CIT in Italy, and Halcon Viajes (Globalia Group) in Spain. In all, the network consists of 2,450 retail sales outlets across Europe.
**L'Alliance in France**
Created by Accor Travel and Selectour. L'Alliance is a network of 530 travel agencies. It also includes three other partner networks (CIT, Verney and Lusitania), for a total of nearly 1,000 agencies throughout France.

2002 Highlights

• Frantour re-branded the 27 French regional agencies acquired by Accor in 2001.
• In April, Italian tour operator CIT acquired Frantour tour operators in Belgium, the Netherlands and Switzerland.
• In May, Accor increased its equity interest in CIT to 10%.
• In early 2003, the Globalia Group acquired Viajes Ecuador's leisure businesses in Spain, prior to Accor's acquisition of a 2.5% stake in Globalia.

www.govoyages.com

368,000 passengers carried
1,000 destinations served
2,000 catalogued hotels

24.5% of sales to wholesalers
55% of sales to distributors
20.5% direct sales.

NOVOTEL BOGOR, INDONESIA

**PROFILE**

*In less than five years, Go Voyages has emerged as France's leader in no-frills flights and the development of Internet booking engines. The company designs popularly-priced travel packages to more than 1,000 destinations, using scheduled and charter flights, and markets them through travel agencies, websites, call centers and tour operators.*

**Air Travel**
Go Voyages benefits from an extended network of specifiers, including the market's ten biggest tour operators, more than 4,000 travel agencies and over 600 affiliated websites. In 2002, the equity and operating partnership with Accor was deepened, enabling Go Voyages to offer turnkey travel solutions combining air transport, lodging and rental car services. For its affiliated websites, Go Voyages is also developing booking software and search engines that are among the most advanced in the market.

• Accor increased its equity interest in Go Voyages to 60%.
• Go Voyages introduced its new Internet booking engine that allows users to conduct simultaneous searches for airline tickets and hotel rooms in real time.

**CWT Solutions Group supports BP in optimizing travel budgets**

In 2002, British Petroleum selected CWT Solutions Group for a major project, in the United States and Europe, to install an online booking system accessible around the clock to thousands of their travelers. In each region, Solutions Group experts selected the appropriate software for BP's configuration, deployed the system, trained users and provided technical support. In Europe, the KDS Corporate solution was immediately embraced by more than one-quarter of the users, a very positive response compared to the industry average. In the United States, roughly 70% of users switched to the CWT Horizon system. Thanks to supplier agreements preloaded into the system and less recourse to travel agents, BP is now generating significant savings in its booking costs.

www.carlsonwagonlit.com

# Business

12,500 employees
14,000 booking terminals
140 countries

NOVOTEL SYDNEY ON DARLING HARBOUR, AUSTRALIA

## PROFILE

*Carlson Wagonlit Travel, a 50% Accor subsidiary, is the world's second largest business travel agency network, specialized in optimizing business travel and expense management for corporate customers. Recognized by leading global companies for its high-quality service and technological expertise. Carlson Wagonlit won a number of new customers in 2002, notably Novartis, Unilever, Philip Morris, Reuters and Equant. It ranks among the top three business travel agencies in all its strategic markets, which together represent nearly 90% of worldwide GDP. It is also enjoying rapid growth in Asia.*

Carlson
Wagonlit
Travel

2002 Highlights

• The Symphonie online booking system was deployed with major customers in the US. Overall, companies using the system reduced transaction costs by about 20%.
• During the year, Solutions Group, CWT's consulting division, enhanced its expert skills in selecting and implementing online booking systems and strategic sourcing processes involving travel agencies, airlines, hotels and other travel service providers. Solutions Group revenues in Europe were up 40% for the year.
• In China, a joint venture was formed with the country' only business travel agency, while the division's share of the local market continued to expand.
• An innovative new service configuration was introduced with a dedicated pan-European e-center located in Warsaw.
• With the January 1 acquisition of AC Travel, Accenture and Andersen's German business travel agency, CWT became Germany's third largest business travel services provider.



**A commitment to preventing compulsive gambling**

Accor Casinos is France's first company to implement an overall strategy for handling compulsive gamblers, with special training given to more than 1,000 employees in the past two years. The program is part of the division's long-term approach to casino management and demonstrates its commitment to being a responsible operator.

# OTHER BUSINESSES

*Following its 1998 entry into the casino market, Accor is today France's third largest operator, with 16 casinos in France and one each in Switzerland, Belgium and Malta. Accor Casinos is committed to fast, harmonious growth through acquisitions and new properties, with a focus on providing customers with consistently high-quality reception services and amenities. That's why special employee training programs are offered in management, customer care, gaming regulations, slot-machine operation, and sensitivity to compulsive gamblers. Accor Casinos' goal is to expand its presence in an industry offering substantial return on investment. This assertive strategy will be supported by its closer partnership with Colony Capital. In 2002, Accor Casinos bid for concessions in a number of cities and resorts.*

2,000 employees

19 casinos

4 countries (France, Belgium, Malta and Switzerland)

7 million customers

**New resources**

US investment fund Colony Capital, Accor's financial partner, increased to 50% its equity interest in the joint venture that operates Accor Casinos establishments. The investment will enable Accor to deepen its position in strategic Northern European markets.

**Sustained performance**

Despite the arrival of euro coins and bills and new, more restrictive taxation in France, Accor Casinos was able to maintain its financial results at a very significant level.

**A stronger, upgraded network**

- Two casinos were opened in France, in Carnac in Brittany on June 7 and in Bordeaux on June 20.
- The concession holder of the Grand Casino in Le Touquet on France's northern coast was acquired on June 27.
- The Casino de Delémont Courrendlin in Switzerland opened, following completion of a renovation program.

**Recognized professional skills**

In October, 11 graduates of hotel, marketing and management schools were awarded bachelor's degrees in "leisure establishment management." The BA program was created in 2001 by Accor Casinos and the Lucien Barrière Group.

**Successful new casino concept in Bordeaux**

The new Bordeaux-le-Lac casino on France's Atlantic coast illustrates Accor Casinos' new casino concept. Featuring bright, open spaces, friendly staff and contemporary design, the casino attracted 360,000 customers in its first six months, with daily averages of 2,000 guests during the week and 3,000 on weekends. To meet the expectations of a diversified base of customers who are sensitive to the overall atmosphere and less focused on gambling, the new casino emphasizes entertainment and relaxation, with three theme restaurants, one gourmet restaurant, a bar, a 700-seat theater, 150 slot machines and, upstairs, gaming tables.





**Synergy**

In synergy with the Hotels Division, Lenôtre for the past two years has been sharing its skills and expertise with Sofitel chefs from Asia, Africa and North America by organizing pastry, baking and cooking classes.

**Awards**

• Lenôtre's 2002 "top prospect" awards were presented to 20 deserving young employees from across the organization.
• The International Gourmet Cookbook Trade Show award in the "desserts and sweets" category went to Olivier Poussier, Lenôtre's head wine steward, for his book "Desserts and Wines." Poussier was voted the world's best wine steward in 2000.

*Acquired by Accor in 1991, France's prestigious Lenôtre chain has become an ambassador for French gourmet foods in Germany, Morocco, the United States, Japan, South Korea, Saudi Arabia and Kuwait. Its creativity and expertise cover a broad palette of activities, including fine foods retailing, cooking schools, catering services, restaurants, and licensed products. Over the next five years, Lenôtre plans to extend its network of boutiques in France, accelerate the pace of openings in other countries to two franchises a year, and develop its licensed products business.*

LENÔTRE PARIS

LENÔTRE FRESH-FRUIT MACAROONS

39 boutiques and 2 restaurants
8 countries

2002 Highlights

• An eighth boutique was opened in Paris at 40, rue Cler, not far from the Eiffel Tower. In line with the concept introduced in Cannes last year, the new outlet emphasizes a customer-friendly environment and a wide range of products. Another opening is scheduled outside France, in Tunis.
• A prominent partner to prestige events, Lenôtre was chosen to help celebrate the 30th anniversaries of Must de Cartier and French newsmagazine Le Point, as well as the centennial of Air Liquide and the opening of the Artistes de Pharaon exhibition at the Louvre Museum. Lenôtre's unit on the Côte d'Azur served as official caterer to the Monte Carlo Open tennis tournament and the Cannes Longines Horse Show.
• ING Bank and EADS were the ninth and tenth companies to select Lenôtre to manage their executive dining rooms.

**Licensing Agreements**
• At the International Food Trade Show in Paris, Lenôtre and its partners unveiled the "Lenôtre Recipe" concept. The new brand covers a wide array of nearly 100 products, from prepared dishes to pastry, targeting mass retailers and food service professionals.
• With the signing of a partnership with Demarle, a manufacturer of flexible cooking molds, Lenôtre now benefits from a network of 4,000 door-to-door sales experts that will provide an entry into the recreational cooking segment. One of the first products launched will be the new "Gourmandises Junior" box, which includes 14 recipes, a chef's hat and a Lenôtre apron.

FOCUS

**Lenôtre Revitalizes Pavillon de l'Élysée**
In October 2002, Lenôtre's contract for the concession at the Pavillon de l'Élysée was renewed for a period of 14 years. Lenôtre's project, which delighted the City of Paris, was to capitalize on the restaurant's prestige location to develop it into a center for gourmet events. Dedicated to fine foods and the art of good living, the center will host a cooking school for adults and children and offer seminars for professional chefs. There will also be a boutique dedicated to the art of cooking and a 120-seat Café Lenôtre, opening onto the Champs-Élysées gardens. The center is scheduled to begin operations in second-quarter 2003.



Courtepaille
Since late 2000, Accor has retained a 20% interest in Courtepaille, a French steakhouse chain whose specialty is wood-fire barbecues. The stake supports the marketing partnership between the restaurants and the Ibis, Etap and Formule 1 Economy hotel chains.

COURTEPAILLE MONTARGIS, FRANCE

60 million meals a year

*Italian subsidiary Gemeaz Cusin operates mainly in contract food services. It also provides hospitality and corporate services and manages a central foodstuff purchasing agency. By integrating three businesses, Gemeaz Cusin fosters the emergence of sales and management synergies that have contributed to the company's strong results. To win new food service contracts, it is forming partnerships with service station networks, ferry lines and other transportation-related companies. The Services division is also focusing on diversifying its portfolio.*

GEMEAZ CUSIN
La Grande Ristorazione all'Italiana

2002 Highlights

**Active on all fronts**

- A quick-service restaurant concession on major roads was launched in partnership with oil company Api.
- Onboard food services were expanded on Tirrenia ferries with Italy's five major regional navigation companies.
- A semi-public company was created with the Florence City Hall to prepare meals for schools and hospitals in the region. Some 4,500 meals a day are packaged and delivered while complying with cold chain

requirements. The contract represents annual revenues of €7 million.
- New contracts signed in 2002 represented.
  - 16,000 meals a day in schools
  - 8,000 meals a day in hospitals.
  - 14,000 meals a day in companies.

PROFILE

*A subsidiary of Accor Brasil and Compass, GR Brasil has leveraged both companies' expertise to become a leader in the country's contract food and concession services market.*

160 million meals a year
900 company and hospital restaurants
870 vending machines

GR Brasil is far and away Brazil's largest contract food service provider, serving 640,000 meals a day, and the country's 15th largest employer with a workforce of 17,000 people. By leveraging its capacity for innovation in this highly promising market, the company increased sales by 13% during the year. To meet the needs of a highly competitive market, GR Brasil segmented its food service into premium and traditional products for companies and manufacturers. It has also introduced franchised brands, such as Bob's Fast Food and Dunkin' Donuts in bus stations, airports and other concession outlets, as well as in hospitals. The remote site business enjoyed substantial growth thanks to the signing of a multi-service contract to manage a site in Minas Gerais State.

2002 Highlights

- GR Brasil booked a record amount of new businesses in 2002, including large-volume, high value-added contracts with Volkswagen (four sites), Ford (three sites), General Motors (two sites) and Banco Itaú. GR Brasil serves 60% of Brazil's automobile industry.
- Upgrading procurement and supply chain processes enabled the company to create a competitive advantage.
- To broaden the service portfolio and create a higher barrier to entry, GR Brasil created a facilities management business in partnership with Dalkia Infra4.
- GR Brasil celebrated its 25th year of business.

Case 1:06-cv-00198-RMU Document 36-7 Filed 07/31/2007 Page 12 of 22

**La Compagnie des Wagons-Lits strengthens its identity**

Compagnie des Wagons-Lits has created a new graphic identity for use in all countries where it provides onboard train services. Visuals depicting travelers create a cozy, contemporary atmosphere. Next to the brand tagline—"A taste for travel"—the company promotes its "train-hotel" concept with the slogan "The night in a different light."

PROFILE

*An Accor subsidiary since 1991, Compagnie des Wagons-Lits is a European leader in onboard train services, providing hotel and food services to railways in Austria, Belgium, France, Italy, Portugal and Spain. On day trains and overnight "train-hotels," Compagnie des Wagons-Lits offers a variety of dining solutions, including snack bars, refreshment trolleys, in-seat meals and dining cars. It is also installing vending machines on France's entire high-speed train network. In a 2002 IPSOS survey conducted in France, Italy, Portugal and Spain, 90.6% of day-train customers expressed their satisfaction with onboard food services.*

compagnie des wagons-lits

TGV PREMIUM SERVICE, FRANCE

WAGONS-LITS OVERNIGHT TRAINS, AUSTRIA

www.compagniedeswagons-lits.com

6 countries
23.3 million snacks and meals served on day trains
4 million travelers cared for on night trains

2002 Highlights

**Operations launched in Portugal**

On July 1, Compagnie des Wagons-Lits began a six-year contract to provide bar, refreshment trolley and first-class waiter service on commuter and intercity trains on the Lisbon-Oporto line.

**Partner to Premium TGV**

Compagnie des Wagons-Lits was selected by France's national railway to provide its Premium TGV service for business travelers on high-speed trains between Paris and Lyon. Clients are guaranteed their own quiet, comfortable section on the train, attentive service, and considerable flexibility in booking seats. Intended for first-class passengers, the offer includes a welcome-aboard drink, in-seat food service at any time, free newspapers and magazines, a taxi reservation service and a coatroom. The service, whose cost is included in the ticket price, is currently being tested and may be extended to other business destinations.

FOCUS

**Pullman Orient Express**

Compagnie des Wagons-Lits is thoroughly overhauling its famed Pullman Orient Express. Built between 1925 and 1930, the cars were decorated by outstanding designers of the period, such as René Lalique and René Prou, and some of them have been designated historic landmarks. The train is scheduled to go back into service this year. Wagons-Lits Diffusion, a subsidiary, is offering a line of period reproductions and derivative products that celebrate the world of travel.

# SERVICES AROUND THE WORLD

## MAIN DEVELOPMENTS IN 2002

## NORTH AMERICA

**United States**

Introduction of Homework Helpline

**Chile**

Introduction of the Ticket Sala Cuna daycare voucher

**Colombia**

Introduction of the Ticket Premium gift voucher and Ticket Canasta

**Uruguay**

Introduction of Ticket Transporte

Acquisition of the Informes 20 employee assistance program

## SOUTH AMERICA

## EUROPE

**Germany**

Introduction of Clean Way

**Austria**

Introduction of the Ticket Junior daycare voucher

**Spain**

Introduction of the Ticket Guarderia daycare voucher

**France**

Launch of two new corporate products for employee savings plans, with Tesorus, and training programs, with Foragora

Acquisition of the Affiniteam employee assistance program

Introduction of the Mouvango network and the Carte Compliments multi-brand loyalty program

## Accor Services operates in 32 Countries

Argentina
Australia
Austria
Belgium
Brazil
Chile
China
Colombia
Czech Republic
France
Germany
Greece
Hungary
India
Ireland
Italy
Lebanon
Luxembourg
Mexico
Netherlands
Poland
Portugal
Romania
Slovakia
Spain
Sweden
Switzerland
Turkey
United Kingdom
United States
Uruguay
Venezuela

**Hungary**
Introduction of the Ticket Service back-to-school voucher and Top Fashion

**Italy**
Ticket Plus gift voucher

**Sweden**
Introduction of the Paymaster e-purse for small intra-company purchases

**Lebanon**
Introduction of the Top Premium gift voucher and Ticket Auto

**Turkey**
Introduction of the Smart Ticket restaurant card

# AFRICA MIDDLE EAST

China
Australia

# ASIA-PACIFIC

**China**
Introduction of the recyclable restaurant card

**Australia**
New country
Acquisition of Davidson Trahaire, which provides employee assistance programs

SERVICES

SERVICES AROUND THE WORLD





**Introduction of Beneficio Club in Argentina and Beneficio Plus in Uruguay.**

In Argentina, the new beneficioclub.com website displays over 30 special promotions every day, offering users immediate discounts throughout a national restaurant chain, as well as in cinemas, travel agencies and theaters.

In Uruguay, the Beneficio Plus loyalty program was launched for users of Ticket Restaurant and Ticket Alimentación meal and food vouchers. Three times a year, members receive gift certificates and discount coupons for a range of associated products and services.

# SERVICES

## "Facilitate life's essentials"

IN MANY COUNTRIES, LAWS AND TAX REGULATIONS ENCOURAGE PRIVATE COMPANIES AND LOCAL COMMUNITIES TO ASSUME A NUMBER OF LEGAL AND SOCIAL RESPONSIBILITIES. IN RESPONSE, ACCOR HAS DEVELOPED A NUMBER OF SERVICES THAT ARE AMONG THE SOLUTIONS MOST OFTEN USED TO MEET THE BASIC NEEDS OF EMPLOYEES AND CONSTITUENTS. SUSTAINED GROWTH IN THIS AREA IS BEING DRIVEN AS MUCH BY INNOVATION AS BY CHANGES IN LEGISLATION.

*To support employers in providing employee benefits. To offer employees easy, affordable access to services and products they need every day.*

—

31 countries

### Ticket Restaurant

Created in the United Kingdom in the 1940s as Luncheon Vouchers, the Ticket Restaurant meal voucher was introduced in its current form in France in 1962. It allows companies to offer employees an alternative to institutional food services while benefiting in some cases from exemptions to certain taxes and payroll charges. The concept has been developed in nearly all countries in which Accor Services operates.

The opening of the public sector in Italy, France, Belgium and Germany has allowed Ticket Restaurant to make inroads in this enormous market.

### Ticket Alimentação

Food vouchers enable employees and their families to pay for groceries and staples through programs tailored to each country's characteristics.

Introduced by Accor in 1983 in Mexico, food vouchers have since been extended throughout Latin America under the Ticket Alimentación and Ticket Alimentação brands. More recently, the concept has been introduced in Central Europe. The system enables local governments and companies to offer constituents or employees a social benefit, while ensuring that the allocated funds are used mainly to purchase food. A card-based system was introduced in 1999 in Brazil as a supplement to paper vouchers.

### Ticket Transporte

TransitCheck in the United States and Ticket Transporte in Brazil allow companies and local governments to reimburse a portion of employee or constituent commuting expenses.



**Accor Services Turkey supports its affiliates**

**A recyclable card in China**

**In October, an environmentally friendly version of our disposable restaurant card was introduced in China. Once the money preloaded on the card has been spent, the affiliate retrieves the card and returns it to Accor. After a quality check, the card is reloaded and recycled to a new user.**

ACCOR Services

## 2002 Highlights

**Breakthrough in the public sector**

In France, Ticket Restaurant benefited from the decision to allow government employees to use service vouchers. Accor Services signed a groundbreaking contract to provide Ministry of Finance employees with 40,000 vouchers a day and won a bid tendered by the City of Marseilles to issue vouchers to its 10,000 municipal employees. In Spain, Accor Services is capitalizing on the development of the public sector and positioning itself as a preferred supplier to some two million civil servants. In Venezuela, Ticket Restaurant was chosen by the Ministry of the Interior and Justice to ensure provision of 20,000 meals a day.

**Stronger global positions**

In Europe, major contracts were won in Belgium, the Czech Republic, Austria, Spain, Greece and Germany. In the United Kingdom, Luncheon Vouchers strengthened its position in Northern Ireland and invested in new market niches. In Uruguay, our local operations set new sales records despite the unfavorable economy and expanded the affiliate network by 32%. In Asia, Accor Services continued its development in India and China.

**Implementing technological innovations**

In France, a bar code was added to Ticket Restaurant vouchers to limit the risk of theft and fraudulent use. In Turkey, a Ticket Restaurant smartcard was introduced for corporate clients in early June. Called Smarticket, the rechargeable card is already supported by a network of 5,000 affiliates. In China, following the launch of a disposable card, Accor Services successively introduced a card that can be recharged at the employee's workstation and, in October, a recyclable card.

In Brazil, a new magnetic-strip card version of Ticket Alimentação is now used by 75% of service beneficiaries. Lastly, Carte Académie, an e-purse solution for small intra-company purchases, was tested at Accor Academy in France and introduced in Sweden under the Paymaster name.

**Deploying transport vouchers**

In the United States, Accor Services renewed its contract with the City of Chicago to issue transport vouchers for company employees. The transport voucher market is enjoying steady growth in North America, and Accor Services sales in Chicago have risen by 30% since year-end 2001. Ticket Transporte vouchers were introduced in Uruguay, where they are supported by highly favorable legislation.

**Innovating with a back-to-school allowance**

In Hungary, a voucher system has been introduced to enable companies to offer employees a tax-exempt back-to-school allowance equivalent to €40 per child. In two months, 30,000 children benefited from the program, which issued vouchers with a total face value equivalent to €650,000.



# SERVICES
## "Facilitate life's essentials"

MISSIONS

*To design innovative corporate solutions that facilitate management of vehicle maintenance and uniform cleaning expenses. These services enable employees to do their jobs without having to advance the funds and give them access to an extensive network of affiliated service providers.*

—

14 countries

## Expense Management

### Clean Way

Europe's most widely used solution for employee uniform maintenance, Clean Way is based on a simple principle: the company issues the employee a smartcard preloaded with a "cleaning allowance" that is accepted by affiliated dry cleaners. For companies, the system guarantees that the allocated funds are used as intended for uniform maintenance. Clean Way was launched in France in 1995 and has since been extended to Mexico, the Czech Republic, the United Kingdom and Belgium. Today, there are more than 3,200 affiliated Clean Way dry cleaners in Europe. Accor Services now intends to speed the deployment of Clean Way in other countries.

### Ticket Car

Ticket Car vouchers and smartcards issued to employees enable companies to control and manage their car and utility vehicle fleets. They are marketed mainly in Argentina, Brazil, Mexico, Venezuela and Colombia and other Latin American countries.

### 2002 Highlights

**Clean Way a hit in the United Kingdom**

In its first year of operation, the Clean Way card was used by 500 clients in the UK, where it generated €2.4 million in revenues.

**Clean Way launched in Germany**

**Top Fashion introduced in Hungary**

These new vouchers allow companies to partially subsidize the purchase of employee uniforms.

**Gasoline card takes off**

In the highly promising Latin American market, the gasoline card confirmed its success in Brazil, with the number of Ticket Car cards rising by 27% during the year. In Mexico, a new contract was signed to provide employees of the Guadalajara regional government with gasoline cards. Overall, the number of cars using Ticket Car cards increased by 45% during the year.

**New market**

Ticket Auto was introduced in Lebanon.

MISSIONS

*To provide services, information and specialized advice that help companies comply with increasingly complex legislation in the areas of health, safety and occupational medicine.*

—

3 countries

### Eyecare Vouchers

Introduced in the United Kingdom in 1992 and since extended to Germany and Ireland, Eyecare Vouchers enable companies to subsidize regular eye check-ups for employees, especially people who work on computers.









# Management of Social Programs

MISSION

*To work with national and local governments in developing solutions for the efficient management of social programs. These services help dedicated users to purchase vital services while guaranteeing to public authorities that funds are used as intended.*

6 countries

Ticket Service is a payment voucher that enables the disadvantaged to procure groceries and essential services like housing or electricity from chain retailers and specialty service providers. In Germany, regional governments issue Ticket Service to refugees, either as vouchers or smartcards. In France, local governments and NGOs distribute them to the needy. In Italy, Ticket Service was launched in late 2001 to help the underprivileged purchase vital necessities in supermarkets, pharmacies and clothing stores.

**Domiphone**
This voice server system accurately calculates the number of hours worked by home-care service providers for the sick or elderly.

**Special vouchers**
For local communities, Accor Services is developing customized products to meet a range of special needs, notably to facilitate access to cultural, sports and recreational activities.

## 2002 Highlights

**A major contract in Belgium**
Accor Services won the Titre Service contract tendered by Belgium's Ministry for Employment and Labor. Titre Service vouchers are used to pay for house cleaning, childcare and homecare services, with the goal of reducing the number of undeclared jobs. Accor Services is in charge of issuing, delivering and reimbursing vouchers on behalf of the Ministry.
In France, Ticket Service vouchers were distributed to victims of the Somme valley floods.

# Facility Management

MISSION

*To manage and operate residential facilities such as training centers, company universities or employee housing, on behalf of companies and local governments.*

1 country

**Accueil Partenaires**

Launched in France in 2001, Accueil Partenaires has leveraged our hotel management expertise to develop a comprehensive range of reception, lodging, cleaning, food and maintenance services.

ENHANCE WELL-BEING INCREASE PERFORMANCE FACILITATE LIFE'S ESSENTIALS SERVICES





**Bien-Etre à la Carte partners the Equilibre project**

To help hotel and restaurant employees find the right balance between their personal and professional lives, this has launched the Equilibre project in a partnership with Bien-Etre à la Carte, the Courtepaille restaurant chain, France's Information [illegible] tourism/hotel adult training program in Nice. The project is part of a European program called Equilibre, which served as a testing ground for innovative practices from across the continent.

# SERVICES

## "Enhance well-being"

TODAY, MORE AND MORE BUSINESSES ARE INTEGRATING EMPLOYEES' PERSONAL ASPIRATIONS INTO THEIR MANAGEMENT STRATEGY IN ORDER TO MAKE THEIR COMPANY MORE ATTRACTIVE, INCREASE EMPLOYEE MOTIVATION AND LOYALTY, AND IMPROVE PRODUCTIVITY.
TO MEET THIS DEMAND, ACCOR PROVIDES CORPORATE CLIENTS WITH A FULL RANGE OF SERVICES AND SKILLS, INCLUDING SPECIALIST SERVICE CALLS, HELPLINE SERVICES, WEB-BASED PUBLICATIONS AND PURPOSE-DESIGNED SERVICE VOUCHERS.

*To help companies quickly provide employees with solutions to concerns in such areas as childcare, tutoring and care for the elderly or handicapped.*

8 countries

### Childcare Vouchers

Available in the United Kingdom, Venezuela, Argentina, Chile, Belgium and Portugal, this service allows companies to subsidize a portion of their employees' daycare costs. In addition to vouchers, it includes a telephone help desk where parents can get advice on childcare and school-related problems.

### Work|Life Benefits

Launched in 1985 in the United States, this service helps employees reconcile their professional and private lives with solutions for child and elderly care issues. It covers more than four million employees in over 400 companies, including some of the country's largest corporations, with a focus on the automobile industry.

### 2002 Highlights

**Voucher issue volume up 44% in the UK**
Childcare Vouchers benefited from new, more favorable tax measures in the United Kingdom, where it won bids from the Royal Mail Post Office (100,000 employees) and from several divisions of the National Health Service, Europe's largest employer.

**New versions of Childcare Vouchers tailored to individual country needs**
- Ticket Guardería introduced in Spain.
- Ticket Junior launched in Austria.
- Childcare Vouchers Direct, an online version of the program, introduced in the United Kingdom.

**Nationwide rollout in the United States** of Homework Helpline.

Case 1:06-cv-00198-RMU Document 36-7 Filed 07/31/2007 Page 20 of 22

MISSIONS

*To help employees manage everyday concerns and problems, Accor Services offers a full range of solutions, including a payment hotline for home services, a helpline for legal and government-related questions, and convenience services like dry cleaning and emergency repairs. These services are accessible by phone, via the Internet or through a company concierge.*

4 countries

# Practical Assistance

## Bien-Être à la Carte

Following successful tests with employees at our Paris headquarters and in regional offices, the Bien-Être à la Carte offer was launched in early 2002. Through the Conseillers Vie Pratique® advisory service or via the Internet, employees can access lifestyle support services (childcare, emergency repairs, show bookings etc) as well as legal counseling and information about government programs.

## Ticket Emploi Domicile

Marketed in France since 1997, the Ticket Emploi Domicile vouchers are used to pay for housecleaning, tutoring, babysitting and other home services, with payment partially subsidized by the employee's company or works council.

## 2002 Highlights

Acquired to expand the Bien-Être à la Carte service portfolio, **Affiniteam** is France's leading online provider of concierge services, with 25,000 employee users nationwide.

In Uruguay, **Informes 20** was acquired, the first step in the development of online support and consulting services in Latin America.

**Customized solutions**

- Through a partnership with Arena 21, the UK leader in corporate concierge services, Employee Assistance Resources (EAR) clients now benefit from a free new concierge service called EAR Lifestyle Solutions.
- In Belgium, a similar partnership was created with CorporateMade, an online concierge company.

MISSIONS

*According to an International Labor Organization study, employee stress costs European companies some 220 billion and US companies nearly 230 billion a year. Faced with this challenge, Accor Services has developed an international service based on the concept of employee assistance programs to help companies offer effective solutions that meet employee needs for information, psychological support and coaching.*

*Source: International Labour Office.

4 countries

# Personal Assistance

## EAR

Created in the United Kingdom in 1981, Employee Assistance Resources (EAR) is a pioneer in the European market for employee support programs. EAR and its affiliates provide more than 150 companies in ten countries with innovative solutions that reduce work-related stress and improve employee productivity.

## 2002 Highlights

**Acquisition of Davidson Trahaire,** Australia's leading corporate psychology and human resources consulting firm. The new subsidiary has 14 years' experience in delivering a range of services in the areas of employee assistance programs (EAP), management counseling, trauma management and skills development and assessment. Davidson Trahaire's client portfolio includes 450 of Australia's largest corporations and public institutions.

INCREASE PERFORMANCE · ENHANCE WELL-BEING · FACILITATE LIFE'S ESSENTIALS · SERVICES

**Accor Hotels and Accor Services create synergy in Germany**

In Germany, Accor Services has partnered with the Hotels Division to create Avantage Accor, the country's first booklet of special offer vouchers, developed along the lines of the Évasion booklet introduced in France in 1999. Some 300,000 copies of the new product have been distributed to Accor Services customers and Accor sales offices. Voucher users benefit from a large number of advantages at Accor establishments and with outside partners like Europcar, the Elixia fitness club chain, and Schlecker cosmetics and household products.

**Foragora.com's unique database**

Corporate subscribers can access the most extensive training database in France, comprising 9,000 service providers and 20,000 inter-company training courses. Constantly expanded and updated, the database enables companies to compare and choose among a broad range of training organizations and programs.

# SERVICES

## "Increase performance"

TO SELL MORE AND BETTER, COMPANIES NEED TO SECURE THE LONG-TERM MOTIVATION, LOYALTY, PARTICIPATION AND COMMITMENT OF EVERYONE INVOLVED IN THEIR DEVELOPMENT. TO HELP THEM MEET THEIR OBJECTIVES, ACCOR SERVICES' "INCREASE PERFORMANCE" TEAMS HAVE DEVELOPED A FULL RANGE OF TRAINING, LOYALTY AND INCENTIVE PROGRAMS AND CAPABILITIES FOR THEIR EMPLOYEES, DISTRIBUTION NETWORKS AND CUSTOMERS. IN 2002, THE BUSINESS EXPANDED ITS PORTFOLIO BY INTEGRATING THE GROUP'S CUSTOMER LOYALTY SKILLS, ENTERING THE EMPLOYEE TRAINING MARKET AND INTRODUCING AN EMPLOYEE SAVINGS PRODUCT.

### MISSION

*To develop solutions that enable companies to retain, motivate and reward their employees, distribution networks and customers. The relationship marketing portfolio includes loyalty programs, incentive campaigns and employee reward programs (gift vouchers and catalogue gifts), and the organization of special events.*

*20 countries*

### Accentiv'

Accentiv' markets our capabilities in consulting, technology, marketing campaigns, special events management, and reward programs (gift vouchers, catalogue gifts and incentive travel). The subsidiary is being developed to extend Accor Services' expert skills to all its geographic markets. In 20 countries, Accentiv' helps companies meet their strategic goal of attracting and retaining employees, customers and distributors. It is also continuing to develop the "Compliments from Accor Hotels" line of customer loyalty products and programs.

### Compliments

Compliments issues and manages gift vouchers under the Compliments, Top Premium and Supreme Award brands. Introduced 15 years ago, the vouchers are used to reward and retain customers and employees, and as part of incentive programs for distribution and other networks. They are currently accepted by more than 100,000 affiliates around the world.

### 2002 Highlights

**Accentiv'** now federates the entire Accor Services relationship marketing portfolio.

**Implementation of Webcentiv',** a technological solution that enables companies and users to manage their incentive and reward campaigns online.

**Accor and TotalFinaElf partnered to launch Mouvango,** a network of travel and leisure-related loyalty programs. Accor created the Compliments-Mouvango card, which was integrated into the network. Cardholders can earn Compliments Points in some 6,000 affiliated establishments across France.

**Gift vouchers expanded in international markets**

- The development of gift voucher programs was stepped up, notably in France, Hungary, Belgium, Spain and India. Total issue value now exceeds €200 million.
- Gift vouchers were introduced in Lebanon.
- In a move that has changed the profile of program affiliates, 110 up-market ready-to-wear clothing shops in Spain and Portugal now accept gift vouchers, as do the 150 establishments in the VIP's restaurant chain.
- In Italy, subsidiary Gemeaz Cusin is introducing the Ticket Plus service, alongside the Top Premium gift voucher. The new voucher will be issued as an incentive to distributors and suppliers.

**Development and extension of the "Compliments from Accor Hotels" loyalty program**

- The Accor Shareholders' Club card was integrated into the Mouvango network.
- A loyalty card for guests who stay at our hotels in Brazil was introduced, as part of the "Compliments from Accor Hotels" program.

**New contracts for incentive programs**

- Orange and Renault have chosen Accentiv' to design and manage incentive campaigns.



**Tesorus savings products**

Every year, employees of a company participating in a Tesorus employee savings plan receive a booklet with 12 vouchers. Each voucher shows the amount paid by the employee, the amount of the employer's matching payment and the total amount invested in savings products. Employees decide how often they want to invest, sending one or more Tesorus vouchers directly to the program manager, Servepar, which debits the total amount to be invested from the company's bank account. The company then deducts the employee's contribution from his or her monthly salary. A choice of four mutual funds is offered, including one that invests exclusively in socially responsible stocks.

MISSION

*To provide human resources departments with tailored solutions for organizing training programs, thus enabling the company to develop employees' skills and nurture their loyalty.*

*2 countries*

Foragora is a new Accor Services business that helps companies and local governments manage their continuing education programs. It operates across the training chain, advising organizations from program selection to implementation and follow-up. Upstream, a dedicated website provides access to a database that is unique in France, with 9,000 service providers and 20,000 inter-company training courses. Downstream, Foragora organizes training logistics and manages the necessary administrative procedures. It also assesses program quality and effectiveness. These and other services enable companies to delegate deployment of training programs, meet heavy short-term training demand for large projects, and optimize the related logistics budgets.

**Accor Academy: a preferred partner to Foragora**
Accor Academy, our corporate university that provides training in customer care and hotel skills, also markets a number of training modules for outside companies, working closely with Foragora to develop module content.

## 2002 Highlights

**The year saw the launch of the Foragora offer, comprising:**

- the Foragora.com website, which provides access to a catalogue of professional training programs that is unrivaled in France,
- the Cabinet Joffre Conseil, a French consulting firm that organizes and manages training programs for corporate clients.

MISSION

*To make corporate savings plans available to employees of small and mid-sized companies through a voucher system modeled on service vouchers. Savings plans provide companies with a new tool for motivating and retaining employees.*

*1 country*

Introduced in France in October 2002 by Servepar, an equally owned joint venture with Natexis Banques Populaires, Tesorus was developed in response to new French legislation allowing small and medium-sized companies to participate in employee savings plans.

Designed along the lines of a service voucher program, Tesorus is flexible and user-friendly, making it easy for employees to invest at their own pace. For companies, it offers an easy-to-install, turnkey alternative to hard-to-manage conventional savings plans.

## 2002 Highlights

**Successful launch**
The Franco-German Chamber of Commerce, whose more than 1,000 member companies employ a total of 35,000 people, has chosen Tesorus for its inter-company savings plan.