UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLLIN AMORE, as co-administrator of the Estates of Susanne Amore and Salvatore Michael Amore, deceased, | : : : : |
| Plaintiff, | : : |
| v. | : : |
| ACCOR NORTH AMERICA, INC. *et al.*, | : : |
| Defendants. | : |

Civil Action No.:    06-0198 (RMU)

Document Nos.:    27, 28, 29

## ORDER

**GRANTING THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;
DENYING THE PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

For the reasons stated in the accompanying Memorandum Opinion, it is this 10th day of January, 2008,

**ORDERED** that the defendant's motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiff's motion to amend the complaint is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge